# Exhibit A

| # | Title of Work | Registration No. | Status | Registration Date |
|---|---|---|---|---|
| 1 | GH-250328. | PAu004260494 | Registered | 2025-03-27 |
| 2 | CS-250328. | PAu004260493 | Registered | 2025-03-27 |
| 3 | CS-250324. | PAu004260492 | Registered | 2025-03-27 |
| 4 | GH-250321. | PAu004259744 | Registered | 2025-03-18 |
| 5 | CS-250321. | PAu004259743 | Registered | 2025-03-18 |
| 6 | GH-250314. | PAu004260166 | Registered | 2025-03-13 |
| 7 | CS-250314. | PAu004260168 | Registered | 2025-03-13 |
| 8 | GH-250307. | PAu004258608 | Registered | 2025-03-06 |
| 9 | CS-250307. | PAu004258607 | Registered | 2025-03-06 |
| 10 | GH-250228. | PAu004256677 | Registered | 2025-02-19 |
| 11 | GH-250221. | PAu004256676 | Registered | 2025-02-19 |
| 12 | GH-250214. | PA0002522438 | Registered | 2025-02-19 |
| 13 | CS-250228. | PAu004256675 | Registered | 2025-02-19 |
| 14 | CS-240214. | PA0002522437 | Registered | 2025-02-19 |
| 15 | CS-250221. | PAu004256674 | Registered | 2025-02-19 |
| 16 | CS-250207. | PAu004254660 | Registered | 2025-02-06 |
| 17 | CS-250131. | PAu004254659 | Registered | 2025-01-28 |
| 18 | GH-250131. | PAu004254658 | Registered | 2025-01-28 |
| 19 | CS-250124. | PAu004253429 | Registered | 2025-01-24 |
| 20 | GH-250124. | PAu004253430 | Registered | 2025-01-24 |
| 21 | CS-250117. | PAu004253167 | Registered | 2025-01-17 |
| 22 | GH-250114. | PAu004253168 | Registered | 2025-01-17 |
| 23 | GH-250117. | PAu004253169 | Registered | 2025-01-17 |
| 24 | CS-250110. | PAu004252527 | Registered | 2025-01-10 |
| 25 | GH-250110. | PAu004252524 | Registered | 2025-01-10 |
| 26 | CS-241220. | PA0002514326 | Registered | 2024-12-26 |
| 27 | CS-241227. | PAu004251760 | Registered | 2024-12-26 |
| 28 | CS-250103. | PAu004251762 | Registered | 2024-12-26 |
| 29 | GH-241220. | PA0002514328 | Registered | 2024-12-26 |
| 30 | GH-241227. | PAu004251763 | Registered | 2024-12-26 |
| 31 | GH-250103. | PAu004251764 | Registered | 2024-12-26 |
| 32 | CS-241213. | PAu004251120 | Registered | 2024-12-10 |
| 33 | GH-241213. | PAu004251115 | Registered | 2024-12-10 |
| 34 | CS-241206. | PAu004250473 | Registered | 2024-12-05 |
| 35 | GH-241206. | PAu004250474 | Registered | 2024-12-05 |
| 36 | CS-241129. | PAu004250312 | Registered | 2024-11-26 |
| 37 | GH-241129. | PAu004250314 | Registered | 2024-11-26 |
| 38 | CS-241122. | PAu004249776 | Registered | 2024-11-21 |
| 39 | GH-241122. | PAu004249777 | Registered | 2024-11-21 |
| 40 | CS-241115. | PAu004249634 | Registered | 2024-11-15 |
| 41 | GH-241115. | PAu004249633 | Registered | 2024-11-15 |
| 42 | CS-241108. | PAu004248481 | Registered | 2024-11-07 |
| 43 | GH-241108. | PAu004248475 | Registered | 2024-11-07 |
| 44 | CS-241101. | PA0002507146 | Registered | 2024-11-01 |
| 45 | GH-241101. | PA0002507149 | Registered | 2024-11-01 |
| 46 | CS-241025. | PAu004246374 | Registered | 2024-10-24 |
| 47 | GH-241025. | PAu004246371 | Registered | 2024-10-24 |
| 48 | CS-241018. | PA0002505649 | Registered | 2024-10-19 |
| 49 | GH-241018. | PA0002505616 | Registered | 2024-10-19 |
| 50 | CS-241011, Cumpsters 4K. | PAu004243225 | Registered | 2024-10-10 |
| 51 | GH-241011, Gloryhole Swallow 4K. | PAu004243224 | Registered | 2024-10-10 |
| 52 | CS-240927. | PA0002498223 | Registered | 2024-10-04 |
| 53 | CS-241004. | PA0002498224 | Registered | 2024-10-04 |

| # | Title | Registration | Status | Date |
|---|---|---|---|---|
| 54 | GH-240927. | PA0002498225 | Registered | 2024-10-04 |
| 55 | GH-241004. | PA0002500812 | Registered | 2024-10-04 |
| 56 | CS-240920. | PAu004240864 | Registered | 2024-09-20 |
| 57 | GH-240920. | PAu004240865 | Registered | 2024-09-20 |
| 58 | CS-240913. | PA0002493936 | Registered | 2024-09-13 |
| 59 | GH-240913. | PA0002493938 | Registered | 2024-09-13 |
| 60 | CS-240830. | PA0002491896 | Registered | 2024-09-06 |
| 61 | CS-240906. | PA0002491894 | Registered | 2024-09-06 |
| 62 | GH-240830. | PA0002491895 | Registered | 2024-09-06 |
| 63 | GH-240904. | PA0002491892 | Registered | 2024-09-06 |
| 64 | GH-240906-2. | PA0002491893 | Registered | 2024-09-06 |
| 65 | CS-240816. | PA0002489215 | Registered | 2024-08-16 |
| 66 | GH-240816-2. | PA0002489203 | Registered | 2024-08-16 |
| 67 | CS-240809. | PA0002487969 | Registered | 2024-08-10 |
| 68 | GH-240809-2. | PA0002487963 | Registered | 2024-08-10 |
| 69 | CS-240802. | PAu004234417 | Registered | 2024-08-01 |
| 70 | GH-240802. | PAu004234418 | Registered | 2024-08-01 |
| 71 | CS-240719. | PAu004232372 | Registered | 2024-07-16 |
| 72 | GH-240719. | PAu004232374 | Registered | 2024-07-16 |
| 73 | CS-240712. | PA0002483799 | Registered | 2024-07-13 |
| 74 | GH-240712. | PA0002483800 | Registered | 2024-07-13 |
| 75 | CS-240705. | PAu004230268 | Registered | 2024-07-01 |
| 76 | GH-240704. | PAu004230269 | Registered | 2024-07-01 |
| 77 | GH-240705-2. | PAu004230267 | Registered | 2024-07-01 |
| 78 | CS-240628. | PAu004230124 | Registered | 2024-06-27 |
| 79 | GH-240628-2. | PAu004230125 | Registered | 2024-06-27 |
| 80 | CS-240621. | PAu004228957 | Registered | 2024-06-18 |
| 81 | GH-240621. | PAu004228958 | Registered | 2024-06-18 |
| 82 | CS-240614. | PA0002478628 | Registered | 2024-06-16 |
| 83 | GH-240614-2. | PA0002478629 | Registered | 2024-06-16 |
| 84 | CS-240607. | PA0002477742 | Registered | 2024-06-08 |
| 85 | GH-240607. | PA0002477748 | Registered | 2024-06-08 |
| 86 | CS-240524. | PAu004226152 | Registered | 2024-05-23 |
| 87 | CS-240531. | PAu004226151 | Registered | 2024-05-23 |
| 88 | GH-240524. | PAu004226077 | Registered | 2024-05-23 |
| 89 | GH-240531-2. | PAu004226075 | Registered | 2024-05-23 |
| 90 | CS-240517. | PAu004225352 | Registered | 2024-05-17 |
| 91 | CS-240522. | PAu004225353 | Registered | 2024-05-17 |
| 92 | GH-240515. | PA0002474168 | Registered | 2024-05-17 |
| 93 | GH-240517-2. | PAu004225355 | Registered | 2024-05-17 |
| 94 | CS-240419. | PA0002469762 | Registered | 2024-04-27 |
| 95 | CS-240426. | PA0002469763 | Registered | 2024-04-27 |
| 96 | CS-240503. | PAu004222788 | Registered | 2024-04-27 |
| 97 | CS-240510. | PAu004222790 | Registered | 2024-04-27 |
| 98 | GH-240419-2. | PA0002469768 | Registered | 2024-04-27 |
| 99 | GH-240426. | PA0002469770 | Registered | 2024-04-27 |
| 100 | GH-240503-2. | PAu004222795 | Registered | 2024-04-27 |
| 101 | GH-240510. | PAu004222797 | Registered | 2024-04-27 |
| 102 | CS-240410. | PAu004221787 | Registered | 2024-04-12 |
| 103 | CS-240412. | PAu004221816 | Registered | 2024-04-12 |
| 104 | GH-240412. | PAu004221817 | Registered | 2024-04-12 |
| 105 | CS-240405. | PA0002467520 | Registered | 2024-04-07 |
| 106 | GH-240405-2. | PA0002467517 | Registered | 2024-04-07 |
| 107 | CS-240322. | PAu004218972 | Registered | 2024-03-20 |

| | | | | |
|---|---|---|---|---|
| 108 | CS-240329. | PAu004218973 | Registered | 2024-03-20 |
| 109 | GH-240322. | PAu004218974 | Registered | 2024-03-20 |
| 110 | GH-240329-2. | PAu004218975 | Registered | 2024-03-20 |
| 111 | CS-240315. | PAu004218251 | Registered | 2024-03-13 |
| 112 | GH-240315-2. | PAu004218250 | Registered | 2024-03-13 |
| 113 | CS-240301. | PA0002462114 | Registered | 2024-03-06 |
| 114 | CS-240308. | PAu004217592 | Registered | 2024-03-06 |
| 115 | GH-240301. | PA0002462116 | Registered | 2024-03-06 |
| 116 | GH-240308. | PAu004217590 | Registered | 2024-03-06 |
| 117 | CS-240223. | PAu004217011 | Registered | 2024-02-22 |
| 118 | GH-240221-2. | PAu004217012 | Registered | 2024-02-22 |
| 119 | GH-240223-2. | PAu004217010 | Registered | 2024-02-22 |
| 120 | CS-240216. | PAu004215101 | Registered | 2024-02-14 |
| 121 | GH-240216. | PAu004215100 | Registered | 2024-02-14 |
| 122 | CS-240209. | PAu004214642 | Registered | 2024-02-07 |
| 123 | GH-240209. | PAu004214641 | Registered | 2024-02-07 |
| 124 | CS-240202. | PAu004213787 | Registered | 2024-01-31 |
| 125 | GH-240202. | PAu004213788 | Registered | 2024-01-31 |
| 126 | CS-240126. | PAu004212826 | Registered | 2024-01-23 |
| 127 | GH-240126. | PAu004212824 | Registered | 2024-01-23 |
| 128 | GH-240118. | PAu004212004 | Registered | 2024-01-16 |
| 129 | GH-240119-2. | PAu004212003 | Registered | 2024-01-16 |
| 130 | CS-231229. | PAu004210076 | Registered | 2023-12-26 |
| 131 | CS-240105. | PAu004210077 | Registered | 2023-12-26 |
| 132 | GH-231229. | PAu004210074 | Registered | 2023-12-26 |
| 133 | GH-240104-2. | PAu004210085 | Registered | 2023-12-26 |
| 134 | GH-240105. | PAu004210083 | Registered | 2023-12-26 |
| 135 | CS-231222. | PAu004209971 | Registered | 2023-12-20 |
| 136 | CS-231229. | PAu004209972 | Registered | 2023-12-20 |
| 137 | GH-231222-2. | PAu004209973 | Registered | 2023-12-20 |
| 138 | GH-231229. | PAu004209974 | Registered | 2023-12-20 |
| 139 | CS-231215. | PAu004209040 | Registered | 2023-12-13 |
| 140 | GH-231215. | PAu004209041 | Registered | 2023-12-13 |
| 141 | CS-231208. | PAu004208316 | Registered | 2023-12-08 |
| 142 | GH-231208-2. | PAu004208315 | Registered | 2023-12-08 |
| 143 | CS-231201. | PAu004207310 | Registered | 2023-11-29 |
| 144 | GH-231201. | PAu004207311 | Registered | 2023-11-29 |
| 145 | CS-231124. | PA0002447747 | Registered | 2023-11-24 |
| 146 | GH-231124. | PA0002447745 | Registered | 2023-11-24 |
| 147 | CS-231117. | PAu004206189 | Registered | 2023-11-15 |
| 148 | GH-231117. | PAu004206191 | Registered | 2023-11-15 |
| 149 | GH-231120. | PAu004206183 | Registered | 2023-11-15 |
| 150 | CS-231110. | PAu004205416 | Registered | 2023-11-08 |
| 151 | GH-231110-2. | PAu004205415 | Registered | 2023-11-08 |
| 152 | CS-231103. | PAu004204676 | Registered | 2023-11-01 |
| 153 | GH-231103-2. | PAu004204677 | Registered | 2023-11-01 |
| 154 | CS-231027. | PAu004203612 | Registered | 2023-10-24 |
| 155 | CS-231030. | PAu004203616 | Registered | 2023-10-24 |
| 156 | GH-231027-2. | PAu004203618 | Registered | 2023-10-24 |
| 157 | CS-231020. | PAu004203136 | Registered | 2023-10-19 |
| 158 | GH-231020-2. | PAu004203135 | Registered | 2023-10-19 |
| 159 | CS-231013. | PAu004202393 | Registered | 2023-10-10 |
| 160 | GH-231011. | PAu004202394 | Registered | 2023-10-10 |
| 161 | GH-231013. | PAu004202396 | Registered | 2023-10-10 |

| | | | | |
|---|---|---|---|---|
| 162 | CS-230922. | PAu004199688 | Registered | 2023-09-20 |
| 163 | CS-230929. | PAu004199687 | Registered | 2023-09-20 |
| 164 | CS-231006. | PAu004199686 | Registered | 2023-09-20 |
| 165 | GH-230922-2. | PAu004199683 | Registered | 2023-09-20 |
| 166 | GH-230929-2. | PAu004199682 | Registered | 2023-09-20 |
| 167 | GH-231006. | PAu004199681 | Registered | 2023-09-20 |
| 168 | CS-230101. | PAu004198723 | Registered | 2023-09-12 |
| 169 | GH-230913. | PAu004198725 | Registered | 2023-09-12 |
| 170 | GH-230915. | PAu004198422 | Registered | 2023-09-11 |
| 171 | CS-230908. | PAu004197995 | Registered | 2023-09-06 |
| 172 | GH-230908-2. | PAu004198026 | Registered | 2023-09-06 |
| 173 | CS-230901. | PA0002434485 | Registered | 2023-09-04 |
| 174 | GH-230901. | PAu004197038 | Registered | 2023-08-29 |
| 175 | GH-230825-2. | PAu004196129 | Registered | 2023-08-22 |
| 176 | GH-230830-2. | PAu004196130 | Registered | 2023-08-22 |
| 177 | GH-230818. | PAu004195367 | Registered | 2023-08-15 |
| 178 | GH-230811-2. | PAu004193934 | Registered | 2023-08-08 |
| 179 | GH-230801-2. | PA0002429436 | Registered | 2023-08-01 |
| 180 | GH-230804. | PAu004193230 | Registered | 2023-08-01 |
| 181 | GH-230728-2. | PAu004192833 | Registered | 2023-07-27 |
| 182 | GH-230721. | PAu004191570 | Registered | 2023-07-19 |
| 183 | C-230711. | PAu004190400 | Registered | 2023-07-10 |
| 184 | GH-230714-2. | PAu004190399 | Registered | 2023-07-10 |
| 185 | GH-230704. | PAu004189570 | Registered | 2023-07-04 |
| 186 | GH-230707-2. | PAu004189571 | Registered | 2023-07-04 |
| 187 | GH-230630-2. | PAu004188859 | Registered | 2023-06-29 |
| 188 | GH-230623. | PAu004188122 | Registered | 2023-06-22 |
| 189 | GH-230616-2. | PAu004186680 | Registered | 2023-06-13 |
| 190 | GH-230620. | PAu004186682 | Registered | 2023-06-13 |
| 191 | GH-230609. | PAu004186119 | Registered | 2023-06-06 |
| 192 | GH-230602-2. | PAu004184872 | Registered | 2023-06-01 |
| 193 | GH-230526. | PAu004184091 | Registered | 2023-05-24 |
| 194 | GH-230530. | PAu004184090 | Registered | 2023-05-24 |
| 195 | GH-230519. | PAu004183283 | Registered | 2023-05-17 |
| 196 | GH-230512. | PAu004182373 | Registered | 2023-05-09 |
| 197 | GH-230516. | PAu004182372 | Registered | 2023-05-09 |
| 198 | GH-230505-2. | PAu004182011 | Registered | 2023-05-03 |
| 199 | GH-230502-2. | PAu004181727 | Registered | 2023-05-01 |
| 200 | GH-230428. | PAu004181444 | Registered | 2023-04-25 |
| 201 | GH-230418. | PAu004179550 | Registered | 2023-04-11 |
| 202 | GH-230407-2. | PAu004176685 | Registered | 2023-04-04 |
| 203 | GH-230414. | PAu004176684 | Registered | 2023-04-04 |
| 204 | GH-230421. | PAu004176686 | Registered | 2023-04-04 |
| 205 | GH-230403. | PAu004176327 | Registered | 2023-03-31 |
| 206 | GH-230331-2. | PAu004176096 | Registered | 2023-03-29 |
| 207 | GH-230324-2. | PAu004176376 | Registered | 2023-03-22 |
| 208 | GH-230317. | PAu004174646 | Registered | 2023-03-15 |
| 209 | GH-221214. | PA0002404478 | Registered | 2023-03-07 |
| 210 | GH-221218. | PA0002404480 | Registered | 2023-03-07 |
| 211 | GH-230206. | PA0002404482 | Registered | 2023-03-07 |
| 212 | GH-230220. | PA0002404483 | Registered | 2023-03-07 |
| 213 | GH-230227. | PA0002404484 | Registered | 2023-03-07 |
| 214 | GH-230306. | PA0002404487 | Registered | 2023-03-07 |
| 215 | GH-230310-2. | PAu004173640 | Registered | 2023-03-07 |

| | | | | |
|---|---|---|---|---|
| 216 | GH-230303-2. | PAu004172355 | Registered | 2023-03-01 |
| 217 | GH-230224. | PA0002401967 | Registered | 2023-02-24 |
| 218 | GH-230217-2. | PAu004170290 | Registered | 2023-02-13 |
| 219 | GH-230127. | PA0002399152 | Registered | 2023-02-07 |
| 220 | GH-230203-2. | PA0002399150 | Registered | 2023-02-07 |
| 221 | GH-230210-2. | PAu004169362 | Registered | 2023-02-07 |
| 222 | GH-230120-2. | PA0002396490 | Registered | 2023-01-20 |
| 223 | GH-230113-2. | PAu004166529 | Registered | 2023-01-11 |
| 224 | GH-230106-2. | PAu004166374 | Registered | 2023-01-05 |
| 225 | GH-221223. | PA0002394078 | Registered | 2022-12-23 |
| 226 | GH-221225-2. | PAu004165269 | Registered | 2022-12-23 |
| 227 | GH-221230-2. | PAu004165271 | Registered | 2022-12-23 |
| 228 | GH-221216-2. | PAu004164323 | Registered | 2022-12-14 |
| 229 | GH-221209-2. | PAu004162728 | Registered | 2022-12-07 |
| 230 | GH-221202-2. | PAu004161793 | Registered | 2022-11-30 |
| 231 | GH-221125-2. | PA0002388105 | Registered | 2022-11-25 |
| 232 | GH-221118-2. | PA0002387420 | Registered | 2022-11-18 |
| 233 | GH-221104-2. | PA0002386667 | Registered | 2022-11-11 |
| 234 | GH-221111-2. | PA0002386666 | Registered | 2022-11-11 |
| 235 | GH-221014-2. | PA0002383549 | Registered | 2022-10-26 |
| 236 | GH-221021-2. | PA0002383548 | Registered | 2022-10-26 |
| 237 | GH-221028-2. | PAu004158714 | Registered | 2022-10-26 |
| 238 | GH-220930. | PA0002381300 | Registered | 2022-10-10 |
| 239 | GH-221007-2. | PA0002381301 | Registered | 2022-10-10 |
| 240 | GH-221014-2. | PAu004157116 | Registered | 2022-10-10 |
| 241 | GH-220923-2. | PAu004154455 | Registered | 2022-09-21 |
| 242 | GH-220916. | PAu004153259 | Registered | 2022-09-15 |
| 243 | GH-220902. | PA0002375944 | Registered | 2022-09-10 |
| 244 | GH-220909-2. | PA0002375947 | Registered | 2022-09-10 |
| 245 | GH-220826-2. | PA0002374130 | Registered | 2022-08-29 |
| 246 | GH-220819-2. | PA0002371904 | Registered | 2022-08-21 |
| 247 | GH-220812-2. | PAu004146991 | Registered | 2022-08-09 |
| 248 | GH-220805-2. | PAu004146858 | Registered | 2022-08-05 |
| 249 | GH-220722-2. | PA0002367549 | Registered | 2022-07-24 |
| 250 | GH-220729-2. | PAu004145688 | Registered | 2022-07-24 |
| 251 | GH-220715-2. | PA0002366386 | Registered | 2022-07-15 |
| 252 | GH-220720. | PAu004145099 | Registered | 2022-07-15 |
| 253 | GH-220708. | PAu004144480 | Registered | 2022-07-05 |
| 254 | GH-ZGDA. | PA0002364671 | Registered | 2022-07-01 |
| 255 | GH-ZGCE-2. | PA0002363507 | Registered | 2022-06-24 |
| 256 | GH-ZGU-3. | PAu004142803 | Registered | 2022-06-15 |
| 257 | GH-ZGM. | PA0002360941 | Registered | 2022-06-10 |
| 258 | GH-ZGD. | PAu004141090 | Registered | 2022-05-26 |
| 259 | GH-ZFCH. | PAu004140921 | Registered | 2022-05-23 |
| 260 | GH-ZFX-2. | PAu004140146 | Registered | 2022-05-18 |
| 261 | GH-ZFG-2. | PA0002357082 | Registered | 2022-05-10 |
| 262 | GH-ZFQ. | PAu004139800 | Registered | 2022-05-10 |
| 263 | GH-ZECK. | PAu004138187 | Registered | 2022-04-26 |
| 264 | GH-ZEZ-2. | PAu004137289 | Registered | 2022-04-20 |
| 265 | GH-ZES-2. | PAu004136869 | Registered | 2022-04-13 |
| 266 | GH-ZEJ-2. | PAu004136224 | Registered | 2022-04-07 |
| 267 | GH-ZEB. | PAu004133562 | Registered | 2022-03-29 |
| 268 | GH-ZDCF-2. | PAu004133063 | Registered | 2022-03-23 |
| 269 | GH-ZDV. | PAu004131809 | Registered | 2022-03-08 |

| | | | | |
|---|---|---|---|---|
| 270 | GH-ZDN-2. | PAu004131084 | Registered | 2022-03-07 |
| 271 | GH-ZDE. | PAu004130221 | Registered | 2022-03-01 |
| 272 | GH-ZCCF-2. | PAu004128783 | Registered | 2022-02-22 |
| 273 | GH-ZCV. | PAu004127621 | Registered | 2022-02-15 |
| 274 | GH-ZCN. | PAu004126854 | Registered | 2022-02-08 |
| 275 | GH-ZCE. | PAu004126127 | Registered | 2022-01-31 |
| 276 | GH-ZBCJ-2. | PAu004125273 | Registered | 2022-01-25 |
| 277 | GH-ZBY-2. | PAu004124818 | Registered | 2022-01-20 |
| 278 | GH-ZBR-2. | PAu004124215 | Registered | 2022-01-12 |
| 279 | GH-C285. | PA0002338359 | Registered | 2022-01-06 |
| 280 | GH-CBNCD. | PA0002338360 | Registered | 2022-01-06 |
| 281 | GH-CBPDB-2. | PA0002338362 | Registered | 2022-01-06 |
| 282 | GH-ZBH-2. | PA0002338357 | Registered | 2022-01-06 |
| 283 | GH-C309-2. | PA0002336654 | Registered | 2021-12-26 |
| 284 | GH-CBNCG. | PA0002336652 | Registered | 2021-12-26 |
| 285 | GH-CBNP. | PA0002336653 | Registered | 2021-12-26 |
| 286 | GH-CBNW-2. | PA0002335926 | Registered | 2021-12-26 |
| 287 | GH-CBPD-2. | PA0002335925 | Registered | 2021-12-26 |
| 288 | GH-CBPM-2. | PA0002335924 | Registered | 2021-12-26 |
| 289 | GH-C281. | PA0002335732 | Registered | 2021-12-24 |
| 290 | GH-C288-2. | PA0002336041 | Registered | 2021-12-24 |
| 291 | GH-C295-2. | PA0002336046 | Registered | 2021-12-24 |
| 292 | GH-C302-2. | PA0002336032 | Registered | 2021-12-24 |
| 293 | GH-C274-2. | PA0002335733 | Registered | 2021-12-23 |
| 294 | GH-CBPCE-2. | PA0002335734 | Registered | 2021-12-23 |
| 295 | GH-A165. | PA0002207060 | Registered | 2019-08-16 |
| 296 | GH-A172. | PA0002207068 | Registered | 2019-08-16 |
| 297 | GH-A179. | PA0002207097 | Registered | 2019-08-16 |
| 298 | GH-A186. | PA0002207100 | Registered | 2019-08-16 |
| 299 | GH-A193. | PA0002207092 | Registered | 2019-08-16 |
| 300 | GH-A200. | PA0002207077 | Registered | 2019-08-16 |
| 301 | GH-A207. | PA0002207088 | Registered | 2019-08-16 |
| 302 | GH-A214. | PA0002207102 | Registered | 2019-08-16 |
| 303 | GH-A221. | PA0002207101 | Registered | 2019-08-16 |
| 304 | GH-A228-2. | PA0002207096 | Registered | 2019-08-16 |
| 305 | GH-A152. | PA0002195792 | Registered | 2019-06-14 |
| 306 | GH-A158-2. | PA0002195719 | Registered | 2019-06-14 |
| 307 | GH-A161. | PA0002195782 | Registered | 2019-06-14 |
| 308 | GH-A165. | PAu003982825 | Registered | 2019-06-14 |
| 309 | GH-A151. | PA0002195787 | Registered | 2019-06-13 |
| 310 | GH-A137. | PA0002191662 | Registered | 2019-05-23 |
| 311 | GH-A144. | PAu003979598 | Registered | 2019-05-23 |
| 312 | GH-A126. | PA0002191655 | Registered | 2019-05-22 |
| 313 | GH-A112. | PA0002188640 | Registered | 2019-05-03 |
| 314 | GH-A116. | PA0002188642 | Registered | 2019-05-03 |
| 315 | GH-A119. | PA0002188659 | Registered | 2019-05-03 |
| 316 | GH-A123. | PA0002188661 | Registered | 2019-05-03 |
| 317 | GH-A109. | PAu003973956 | Registered | 2019-04-17 |
| 318 | GH-A095. | PA0002183318 | Registered | 2019-04-12 |
| 319 | GH-A102. | PA0002183319 | Registered | 2019-04-12 |
| 320 | GH-A091. | PA0002179613 | Registered | 2019-04-03 |
| 321 | GH-A095. | PAu003971092 | Registered | 2019-04-03 |
| 322 | GH-A074B. | PA0002179051 | Registered | 2019-03-27 |
| 323 | GH-A081. | PA0002179050 | Registered | 2019-03-27 |

| | | | | |
|---|---|---|---|---|
| 324 | GH-A088. | PAu003970741 | Registered | 2019-03-27 |
| 325 | GH-A063. | PA0002172891 | Registered | 2019-03-09 |
| 326 | GH-A067B. | PA0002172890 | Registered | 2019-03-09 |
| 327 | GH-A060. | PAu003964396 | Registered | 2019-02-27 |
| 328 | Asher's 2nd Visit. | PA0002166808 | Registered | 2019-02-12 |
| 329 | BJ's 7th Visit. | PAu003961029 | Registered | 2019-02-12 |
| 330 | Folana's 1st Visit. | PA0002166802 | Registered | 2019-02-12 |
| 331 | Kamara's 2nd Visit. | PA0002166778 | Registered | 2019-02-12 |
| 332 | Love Triangle. | PA0002166809 | Registered | 2019-02-12 |
| 333 | New Girl Review 1. | PA0002166801 | Registered | 2019-02-12 |
| 334 | New Girl Review 2. | PA0002166743 | Registered | 2019-02-12 |
| 335 | Veena's 1st Visit. | PAu003961223 | Registered | 2019-02-12 |
| 336 | New Girl Review. | PA0002157725 | Registered | 2019-01-11 |
| 337 | Angelika-Elise 2nd Visit. | PAu003951738 | Registered | 2018-12-27 |
| 338 | Debra 2nd Visit. | PA0002155202 | Registered | 2018-12-27 |
| 339 | Jules 2nd Visit. | PAu003951741 | Registered | 2018-12-27 |
| 340 | Jules Test Visit. | PA0002155197 | Registered | 2018-12-27 |
| 341 | Patricia 3rd Visit. | PA0002155205 | Registered | 2018-12-27 |
| 342 | GH Girlfriend. | PA0002149638 | Registered | 2018-12-07 |
| 343 | Tabor's 3rd Visit. | PA0002149636 | Registered | 2018-12-07 |
| 344 | GH Wife1-15. | PAu003944299 | Registered | 2018-11-21 |
| 345 | Remi's 2nd Visit. | PAu003944305 | Registered | 2018-11-21 |
| 346 | HeatherB's 3rd Visit. | PA0002144069 | Registered | 2018-11-16 |
| 347 | Becky's 2nd Visit. | PA0002145747 | Registered | 2018-11-15 |
| 348 | Hanna's 2nd Visit. | PAu003942350 | Registered | 2018-11-14 |
| 349 | Remi's Test Visit. | PA0002145735 | Registered | 2018-11-14 |
| 350 | Parlia's 2nd Visit. | PAu003938043 | Registered | 2018-10-24 |
| 351 | Francesca's 5th Visit. | PA0002150325 | Registered | 2018-10-19 |
| 352 | GH Fit Chick 1-4&5. | PA0002139015 | Registered | 2018-10-12 |
| 353 | Linda's 1st Visit. | PA0002139014 | Registered | 2018-10-12 |
| 354 | Debra's 1st Visit. | PA0002138088 | Registered | 2018-10-04 |
| 355 | Mia's 1st Visit. | PA0002138089 | Registered | 2018-10-04 |
| 356 | Patty's Test Visit. | PA0002138090 | Registered | 2018-10-04 |
| 357 | Xia-Wynter. | PAu003933868 | Registered | 2018-10-04 |
| 358 | Becky's Test Visit. | PA0002136452 | Registered | 2018-09-20 |
| 359 | Tally's 2nd Visit. | PAu003931892 | Registered | 2018-09-20 |
| 360 | Cheyenne's 2nd Visit. | PA0002135802 | Registered | 2018-09-14 |
| 361 | Wynter-Hanna. | PA0002135803 | Registered | 2018-09-14 |
| 362 | Wynter's 1st Visit. | PA0002135801 | Registered | 2018-09-14 |
| 363 | Xia's 2nd Visit. | PA0002135806 | Registered | 2018-09-14 |
| 364 | Francesca & Finley Visit. | PA0002156574 | Registered | 2018-08-26 |
| 365 | GH Girlfriend 1-8. | PA0002133941 | Registered | 2018-08-26 |
| 366 | Jordan's 3rd Visit. | PA0002175008 | Registered | 2018-08-26 |
| 367 | Mitzi's 1st Visit. | PA0002155993 | Registered | 2018-08-26 |
| 368 | Nancy's 1st Visit. | PA0002163955 | Registered | 2018-08-26 |
| 369 | Shira's 1st Visit. | PA0002133940 | Registered | 2018-08-26 |
| 370 | Yana's 3rd Visit. | PA0002163960 | Registered | 2018-08-26 |
| 371 | Hanna's 1st Visit. | PA0002132440 | Registered | 2018-08-20 |
| 372 | Xia's Test Visit. | PA0002132439 | Registered | 2018-08-20 |
| 373 | Gloryhole Wife 1-14. | PAu003927649 | Registered | 2018-08-02 |
| 374 | Kamara's 1st Visit. | PAu003927651 | Registered | 2018-08-02 |
| 375 | Gwen's Test Visit. | PA0002130531 | Registered | 2018-07-31 |
| 376 | Sierra's 2nd Visit. | PA0002130530 | Registered | 2018-07-31 |
| 377 | Zelda's Test Visit. | PA0002130529 | Registered | 2018-07-31 |

| | | | | |
|---|---|---|---|---|
| 378 | Doran's Test Visit. | PA0002128230 | Registered | 2018-07-19 |
| 379 | Fadden's 1st Visit. | PA0002128226 | Registered | 2018-07-19 |
| 380 | Erora's 1st Visit. | PA0002128561 | Registered | 2018-07-11 |
| 381 | Patricia's 2nd Visit. | PAu003925331 | Registered | 2018-07-11 |
| 382 | Vartel's Test Visit. | PA0002128562 | Registered | 2018-07-11 |
| 383 | Erora's 1st Visit. | PA0002127359 | Registered | 2018-07-05 |
| 384 | Parlia's 1st Visit. | PA0002127361 | Registered | 2018-07-05 |
| 385 | Tabor's 2nd Visit. | PA0002127357 | Registered | 2018-07-05 |
| 386 | Shira's 2nd Visit. | PA0002125760 | Registered | 2018-06-21 |
| 387 | Sierra's 1st Visit. | PA0002127358 | Registered | 2018-06-21 |
| 388 | Vivian's 1st Visit. | PA0002144882 | Registered | 2018-06-21 |
| 389 | Daphne's 1st Visit. | PA0002128564 | Registered | 2018-06-08 |
| 390 | Kasandra's 2nd Visit. | PA0002128563 | Registered | 2018-06-08 |
| 391 | Finley's 2nd Visit. | PA0002122769 | Registered | 2018-05-27 |
| 392 | GH Fit Chick1-3. | PA0002122019 | Registered | 2018-05-27 |
| 393 | Patricia's 1st Visit. | PA0002122018 | Registered | 2018-05-27 |
| 394 | Bi-Girls 2nd Visit. | PAu003916346 | Registered | 2018-05-03 |
| 395 | Tabor's 1st Visit. | PAu003916352 | Registered | 2018-05-03 |
| 396 | Takosha's 2nd Visit. | PA0002117469 | Registered | 2018-05-03 |
| 397 | Hunter's 1st Visit. | PAu003916357 | Registered | 2018-04-18 |
| 398 | GH Girlfriend 1-5&6. | PA0002109666 | Registered | 2018-03-29 |
| 399 | Paulina B's 2nd Visit. | PA0002109668 | Registered | 2018-03-29 |
| 400 | Renee's 1st Visit. | PA0002108864 | Registered | 2018-03-23 |
| 401 | Parker's 2nd Visit. | PA0002107780 | Registered | 2018-03-16 |
| 402 | GH Fit Chick 1-2. | PA0002106900 | Registered | 2018-03-10 |
| 403 | Kasandra's 1st Visit. | PA0002106898 | Registered | 2018-03-10 |
| 404 | Ora's 2nd Visit. | PA0002105208 | Registered | 2018-03-01 |
| 405 | Nicolette's 1st Visit. | PA0002105014 | Registered | 2018-02-28 |
| 406 | Francesca's 4th Visit. | PA0002103555 | Registered | 2018-02-19 |
| 407 | GH Fit Chick 1-1. | PA0002103810 | Registered | 2018-02-19 |
| 408 | Bi-Girls 1st Visit. | PA0002103133 | Registered | 2018-02-12 |
| 409 | GH Girlfriend 1-1. | PA0002102877 | Registered | 2018-02-03 |
| 410 | GH Girlfriend 1-2. | PA0002102878 | Registered | 2018-02-03 |
| 411 | GH Girlfriend 1-3. | PA0002102880 | Registered | 2018-02-03 |
| 412 | GH Girlfriend 1-4. | PA0002102881 | Registered | 2018-02-03 |
| 413 | Felecia's 1st Visit. | PA0002100534 | Registered | 2018-02-02 |
| 414 | Danika's 3rd Visit. | PA0002098406 | Registered | 2018-01-24 |
| 415 | Lauren's 1st Visit. | PA0002098397 | Registered | 2018-01-24 |
| 416 | Yana's 3rd Visit. | PA0002098400 | Registered | 2018-01-24 |
| 417 | Gloria's 1st Visit. | PA0002098179 | Registered | 2018-01-23 |
| 418 | Mitzi's 1st Visit. | PA0002098182 | Registered | 2018-01-23 |
| 419 | Paulina B's 1st Visit. | PA0002098181 | Registered | 2018-01-23 |
| 420 | Quincy's 2nd Visit. | PA0002098184 | Registered | 2018-01-23 |
| 421 | BJ's 6th Visit. | PA0002071956 | Registered | 2018-01-20 |
| 422 | Cousin's 2nd Visit. | PA0002071948 | Registered | 2018-01-20 |
| 423 | Erika's 3rd Visit. | PA0002072149 | Registered | 2018-01-20 |
| 424 | Francesca & Finley Gangbang. | PA0002071957 | Registered | 2018-01-20 |
| 425 | Francesca & Finley Visit. | PA0002071706 | Registered | 2018-01-20 |
| 426 | Gretchen's 2nd Visit. | PA0002072147 | Registered | 2018-01-20 |
| 427 | Janae's 2nd Visit. | PA0002071709 | Registered | 2018-01-20 |
| 428 | Jordan's 3rd Visit. | PA0002071708 | Registered | 2018-01-20 |
| 429 | Krista's 2nd Visit. | PA0002073937 | Registered | 2018-01-20 |
| 430 | Lacey B's 2nd Visit. | PA0002071729 | Registered | 2018-01-20 |
| 431 | Nancy's 1st Visit. | PA0002072023 | Registered | 2018-01-20 |

| | | | | |
|---|---|---|---|---|
| 432 | Ora's 1st Visit. | PA0002071958 | Registered | 2018-01-20 |
| 433 | Pamala's 1st Visit. | PA0002071952 | Registered | 2018-01-20 |
| 434 | Takosha's 1st Visit. | PA0002071715 | Registered | 2018-01-20 |
| 435 | Yvette's 1st Visit. | PA0002072152 | Registered | 2018-01-20 |