Exhibit B

**offending_url**

https://www.eporner.com/video-Q9eiQfHCjB6/rhea/
https://www.eporner.com/video-fVoORKIY7cv/mochi/
https://www.eporner.com/video-urgalhzqvrw/ak47-creampie/
https://www.eporner.com/video-8pQ334Kkkl2/luna-2nd/
https://www.eporner.com/video-7pBBJTGtp5C/mackenzie/
https://www.eporner.com/video-4CcmmSckN4J/redhead-amateur/
https://www.eporner.com/video-4oOCSHMOely/sage/
https://www.eporner.com/video-ialfhxEX2L9/kylie/
https://www.eporner.com/video-aTxrWIQRRTO/sexy-bitch/
https://www.eporner.com/video-EnbWGNvxC1k/jaykilla/
https://www.eporner.com/video-ek1HOJsdKYq/gloryhole-swallow-jordan-cum-swallowing-blowjob-with-no-gag/
https://www.eporner.com/video-1MgpKVWQ9S6/alexis/
https://www.eporner.com/video-xSUDZ8PLBRk/she-sucks-and-fucks-at-the-gloryhole/
https://www.eporner.com/video-inhnRpwy2XA/kimberly/
https://www.eporner.com/video-zcOkxDWoroe/fran-finley/
https://www.eporner.com/video-qHp8zsTLdik/girl-gangbanged-in/
https://www.eporner.com/video-rbW8o13PCsB/alyssia/
https://www.eporner.com/video-Ef2Zpkxb8cZ/sami/
https://www.eporner.com/video-C3cWFIM1thk/fran/
https://www.eporner.com/video-LijzcDw0agz/jade-greene/
https://www.eporner.com/video-dB08M3B5eHl/isabel/
https://www.eporner.com/video-5Amm223n8nT/fran/
https://www.eporner.com/video-Rra8tHKCOdu/fran/
https://www.eporner.com/video-hRu7WtDDtiM/sasha/
https://www.eporner.com/video-l1E5RW65jD4/rcd-luna-filled-by-7-men-1st-gloryhole/
https://www.eporner.com/video-reQiLZYuk4r/yaya/
https://www.eporner.com/video-tgiXScedEFx/mila/
https://www.eporner.com/video-gis8yvpEX9a/cumpsters-cierra-bell/
https://www.eporner.com/video-VntKv0mduxZ/fran/
https://www.eporner.com/video-XliolomfHLt/mrpoon69/
https://www.eporner.com/video-6YcHQLXSC6W/sasha/
https://www.eporner.com/video-c9TNL8p4Dek/gloryhole-swallow-a214-lulu-spinner-cum-slut-fucks-sucks/
https://www.eporner.com/video-YODSa2EYGpA/rdc-indica-17-loads-3rd-pass-2022-07-gloryhole-amazing/
https://www.eporner.com/video-GpX83Z07O7S/fran/
https://www.eporner.com/video-zUh2bvrdBef/parker/
https://www.eporner.com/video-iFojpMajBoA/pink-visit/
https://www.eporner.com/video-ChWdC7n6Vra/rcd-indica-7-loads-1st-pass-2021-10-gloryhole/
https://www.eporner.com/video-J5yFtUpP32P/gloryhole-swallow-lulu-3rd-visit-b360-2-blows-and-fucks-cum-glo/
https://www.eporner.com/video-m0or4Br4v9u/sage/
https://www.eporner.com/video-hCJlyUxCKN9/tessa/
https://www.eporner.com/video-J3Dpoj70fLW/gloryhole-whore-erora/
https://www.eporner.com/video-9td8n8Pvgev/gloryhole-swallow-francesca-petite-latina-with-dental-braces-5/
https://www.eporner.com/video-5502NdIGJgE/cute-boner-blower/
https://www.eporner.com/video-daPCerUgWoe/ivy/
https://www.eporner.com/video-2snnjl1pTAW/samantha/
https://www.eporner.com/video-uPTYtp3LIL9/bree/
https://www.eporner.com/video-G0dqyGOWWdu/gloryhole-swallow-fuck-first-time-slavemouth-alexa/
https://www.eporner.com/video-GNNIE0WQ6sM/casi-james-in-mandy-armani-sucking-dick-in-the-gloryhole/
https://www.eporner.com/video-JWSKRXzpTVy/latest-tessa-ghs/
https://www.eporner.com/video-iJxadiKldhq/she-loves-creampies/
https://www.eporner.com/video-sH7Ta70A1EG/glory-hole/
https://www.eporner.com/video-c6zPGVNRbhj/glory/

https://www.eporner.com/video-T8cLYgGuw8T/davina-looks-great-in-gloryhole/
https://www.eporner.com/video-GPzSkkb51q4/mila-t-hole-2/
https://www.eporner.com/video-HaPz3RQP8OY/creamstr-2-belgium/
https://www.eporner.com/video-fmfFTsxhiUo/hotwife-hole-1/
https://www.eporner.com/video-pblIAYsMrSD/francesca-hole-1/
https://www.eporner.com/video-15TrG7xC4Ro/cierra-bell-ready-for-a-full-fill-round/
https://www.eporner.com/video-obNJuOgoIsS/she-is-full-of-milk/
https://www.eporner.com/video-eGckY5lFJ7M/cumd-yaya-1st/
https://www.eporner.com/video-htuPeJaSc1o/ashl3y-hole-1/
https://www.eporner.com/video-d1fUjq0doe7/creampie-compilation/
https://www.eporner.com/video-K97lz5iTCx1/cumshot-gifs-compilation/
https://www.eporner.com/video-6vdo4PWfGXL/she-got-multiple-creampies-in-her-pussy/
https://www.eporner.com/video-DUOJyxbz2u7/my-aunt-enjoying-several-dicks-in-the-gloryhole/
https://www.eporner.com/video-UikwicVaxfy/ebony-hole-2/
https://www.eporner.com/video-XWg1x1Y8TjA/ivy/
https://www.eporner.com/video-UXBxJqrWdd/camilla/
https://www.eporner.com/video-fems10osmQh/francesca-hole-5/
https://www.eporner.com/video-6iRHMOwUxov/she-comes-for-the-dicks-nd-stays-for-the-cum-reina-heart-american/
https://www.eporner.com/video-HseGyp59ZNT/she-traveled-all-the-way-from-nebraska-have-her-first-gloryhole/
https://www.eporner.com/video-7cf7OmUDpl2/davina-leos-throat-fuck/
https://www.eporner.com/video-pn9Du7pznuq/cumd-ak-1st/
https://www.eporner.com/video-AqlNVQRrKGP/gloryhole-creampie-splitscreen/
https://www.eporner.com/video-hDaiW2PEE92/folan-1/
https://www.eporner.com/video-IzSn3uNy7Wa/0ra/
https://www.eporner.com/video-VRhemVx8iWH/50-cumshots-white-black-dicks-blowjob-compilation-oralsex-expert-teen/
https://www.eporner.com/video-QKOdKA1OFrZ/cumd-tessa-1st/
https://www.eporner.com/video-x8BqBphhLBi/cp-girl3/
https://www.eporner.com/video-VVmvpRAaBLb/cumd-ak-6th/
https://www.eporner.com/video-sc10opmtZVz/cumd-shelby-1st/
https://www.eporner.com/video-czA0Y2yPHaF/cumd-xia-3rd/
https://www.eporner.com/video-iJahEOVswsf/little-brunette-camilla-gets-gangbanged/
https://www.eporner.com/video-27mqWs6kBhx/gloryhole-penny-2nd-visit/
https://www.eporner.com/video-8m0lUQn2RFs/r0sie-r/
https://www.eporner.com/video-o4Z300Oeh8u/ebony-slut-passed-around/
https://www.eporner.com/video-mdpccOnhVKh/emm4/
https://www.eporner.com/video-f7FM9iYSgZK/gloryhole-creampie-compilation/
https://www.eporner.com/video-QcyO4hUgysL/creamstr-girl-4/
https://www.eporner.com/video-qRqLPAOyicW/taylor-b/
https://www.eporner.com/video-E4AE40GI0lp/goth-bitch-slutted-out/
https://www.eporner.com/video-EQX5B4Q5mjZ/gb-girl1/
https://www.eporner.com/video-TH0bUv4ClKo/gloryhole-swallow-2nd-visit/
https://www.eporner.com/video-k2pxftVYMCC/tight-latina-bender/
https://www.eporner.com/video-Po3SFVEi4Lq/isabel-love-gangbang-cum-bucket/
https://www.eporner.com/video-OJ9NJPoxTRg/sage-h/
https://www.eporner.com/video-a7bWc704SCT/creamstr-2/
https://www.eporner.com/video-iYkNfftrOTm/huge-creampie-tattoo-girl/
https://www.eporner.com/video-BAU8fwA6fgk/cumd-tay/
https://www.eporner.com/video-L1ey9Lr0Cnn/cumd-ak-4th/
https://www.eporner.com/video-sUYHOsEwO04/20-cumshots-blowjob-compilation-teen-pornstar-finishing-the-job/
https://www.eporner.com/video-3gtaVQqbSvF/cremstr-girl-5/
https://www.eporner.com/video-AmyAjsvV3lp/sasha/
https://www.eporner.com/video-tdalpvjTr6A/dnk-2/
https://www.eporner.com/video-O8VgE2bSyjL/folan-2/

https://www.eporner.com/video-HAdis96Rpx7/isabel/
https://www.eporner.com/video-k6gxiyC6SKG/isabel/
https://www.eporner.com/video-dPkHZTvbvFZ/isabel/
https://www.eporner.com/video-JsPbfZ7m5O2/isabel/
https://www.eporner.com/video-AUWYIixMKkI/jade/
https://www.eporner.com/video-v1lRhCEmy6x/jamie/
https://www.eporner.com/video-Np65pgZbhm0/camilla/
https://www.eporner.com/video-ExieofJwERT/sage/
https://www.eporner.com/video-juHvgAtWUdn/camilla/
https://www.eporner.com/video-xYSszxomJo3/camilla/
https://www.eporner.com/video-yihhL2hEuov/reina-heart/
https://www.eporner.com/video-XUWMsE5OGX4/mackenzie/
https://www.eporner.com/video-dvM9E5aPbjR/mila/
https://www.eporner.com/video-GtcGRMXPNbn/sasha/
https://www.eporner.com/video-WUAZwKkOs0S/ivy/
https://www.eporner.com/video-ldYSX49FRKL/isabel/
https://www.eporner.com/video-gq6YGt8ILP9/enthusiastic-ebony-gloryhole/
https://www.eporner.com/video-d6YzdhjLJAQ/milf-train/
https://www.eporner.com/video-wUyauEcSaoW/isabel-love-gh2/
https://www.eporner.com/video-868Flw9HH99/myfavvgskwqlnoq/
https://www.eporner.com/video-uj69BWXqJpx/she-comes-for-the-dicks-nd-stays-for-the-cum/
https://www.eporner.com/video-0B4dUmXoKXK/redhead-tattoo-gangbang/
https://www.eporner.com/video-k4KWGcKRsWO/avi-love/
https://www.eporner.com/video-JN9TEDWoBHL/that-ass-so-soft/
https://www.eporner.com/video-JTauTihvMrO/cumpsters-big-tits-sage-pillar-gets-gangbanged/
https://www.eporner.com/video-BGO2GCtpFQl/davina-leos-gloryhole/
https://www.eporner.com/video-ikhBuxTFuGu/15-swallows-in-53-minutes/
https://www.eporner.com/video-sIJIRU3mtab/p4wgp0v/
https://www.eporner.com/video-uYdOOf94JGQ/gh-20-06-25/
https://www.eporner.com/video-c2DbRxdYrhp/p4wgd0ggy/
https://www.eporner.com/video-MD6ew4Ikf2k/gh-06-06-25/
https://www.eporner.com/video-OXngBWT6tY2/bbc-pounding-her-so-damn-hard/
https://www.eporner.com/video-hmY2nKTFXVY/nebraska-girl-just-focus-on-the-cocks/
https://www.eporner.com/video-yo6QaRQuRCA/hazel-grace-glory-hole-swallow/
https://www.eporner.com/video-WR2z1F2s2x7/they-tooks-turns/
https://www.eporner.com/video-7tDC6Tr9jwa/not-enough-room-in-the-booth-for-all-this-fucking/
https://www.eporner.com/video-c7JUZsWKFUD/sasha/
https://www.eporner.com/video-uO7KMAASZeF/fucking-professionals-enjoying-every-drop-of-cum/
https://www.eporner.com/video-Z8DphEgpe66/bree-brooks/
https://www.eporner.com/video-AiLA6MaoEhR/1st/
https://www.eporner.com/video-pcYPeoMDGhK/the-round-parts-work-the-holes/
https://www.eporner.com/video-kzpGTI0oTwq/gloryhole-fucking-and-creampie-compilation/
https://www.eporner.com/video-dddP4G9qr0I/princess-hanna-the-round-parts-work-the-holes/
https://www.eporner.com/video-dpGlWjrRRih/gh-sw-lun4/
https://www.eporner.com/video-l9jDAUXJBA8/kinky-kupcake-she-s-the-fluff-and-the-finisher/
https://www.eporner.com/video-Jrzf Y9Jle02/gloryhole-first-visit-xia-celestial/
https://www.eporner.com/video-HKNptlOASvi/alyssia-vera-gloryhole/
https://www.eporner.com/video-0VPUs6kB2pW/giving-her-young-mouth-and-pussy-a-workout/
https://www.eporner.com/video-StVFyP6HVFW/milf-drinking-condom-cum/
https://www.eporner.com/video-JJmZame3fSe/sex-swinging-at-the-hole/
https://www.eporner.com/video-Ln3dPfXT2tj/old-meets-young/
https://www.eporner.com/video-m9IneDEVqLd/alyssia-vera-gloryhole/
https://www.eporner.com/video-wMzaa3NDipR/alyssia-vera-gloryhole/

https://www.eporner.com/video-DquXoteKXw8/kaia-martin-glory-to-all-her-holes/
https://www.eporner.com/video-vjdltDSfsNc/isabel-love-making-all-ends-work/
https://www.eporner.com/video-03gd78YIiPT/nikki-nicole-tease-them-first-for-glory/
https://www.eporner.com/video-b0wOL78kYts/slutty-milf-gets-cum-in-her-hair/
https://www.eporner.com/video-qUNMbu4nmjp/faith-gloryhole/
https://www.eporner.com/video-pzolRrCFd9l/juliana-marie-gloryhole/
https://www.eporner.com/video-1KDUv2r5zIo/izzy-rae/
https://www.eporner.com/video-RgLkxu98SLv/cute-young-full-service-slut/
https://www.eporner.com/video-me4nn8aaAAf/pussies-and-cocks-of-different-colors/
https://www.eporner.com/video-UoqiaoPm0QX/pussies-and-titties-only-at-the-hole/
https://www.eporner.com/video-nxlp2cps3Av/thick-women-eating-pussy-and-fucking/
https://www.eporner.com/video-wVnqDQGNCAx/creaming-p-dor-s-box/
https://www.eporner.com/video-BUGAVFJJ2CP/nikki-nicole-good-work-for-a-cum-bucket/
https://www.eporner.com/video-DFvQqML0RMz/yazmin-royal-taking-cum-orders-on-fast-track/
https://www.eporner.com/video-Gw17tUD70mu/ariana-cum-can-come-through-any-hole/
https://www.eporner.com/video-zmG0bNnq661/creampie-galore/
https://www.eporner.com/video-earwpwcHZ08/kinky-cupcake-gloryhole/
https://www.eporner.com/video-3HyEjcNWsm3/hot-girl-swallows/
https://www.eporner.com/video-wRQnzNF61N6/ghs-good-shxt/
https://www.eporner.com/video-nJuePXOfgUj/love-bbw/
https://www.eporner.com/video-fWh6rfttJOs/eva-cumpilation/
https://www.eporner.com/video-mLwg1mhE5QA/ghs-glory-creampie/
https://www.eporner.com/video-dVGSKWqLNoQ/eve-bardot-cumpsters/
https://www.eporner.com/video-T8cl8sOJ9IW/tats-sucking-and-fucking/
https://www.eporner.com/video-sOapQxRrOQT/no-cum-wasted/
https://www.eporner.com/video-cruUFjsSXNW/chubby-and-petite-bisexual-babes/
https://www.eporner.com/video-nDdwdw52KFG/izzy-izzy-izzy/
https://www.eporner.com/video-CpEtyE3z89l/ebony-lips-sliding-on-cocks/
https://www.eporner.com/video-VNUubDXO9oc/kris/
https://www.eporner.com/video-vgoETrxyDrO/court/
https://www.eporner.com/video-vupTaXKKopY/pawg-milf/
https://www.eporner.com/video-vlsGZ6wVGYi/gloryhole-swallow-eva-s-5th-visit-anal-fuck/
https://www.eporner.com/video-ckDhzbJB5bw/1st-luna-legend/
https://www.eporner.com/video-vuHi6TfKdtn/gloryhole-swallows/
https://www.eporner.com/video-UaYq1oEldqH/veena-dumping-condom-cum-on-her-titties/
https://www.eporner.com/video-cAJtKK9aB7R/hannah-grace/
https://www.eporner.com/video-CWM4AzgwrMG/izzyrae-cumps/
https://www.eporner.com/video-vAgxE9B0OUs/ivy-get-creampies/
https://www.eporner.com/video-d6QRc5tOa2R/izzy-rae/
https://www.eporner.com/video-XXDjnclOX9f/trist4n-summer5/
https://www.eporner.com/video-TwWaanatAGt/fun-loving-booth-sucker-with-a-killer-body-and-cute-smile/
https://www.eporner.com/video-gSElNUd14lm/te55an-vi0let/
https://www.eporner.com/video-cmGwRcuniyt/sperma-orgy/
https://www.eporner.com/video-iuVVraR9D6h/gloryhole-swallow-especial-to-lovely-tiffany-kohl/
https://www.eporner.com/video-qcUXsAfkB3O/cumpsters-ivy-rose-1st-visit/
https://www.eporner.com/video-KY6u05RzQN4/1/
https://www.eporner.com/video-mPy5cKy9E13/ashley-gangb/
https://www.eporner.com/video-GoYgHpQVX8i/3rd-visit/
https://www.eporner.com/video-dbvWpwelvcf/of-cump-sters-spinner-1st-visit/
https://www.eporner.com/video-ql97P5ef1fg/of-cump-sters-kylie-ray-1st-visit/
https://www.eporner.com/video-2twSWBzYvgj/of-cump-sters-luna-legend-1st-visit/
https://www.eporner.com/video-OrpK3XifBLh/of-cump-sters-xia-2nd-visit/
https://www.eporner.com/video-v8sD3kKSQXP/of-cump-sters-ronnie-violet-1st-visit/

https://www.eporner.com/video-e2I5BPLsK3C/sage-hunter/
https://www.eporner.com/video-hubBiYeaBEb/kris-court/
https://www.eporner.com/video-BMTQ65y0Ale/compilation-swallow-especial-to-ak47girl-she-loves-drink-cum/
https://www.eporner.com/video-FNQhBrItaOG/of-cump-sters-karina-valentina-1st-visit/
https://www.eporner.com/video-hyLPh8NLy0H/izzy-rae/
https://www.eporner.com/video-f8zTInJiQLi/skinny-tattooed-slut-visits-her-first-gloryhole/
https://www.eporner.com/video-SHImY09j1dt/she-must-love-booth-sucking-and-fucking/
https://www.eporner.com/video-gV8IO71jz1A/dripping-creampies-in-the-booth/
https://www.eporner.com/video-t6NqV8QP8yp/cute-redhead-giving-head/
https://www.eporner.com/video-ef23SR5bMrD/petite-young-woman-doesn-t-just-suck-she-fucks/
https://www.eporner.com/video-sRQ41sf9icR/nice-round-ass-on-a-gifted-cum-drinker/
https://www.eporner.com/video-RdKWY7J0QWc/tatted-milf-swallowing-cock-milk-in-the-booth/
https://www.eporner.com/video-Tt0mYQMAWdX/xia-has-killer-smile-and-magic-lips/
https://www.eporner.com/hd-porn/CxWfimQU0gw/Glory-Hole-Compilation-Vol-2/
https://www.eporner.com/hd-porn/hHd2pmvUWgA/Fuck-Her-On-Gloryhole-Cumpilation/
https://www.eporner.com/video-4ICp2Rjs5Zm/glory-hole-compilation-vol-2-034305-1211806/
https://www.eporner.com/video-l6HT6uuBVE1/morena-chupadeira/
https://www.eporner.com/video-5wKfxsQGPQ8/karina-fucked-and-used/
https://www.eporner.com/video-sqxfK6HeZqa/sage-fucked-and-used/
https://www.eporner.com/video-vfJQxBTdi5o/hot-latina-filled-and-used/
https://www.eporner.com/video-DIxgjobgN3u/hot-lighskin-ebony-slutted-out/
https://www.eporner.com/video-VX5DHOEga6G/jenna-fucked-and-used/
https://www.eporner.com/video-Z4evQ6lPjA9/ronnie-used-and-fucked/
https://www.eporner.com/video-a8QALKyksMX/ms-steele-fucked-and-used/
https://www.eporner.com/video-PRa1RCH6pb2/ak47-girl-slutted-out/
https://www.eporner.com/video-ouYKDy0QeQa/ada-fucked-and-used/
https://www.eporner.com/video-fsZGvyW2Csh/misspoon-fucked-and-used/
https://www.eporner.com/video-BXmu1ooVruX/luna-fucked-and-used/
https://www.eporner.com/video-aedCff3TmYi/ivy-fucked-and-used/
https://www.eporner.com/video-aFkAmcfvWhg/fucking-hard-with-7-man/
https://www.eporner.com/video-AEOOGKsR2Ak/hot-latina-used-and-fucked/
https://www.eporner.com/video-w8jtBj61c2I/ak47-7th-visit/
https://www.eporner.com/video-PX1A0mK0kvR/spitroast-compilation/
https://www.eporner.com/video-XVt0vVkQOAk/fran/
https://www.eporner.com/video-CKuDbSWHle3/goth-girl-gloryhole/
https://www.eporner.com/video-goy9HkyGpxH/danika-jordan/
http://eporner.com/video-8GSkbx7f6GR/gloryholeswallow-mila-milkshake/
https://www.eporner.com/video-Vye9VJXEkgS/chubby-asian-sucks-fucks-a-few-dicks/
https://www.eporner.com/video-rTphXXWxOFS/sami-parker/
https://www.eporner.com/video-QK5IBL7NVg2/camilla/
https://www.eporner.com/video-3AEjfrsF0Tz/dick-milk-keeps-her-tonsils-fresh/
https://www.eporner.com/video-XDPsGzpvH11/nikki-nicole-cumpster/
https://www.eporner.com/video-7OECQkTxort/slut-proves-that-she-is-made-for-feeding-and-breeding/
https://www.eporner.com/video-P9kJCn2WrLg/zuri/
https://www.eporner.com/video-BmRua5ryzYv/catherine-and-ally-comp/
https://www.eporner.com/video-b5hsxl3lZlm/bree/
https://www.eporner.com/video-sL6uO8w6Puj/naomi-compilation/
https://www.eporner.com/video-ZynO3peHbsX/mochi-mona-get-passed-around/
https://www.eporner.com/video-wb9VkO2bjzv/gh-230616-t/
https://www.eporner.com/video-LtXJaU57XAq/alexa-siren/
https://www.eporner.com/video-ilMG4qtNGVz/indica-monroe-glorious/
https://www.eporner.com/video-BwB0JNITKbR/alyssia-vera-going-down-on-every-dick-in-town/
https://www.eporner.com/video-JCwXpfct5uh/tattooed-slut-at-the-gloryhole-punkrockcock/

https://www.eporner.com/video-8GSkbx7f6GR/gloryholeswallow-mila-milkshake/
https://www.eporner.com/video-JutkN6ALERi/hot-blonde-chloe-temple-oral-sex-in-the-glory-hole/
https://www.eporner.com/video-Clv7GPw2zUb/focus-on-cock-gloryhole-2/
https://www.eporner.com/video-Co7P7cm7L8V/young-balerina-trying-anal-at-glory-hole/
https://www.eporner.com/video-YPdAUBLnFAm/isabel-love-cumpster/
https://www.eporner.com/video-aYGxEFNcPOk/shgt321/
https://www.eporner.com/video-50hS0uF3Rl1/cp-dumping-in-a-tatted-woman/
https://www.eporner.com/video-71BkTTMY2V6/jenna-beck-cumpsters/
https://www.eporner.com/video-RnB8kVMaHYJ/cp-dumping-in-a-blonde/
https://www.eporner.com/video-me43u1jbGy3/eliza/
https://www.eporner.com/video-8GSkbx7f6GR/gloryholeswallow-mila-milkshake/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-e1BqAwKl6nQ/cumpsters-channy-crossfire-1st-visit-2024-04-05-1080p/
https://www.eporner.com/video-fj40YXBDqBB/ultimate-ebony-cum-drinker/
https://www.eporner.com/video-E0xkXAXPRhu/g-h-gangbang-for-scarlett/
https://www.eporner.com/video-NET7oGnMxAy/myfavk9nbixp-3-creampies-in-a-row-for-thic-asian/
https://www.eporner.com/video-DRRZtMxsHNN/messy-creampies-for-brunette-gb-creampies/
https://www.eporner.com/video-uXhbIMFh9Ov/channy/
https://www.eporner.com/video-2bpXd2HFyzb/cute-young-skinny-girl-gb-nice-pussy-cum-overflow-5-creampies/
https://www.eporner.com/video-k14G8uakR8z/young-girl-takes-7-creampies-on-a-bench-gb-skirt-creampies/
https://www.eporner.com/video-gi08mBjTlqv/milf-blowjobs-cumshots/
https://www.eporner.com/video-YMjfqxbbeQW/n4omi-blu3/
https://www.eporner.com/video-XaUojCP2Cfl/n4om1-blu3/
https://www.eporner.com/video-yz3BXrB0xDh/house/
https://www.eporner.com/video-N49BfyeZOVV/house/
https://www.eporner.com/video-vFpnpslwY8o/house/
https://www.eporner.com/video-UKgPHb3fHo2/hole/
https://www.eporner.com/video-QZU7fva3aUK/princess-lizy/
https://www.eporner.com/video-4ZX33pEB1GS/emma-jade/
https://www.eporner.com/video-p8D839x4knK/cute-baddie/
https://www.eporner.com/video-goDUmpDs1iT/redhead-cum-dumpster/
https://www.eporner.com/video-Qo5A2YlJNvJ/feeding-in-the-glory-hole-and-swallowing-a-lot-of-semen/
https://www.eporner.com/video-mZME4v9oydz/alyssia-vera-grab-em-while-they-re-hard/
https://www.eporner.com/video-qkG64Xs6lBw/reluctantly-takes-bbc/
https://www.eporner.com/video-2rEgcba2GSW/white-wife-getting-pounded/
https://www.eporner.com/video-dSAlpJIeFXh/channy-crossfire-gets-a-creampie-in-the-vip-room/
https://www.eporner.com/video-vPYW4uFFY5D/hawaiian-bitches-suck-all-cummers/
https://www.eporner.com/video-1JklBDFV1Xq/sh3lby-calder4/
https://www.eporner.com/video-68wqVBO6vmd/sh3lby-c4lder4/
https://www.eporner.com/hd-porn/ebyKLlZW2S8/Handjob-08/
https://www.eporner.com/video/PM72rtybHid/Sybian-Squirt-With-Help-Affair-From/
https://www.eporner.com/video-IDGRtRny3US/summers-handjob-pt-2/
https://www.eporner.com/video-Vts57Pvp01I/amp-happy-ending-20/
https://www.eporner.com/hd-porn/5HXlKUrqppG/Sapphic-Massage/
https://www.eporner.com/video-ES7anV428sq/kassandra-compilation/
https://www.eporner.com/hd-porn/qmr8Nc3Aetm/Body-massage-and-pussy-rubbing-for-masturbating-by-lesbian-sister/
https://www.eporner.com/video-rbxtKgkSdZm/summers-handjob-pt-4/
https://www.eporner.com/video-EafXceBvkF3/summers-handjob-pt-5/
https://www.eporner.com/video-RA3X6y7SdL4/summers-handjob-pt-3/
https://www.eporner.com/hd-porn/SiA56sgxhaj/Sleeping-girl-had-full-body-massage-specially-boobs-massage/
https://www.eporner.com/hd-porn/KOfs4v9WnrM/add-me-on-snapchat-surfer-69/
https://www.eporner.com/video-EU4nR7XwYd5/summers-handjob-pt-1/
https://www.eporner.com/hd-porn/BmXWFJTECf6/Massage-Happy-Ending-245/
https://www.eporner.com/video-jx0ltMIDurS/cumclinc-session-22/

https://www.eporner.com/hd-porn/6RuN3CtsCB6/add-me-on-snapchat-surfer-69/
https://www.eporner.com/video-JJidPTJZRyh/summers-handjob-pt-11/
https://www.eporner.com/video-Q8iFApyPkVD/summers-handjob-pt-12/
https://www.eporner.com/hd-porn/duVZIqtqBDM/Men-s-Made-To-Experience-the-Sybian-at-Medical-clinic/
https://www.eporner.com/hd-porn/tGdVd6jxPiG/Met-Her-On-Squirt-With-Help-3/
https://www.eporner.com/video-RyCEgOCYxjJ/tinder-date-leaded-to-erotic-lesbian-massage-orgasm/
https://www.eporner.com/video-zUxYYgfn0gW/ashley-moore-compilation/
https://www.eporner.com/video-Lg85shdOn1S/summers-handjob-pt-6/
https://www.eporner.com/video-0GE4cZXHyfl/myfavw8gzne-sve-cumslut/
https://www.eporner.com/video-9F60s7WSivk/yanas-2nd/
https://www.eporner.com/video-dzJmE4qctSm/layna-landry-flora/
https://www.eporner.com/video-YMJqVBQSilD/bbc-only/
https://www.eporner.com/video-JPVe8Xlc82j/cheyenne-2nd-visit/
https://www.eporner.com/video-lfKTXRmAjou/veena-compilation/
https://www.eporner.com/video-GQEoqPiFChw/chunky-woman-tasted-every-drop/
https://www.eporner.com/video-PP0nHz3t1Cq/krista-tori-blue-compilation/
https://www.eporner.com/video-C2VOPm7nxnD/alexa-siren-she-loves-to-have-options/
https://www.eporner.com/video-6Mgj1kR3b75/hole/
https://www.eporner.com/video-kNAaLRoL9IN/curvy-asian-milf-manhandled-by-a-couple-of-random-du-des/
https://www.eporner.com/video-TvDSpeGvqWU/swallow-comp/
https://www.eporner.com/video-BYURNXVdtDz/from-carpet-munching-to-shlong-devouring/
https://www.eporner.com/video-LQ9XFAHZcog/kaia-martin-glory-to-all-her-holes-mp4/
https://www.eporner.com/video-uTY0SRnQkda/venice-escape-mila-james-two-sluts-love-getting-gangbanged/
https://www.eporner.com/hd-porn/puZNjkx49B5/Brunette-teen-throat-fuck-and-swallow/
https://www.eporner.com/video-7AcyqaNKRGD/rey-rides-a-client/
https://www.eporner.com/video-FAGISAa0GJD/bbc-only/
https://www.eporner.com/video-M10yfyfeFNz/naomi-blue-cumshot-compilation/
https://www.eporner.com/video-swk08kbT27Q/joanie-nicole-compilation/
https://www.eporner.com/video-9YmCVmDhoil/indica-monroe-and-italy-2nd-visit/
https://www.eporner.com/video-jb70h72WhnL/brooklyn-cum-compilation-of-14-loads/
https://www.eporner.com/video-td9FizDKzll/tricia-oaks/
https://www.eporner.com/video-KcyAanBv9V4/rey-smith-jules-compilation/
https://www.eporner.com/video-oru0HR7w9Sh/myfavpdw8hr2qb-thick-asian/
https://www.eporner.com/video-57L4JEZxl37/bigbootytayyyy-only-fans-gang-bang/
https://www.eporner.com/video-bYveNS6Bjfp/indica-monroe-glorious/
https://www.eporner.com/video-R2zXDzMKMKc/asian-blowjob-4/
https://www.eporner.com/video-1JaD0Goq7L2/russian-cum-dumpster-anna-chambers/
https://www.eporner.com/video-badr4zC0jTL/bree/
https://www.eporner.com/video-8aLa75R3Ogq/scarlett/
https://www.eporner.com/video-DfMfhl3CLHy/2-lesbos-sharing-dick/
https://www.eporner.com/video-LCeHggrNbDX/indica-monroe-compilation/
https://www.eporner.com/video-iunkvnnAFIS/italy-indica-compilation/
https://www.eporner.com/video-5u0109KKQRN/thick-black-girls-gangbang/
https://www.eporner.com/video-F2EsATGzl6j/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-Rks2ukXKAbp/indica/
https://www.eporner.com/video-xGKPRbu4W9y/brunette-gh-gangbang/
https://www.eporner.com/video-jvV4OyKPrkF/indica-italy/
https://www.eporner.com/video-WAREalYoo2D/shaki-beach/
https://www.eporner.com/video-jfMkiDavXVQ/kaia/
https://www.eporner.com/video-cRxYU3yecxH/sage-pillar-cumpsters-1st-visit/
https://www.eporner.com/video-Gu4F2kaoy3L/alyssia/
https://www.eporner.com/video-uRXSCrQScAE/alyssia/
https://www.eporner.com/video-kr4Ut2qY9rl/tiny-starshine-cumpsters-1st-visit/

https://www.eporner.com/video-RGoWBflGFRa/fran/
https://www.eporner.com/video-r2nSZyyxvli/jamie-croft-gloryholeswallow/
https://www.eporner.com/video-OehFyhUiwZT/alyssia/
https://www.eporner.com/video-uxAGso7UInk/alyssia/
https://www.eporner.com/video-BxpUnn9Fhyg/ada-lyn-cumpsters-1st-visit/
https://www.eporner.com/video-ilm2Xc42nvp/mixed-girl-tits/
https://www.eporner.com/video-EPqf3eaiC28/claire/
https://www.eporner.com/video-B6Sh7R3SMaT/camilla/
https://www.eporner.com/video-QaAnIdPwZ3x/teen-slut-gangbang/
https://www.eporner.com/video-QtngPuW9zoQ/brunette-blowbang/
https://www.eporner.com/video-YY9IHoj8mqh/alyssia/
https://www.eporner.com/video-2d83lSereDn/channy/
https://www.eporner.com/video-GqpGCj2y44W/g-h-gangbang-for-claire/
https://www.eporner.com/video-JAVfY7nSkOk/longest-post-orgasm-clean-job-ever-in-a-gloryhole-perfectly-synchronized-in-multiscre
https://www.eporner.com/video-31BjClGuqDP/tessa/
https://www.eporner.com/video-C4vTrLL8Dyx/remi-returns/
https://www.eporner.com/video-uPuDeZPzr7C/fran/
https://www.eporner.com/video-hTJrMPhxZ5I/ivy/
https://www.eporner.com/video-rhpv2iljx57/xoe-grim-from-big-to-small-she-swallows-all/
https://www.eporner.com/video-4Oz9vcuhC4j/ronnie/
https://www.eporner.com/video-egh0PkhXuMH/karina/
https://www.eporner.com/video-SyegzfBc5qG/beautiful-blonde-insatiable-hotwife-bree-pleasures-a-sticky-baker-s-dozen-through-a-
https://www.eporner.com/video-5MDcNXX2GSM/kaia/
https://www.eporner.com/video-D2ptFUivJgl/scarlett/
https://www.eporner.com/video-YPG6p4An7L3/sami/
https://www.eporner.com/video-Jb9tXKbbCsL/bree/
https://www.eporner.com/video-TGT1aeblT8T/sami-parker-ghs-3-open-mouth-swallow/
https://www.eporner.com/video-8ehTb1i0lMJ/cath/
https://www.eporner.com/video-y9pdw8Hr2QB/thick-asin-mami-likes-small-dick/
https://www.eporner.com/video-RMzVM2TsVda/horny-girlfriend-gloryhole-gangbang-wants-hard-d/
https://www.eporner.com/video-lbqQFC58lC7/claire/
https://www.eporner.com/video-BkrUKbiaRZQ/mila-milkshake/
https://www.eporner.com/video-bTdjT4G5LmZ/emo-girl-returns/
https://www.eporner.com/video-9VppOglWcJK/gangbang-blue-haired-slut/
https://www.eporner.com/video-lWnKh13UK6G/camilla/
https://www.eporner.com/video-lY8g8qYEpDL/kalani/
https://www.eporner.com/video-QzMA9rFVzF8/cath/
https://www.eporner.com/video-6pwv62M3zLN/tessa/
https://www.eporner.com/video-faPFcNUT0re/puttin-out-the-fire/
https://www.eporner.com/video-o09a5U7EKQh/isabel/
https://www.eporner.com/video-NvcQFm23iEu/emma/
https://www.eporner.com/video-9ELFxYxsRgR/indica-italy/
https://www.eporner.com/video-LDZ8cHlRsnS/cbncg-1st/
https://www.eporner.com/video-jBT0M2CsJ5v/isabel/
https://www.eporner.com/video-KqfNFDoNGBg/scarlett/
https://www.eporner.com/video-3igFHjy8HTN/alyssia/
https://www.eporner.com/video-2NXJtxv2R8B/gh-most-wanted/
https://www.eporner.com/video-fpAfhM5bYQj/reina/
https://www.eporner.com/video-kxqo5IUaP0j/isabel/
https://www.eporner.com/video-ZYQkOKvWwsL/tiny-asian-gangbang/
https://www.eporner.com/video-HFN9P7HitmW/anna-chambers-getting-filled-like-a-cum-dumpster/
https://www.eporner.com/video-fh3yNrOcJgK/cumpsters-kylie/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-y7GGrfm9ND0/moon-gloryhole-gangbang/?trx=1227735290aee694b81473a256bea12420712

https://www.eporner.com/video-7JcU4d4TBFb/redhead-creampied/
https://www.eporner.com/video-OqlRbpT56Er/they-got-creampied-at-the-same-time/
https://www.eporner.com/video-qdu8rarKrIT/cumpsters-loveless/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-udG8KGqgT2l/heidi/
https://www.eporner.com/video-jiG0DHBtYCg/tessa-violet-5th-visit/
https://www.eporner.com/video-zdhTZfRF7TH/2-types-of-hoes/
https://www.eporner.com/video-pOIfnOmSDIs/tessa-gangbang/
https://www.eporner.com/video-VJhnERofN9o/gloryhole-visit/
https://www.eporner.com/video-oEGjmDICdHQ/hotwife-shared/
https://www.eporner.com/video-CoE3sxLPsMi/tessa-violet-3rd-visit/
https://www.eporner.com/video-6YaMayfRhq9/yazmin-blowjob/
https://www.eporner.com/video-6nvoCTcPv3u/first-time-franny/
https://www.eporner.com/video-kaAHBDb76ro/alyssia-vera-dick-milk-keeps-her-tonsils-fresh/
https://www.eporner.com/video-zUEhdJexgm2/milf-getting-destroyed/
https://www.eporner.com/profile/Guzmanh303/playlist/obUVCEecQh7/Gloryhole-Swallow/2/
https://www.eporner.com/video-OjE32hX8Xjb/faitjh6/
https://www.eporner.com/video-kZZWjzlAaBn/emma-jade-just-say-hi-when-you-cream-by/
https://www.eporner.com/video-FbxEMNFYMjt/kat-satana-solo/
https://www.eporner.com/video-J3Bavl5KVpc/sheryl-sex-shop-marseille/
https://www.eporner.com/video-ay6hp0a5xKR/voracious-slutwife-mother-loves-swallowing-gang-fuxking/
https://www.eporner.com/video-Sk75GQIcYj4/3rd-time/
https://www.eporner.com/video-Y0rdryZjz41/ally-blue-swall/
https://www.eporner.com/video-0Bm7mfHhtIR/with-roomie-looking-for-rent-money/
https://www.eporner.com/video-1QnnFT7eiCz/wasian-blowjob-creampie/
https://www.eporner.com/video-eUeVxqXZqng/thot-creampie/
https://www.eporner.com/video-DNgxO7xfHwh/great-pussy-jay/
https://www.eporner.com/video-LpHlC8dvmcZ/venicescape-taboor/
https://www.eporner.com/video-WSQXMNSbkza/from-carpet-munching-to-shlong-devouring/
https://www.eporner.com/video-duRSMEZ5pc3/pawg-getting-her-ass-clapped/
https://www.eporner.com/video-8dG8ElvblDg/nicole-aniston-do-this-every-day-2024-ep-4/
https://www.eporner.com/profile/Guzmanh303/playlist/obUVCEecQh7/Gloryhole-Swallow/
https://www.eporner.com/video-nHWAOEIeGP4/cumclinic-carmen-7/
http://eporner.com/video-nHWAOEIeGP4/cumclinic-carmen-7/
https://www.eporner.com/video-uAxBhzeG29O/bi6-b00ty-t-y/
https://www.eporner.com/video-PWFZKnL1HuS/gangbang-hot-brunnette/
https://www.eporner.com/video-8OXrgxqgxaa/mj-johnson-gh/
https://www.eporner.com/video-srVoxAUFaUs/myfavfxtw61lxb-gh-all-st/
https://www.eporner.com/video-AQR22EGBrFL/korean-girl-backroom-groupsex/
https://www.eporner.com/video-PXzP5PLJRr7/gangbang-blue-haired-slut-3/
https://www.eporner.com/video-aXKDmW1Jx76/latina-whore-wants-more/
https://www.eporner.com/video-UuorC9ze7mq/thick-asian-gloryhole-swallow/
https://www.eporner.com/video-6yeMe4ehDU6/fran/
https://www.eporner.com/video-oAVn6R2UnAQ/kimberly/
https://www.eporner.com/video-wk7s5KQVkko/cath/
https://www.eporner.com/video-FJtfgHyisn8/brightlyn/
https://www.eporner.com/video-SHJWIeFcRjw/fran/
https://www.eporner.com/video-0SE7kO8KOQQ/bree/
https://www.eporner.com/video-zLsvLl59fFk/ghs-comp-2/
https://www.eporner.com/video-NjfnfuHgQSe/myfavsyebxi2d13t-asian/
https://www.eporner.com/video-3rzUnC54HLx/bree/
https://www.eporner.com/video-dqXla7ZSHtj/fran/
https://www.eporner.com/video-S3aTb0c2cEZ/nikki/
https://www.eporner.com/video-Elcxb3GXrGD/2-ivories/

https://www.eporner.com/video-EfpU67RQ2VP/3-creampies-for-redhead/
https://www.eporner.com/video-Zm325CzwCfE/camilla/
https://www.eporner.com/video-j5CDzEC4SM5/heidi/
https://www.eporner.com/video-npwXpdeSgsR/bbw-glory/
https://www.eporner.com/video-C3JTHloyZOJ/anna-chambers-every-shot-accounted-for/
https://www.eporner.com/video-elHsXEHBJdO/isabel/
https://www.eporner.com/video-apn6tdybJj3/blow-white-dick/
https://www.eporner.com/video-ywtLr8DtY2C/izzy-rae/
https://www.eporner.com/video-Vl0lXPCn1y3/sami/
https://www.eporner.com/video-b86m1fKL9bw/this-is-her-first/
https://www.eporner.com/video-qDYpk2anPu8/myfav1ohdarae-ak47555-girl-compilation-1-1080/
https://www.eporner.com/video-HS8RBgZB34a/2-girlies-gloryhole-swallow/
https://www.eporner.com/video-Lc1VrMzfB2f/little-redhead-miss-poon-gangbang/
https://www.eporner.com/video-9F9Rs8jbA5H/bree/
https://www.eporner.com/video-VHAaCQf4zeV/cutie-in-gloryhole/
https://www.eporner.com/video-ZMtdZ5F2PMg/sami/
https://www.eporner.com/video-BNUmX7kNnTq/emo-girl-gloryhole-swallow/
https://www.eporner.com/video-MXhntuk31Hz/myafavpdw8hr2qb-thick-beautiful-asian/
https://www.eporner.com/video-hyfkgErxysK/she-s-the-fluff-and-the-finisher/
https://www.eporner.com/video-DaqZ9D2DXFS/virgo-gloryhole/
https://www.eporner.com/video-AKyGcmW3Twb/dahlia-love-group-sex/
https://www.eporner.com/video-0bWs5C8g7YO/milf-at-the-gloryhole/
https://www.eporner.com/video-SUmbUsePUmR/vivianne-de-silva/
https://www.eporner.com/video-k8wLsfrlwqn/in-love-with-extral/
https://www.eporner.com/video-1OCU9hmfUrU/emma/
https://www.eporner.com/video-5a3H6OEFlVC/nasty-little-teen-brunette/
https://www.eporner.com/video-Xg9oA8szzLe/sami/
https://www.eporner.com/video-Zw1xoiaisUG/leah-taylor-is-in-glory-hole/
https://www.eporner.com/video-VWod7DUc5vh/nikki/
https://www.eporner.com/video-69vXiRTB5Dk/rey-smith-from-the-first-shot-to-the-last-drop/
https://www.eporner.com/video-p1K9ULtxTB9/brightlyn-maddox/
https://www.eporner.com/video-TQ6pTl9PJ8I/ginger-glory-hole/
https://www.eporner.com/video-JbHweTTn8v2/bobbi/
https://www.eporner.com/video-XePSgOy5z3F/fran/
https://www.eporner.com/video-1FbZ3AEblGP/from-carpet-munching-to-shlong-devouring/
https://www.eporner.com/video-DVdWWwiObLA/heidi/
https://www.eporner.com/video-N7eNEQW9GU0/fran/
https://www.eporner.com/video-jdOH7S6lC4J/indica-monroe-gloryhole/
https://www.eporner.com/video-gfMxsFo36Gb/sage-hunter-first-come-first-cum-situation/
https://www.eporner.com/video-qdu8rarKrlT/cumpsters-loveless/
https://www.eporner.com/video-KhZsc473wXG/yazmin-royal-taking-cum-orders-on-fast-track-bbc/
https://www.eporner.com/video-1yBbjbHwR0s/sami/
https://www.eporner.com/video-K1CjjdtJ3I5/emma-w-paisley/
https://www.eporner.com/video-P3nZ0eZkZ4F/kimberly/
https://www.eporner.com/video-S2P3e1HXAjZ/camilla/
https://www.eporner.com/video-UVq0RGpxur/she-knows-what-she-doing/
https://www.eporner.com/video-wkxjvBn9cTj/fran/
https://www.eporner.com/video-6QpGjHhmmSn/eskimo-emma/
https://www.eporner.com/video-QfihGUCilpU/emma/
https://www.eporner.com/video-1YCrG7lpKwC/scarlet-gloryhole-swallow/
https://www.eporner.com/video-fh3yNrOcJgK/cumpsters-kylie/
https://www.eporner.com/video-BnMXS2TqGVD/emma/
https://www.eporner.com/video-TLRRTrYaNlk/myfavdw8hr2qb-thick-asian-beautiful/

https://www.eporner.com/video-y7GGrfm9ND0/moon-gloryhole-gangbang/
https://www.eporner.com/video-Qjw1EDFf0gW/pawg-violet/
https://www.eporner.com/video-7LaiaJOatJ3/tattooed-redhead-creamed/
https://www.eporner.com/video-gh4ySZk7OlH/blondie-and-friend-gloryhole-swallow/
https://www.eporner.com/video-DI40iTgnOaZ/ghs-comp-4/
https://www.eporner.com/video-WZlNoPZwULW/faith-ghs/
https://www.eporner.com/video-N7BH7Q5hMOL/madison-2-gloryhole-swallow/
https://www.eporner.com/video-JPVjQL9lapf/the-1frst-gangbang/
https://www.eporner.com/video-p68sHZGFHWC/uknown-ho/
https://www.eporner.com/video-7vzllzb4uN1/emma/
https://www.eporner.com/video-LdJdRRD56Q5/ghs-comp-3/
https://www.eporner.com/video-2svzzYaWEaS/columbian-slut-gangbanged/
https://www.eporner.com/video-QHJ3P18bvtB/bi-girls-gloryhole-swallow/
https://www.eporner.com/video-dOE9RT0pjBW/gloryhole-heart/
https://www.eporner.com/video-owmcZPw9uzu/ghs-comp/
https://www.eporner.com/video-KW5bHXZLvJ3/myfavmlzgoj8yc-bonus-creampie-scene/
https://www.eporner.com/video-MjMOfn8fOdi/venice-escape-ghs-cumpilation/
https://www.eporner.com/video-pXS3YHwsI0C/compilation-swallow/
https://www.eporner.com/video-wTYfEOgNxE4/ghs-comp-cim-only/
https://www.eporner.com/video-edNXlK5zxQe/nikki/
https://www.eporner.com/video-aHGq719glcC/ebony-gloryhole/
https://www.eporner.com/video-6iw8PeDrmgH/redhead-creamed/
https://www.eporner.com/video-VG3iUcppgnm/camilla/
https://www.eporner.com/video-eUSJUvCwft2/ghs-comp-5/
https://www.eporner.com/video-n7AH8zlNEee/daddy-issues-2/
https://www.eporner.com/video-eJBt2rZ0ZD2/xoe-grim-gloryhole/
https://www.eporner.com/video-M8UW3yNPWFu/celste-gangbang-cump-ter/
https://www.eporner.com/video-q3T78dfHFpF/venice-escape-deep-gloryhole-creampie/
https://www.eporner.com/video-gF07A4Cs6jr/camilla/
https://www.eporner.com/video-cIIoIsRx7gx/kimberly-love-1st-visit-2024-03-22-cumpsters/
https://www.eporner.com/video-sSzLqX3LD1B/gloryhole-babe/
https://www.eporner.com/video-xPSO3Pe7x0g/sam4ntha-c-ghs-open-mouth-swallow/
https://www.eporner.com/video-P9LKul24yv2/ora-and-italy-visit-1/
https://www.eporner.com/video-lv4T9cpHzIr/azhotwife-ghs-cumpilation/
https://www.eporner.com/video-mc2sPl12awL/extreme-feet-worship-and-spy-tug-massage-blowjob-they-re-good-time-is-nearly-ruin
https://www.eporner.com/video-zytDdxjHhSe/stud-and-fem-spy-tug-massage-blowjob-xxx-sexual-geography/
https://www.eporner.com/video-ttIPK9NbiXp/3-creampies-in-a-row-for-thic-asian/
https://www.eporner.com/video-Q56UCQfXSKb/kitty-lynn-gloryhole/
https://www.eporner.com/video-w0nxZUsavzB/bigbootytayyyy-gloryhole/
https://www.eporner.com/video-PuEWafBgaLL/gloryhole-sex/
https://www.eporner.com/video-go9diMUrdjO/afton-marie-visits-gloryhole/
https://www.eporner.com/video-38PtbWXHoyo/the-cuttiest-gloryhole-girl-ever/
https://www.eporner.com/video-gZu0u5cfbgt/goats-collide/
https://www.eporner.com/video-z94BqE3oksF/bree-brooks-2nd-visit/
https://www.eporner.com/video-duGIwnVbdNj/bree-brooks-2nd-visit/
https://www.eporner.com/video-WFZPwp5Yp8k/brooke-barclays-2nd-visit/
https://www.eporner.com/video-25KYuIVSdAk/4th-time/
https://www.eporner.com/video-53CByzevUMH/glory-hole-hot-sex/
https://www.eporner.com/video-EDUgVm84Z2G/a-shitload-of-dicks-and-a-bucket-of-sperm/
https://www.eporner.com/video-DVUa2ZbiqyR/anna-chambers-glory-hole/
https://www.eporner.com/video-kfnGNQiw670/gloryhole-sex-back/
https://www.eporner.com/video-wkFdbSHQz8E/bree-brooks-gloryhole/
https://www.eporner.com/video-suZLqZjKMyN/gloryhole-swallow-eskimo-emma/

https://www.eporner.com/video-yREGPK3kxDp/nikki-nicole-tease-them-first-for-glory/
https://www.eporner.com/video-VOhuOY7i4ct/tricia-oak-ghs/
https://www.eporner.com/video-wm7rhIALxNS/miles-g-h-swallow-first-time/
https://www.eporner.com/video-qlYAqaKp0sd/kimberly-love-gloryhole/
https://www.eporner.com/video-eDx5LQbCapc/ms-ak-creampie-deepthroat-bj/
https://www.eporner.com/video-nblByQlGRMx/ee/
https://www.eporner.com/video-QAodKmnQ1D8/alexa-siren-a-dozen-of-cocks-is-a-slow-day-m/
https://www.eporner.com/video-YdS5boFvZeU/chubby-asian-sucks-fucks-a-few-dicks/
https://www.eporner.com/video-Tl23x4C0xyM/creampie-milf-2/
https://www.eporner.com/video-HD6bhtqdtYG/cgb-vanilla-ten-load-gangbang/
https://www.eporner.com/video-IMOEYEmRf5N/brooke-barclays-gloryhole/
https://www.eporner.com/video-V8vMvg94JPQ/ivy-secret-ghs/
https://www.eporner.com/video-v1lqieKG6Ws/gloryhole-sex/
https://www.eporner.com/video-NGTOD8D56Kb/gretchen-takes-16-loads-from-16-cocks/
https://www.eporner.com/video-Ls2lVyPFaUW/shelby-gloryhole/
https://www.eporner.com/video-KJE6Z26FlyP/m4ckenz13-f0rd-cump1lation/
https://www.eporner.com/video-1mypWawP6yx/cump-sters-1/
https://www.eporner.com/video-TB4rQTEm9Oz/group-sex/
https://www.eporner.com/video-9oU7axE0Skd/ak47girl555-creampie-cumpilation-2/
https://www.eporner.com/video-GoCvB4ojdCX/gloryhole-sex-yazmin-royal-back/
https://www.eporner.com/video-Ch74M04tc0y/group-sex/
https://www.eporner.com/video-uEJhQfb19va/golf-course-girl/
https://www.eporner.com/video-MK2szBNwJ8Y/alison-bloom-gloryhole-1-gangbang/
https://www.eporner.com/video-qFlQeNtqlYC/eskimo-ghs/
https://www.eporner.com/video-Tn7akDi26JU/chloe-temple-cum-swallow-compilation/
https://www.eporner.com/video-KNesDdZj9Fi/xoe-grim-gloryhole/
https://www.eporner.com/video-2EfPlp98O4S/plenty-of-slut-to-go-around/
https://www.eporner.com/video-vhfK2O6CfJ5/drinking-cum-from-a-condom/
https://www.eporner.com/video-skZWB6ovW4J/gloryhole-sex/
https://www.eporner.com/video-0OsyAClGYro/indica-mon-glory-hole/
https://www.eporner.com/video-waG00P4UL10/gloryhole-sex/
https://www.eporner.com/video-DoWwFUgWKLa/gloryhole-sex/
https://www.eporner.com/video-iF0Q7oz84cT/group-sex/
https://www.eporner.com/video-AjaP1Po3j7g/gloryhole-sex/
https://www.eporner.com/video-jyveW4w8HuJ/tiny-half-asian-cum-dumpster/
https://www.eporner.com/video-Gv8EjVaP89j/gloryhole-sex/
https://www.eporner.com/video-JMHhlSezAVT/big-gulp-cream/
https://www.eporner.com/video-TDl9Nq79hdM/ellie/
https://www.eporner.com/video-L8xXmSd6Trw/rmyfav1udn6z9wzq-alishon-blouom-1080-m/
https://www.eporner.com/video-iPVXyjeuMtX/ghs-horny-filipino/
https://www.eporner.com/video-ZLFQEGP1teB/eliza-rae-gloryhole/
https://www.eporner.com/video-lVOW0jS6Nqs/gs-dafeny-miles/
https://www.eporner.com/video-5VZ431Ol2PE/tessa-creampie-squirt/
https://www.eporner.com/video-I6ERadZPCQW/angie-lynx-lia-lin-definitely-relaxing/
https://www.eporner.com/video-DySO5naY3wt/petite-x-pounding/
https://www.eporner.com/video-IaNiAswWUSh/gangbang-yazmin-royal/
https://www.eporner.com/video-WiQABVzxfFA/2nd-return-for-both/
https://www.eporner.com/video-xq4pgUTomLB/vanity-phoenixxx-gloryhole/
https://www.eporner.com/video-lsfnKhD1h0a/giana-gloryhole/
https://www.eporner.com/video-xN2rHDnNXsD/kitty-lynn-keep-them-coming/
https://www.eporner.com/video-Qt7GToSxal6/devoted-latina-praises-sex/
https://www.eporner.com/video-iqgkaLRxY0p/3-hole-cum-dumpster-2/
https://www.eporner.com/video-YxAYhEalvSs/no-hands/

https://www.eporner.com/video-8tz5y0gweaM/big-ass-redhead-allison-bloom-sucks-fucks-a-few-dicks/
https://www.eporner.com/video-BnDIXtt6Eo8/tessa-violet-gloryhole/
https://www.eporner.com/video-7xFqafpi2f9/filipino-gloryhole-creampies/
https://www.eporner.com/video-Hz86YRneLk3/gangbang-with-delicious-busty/
https://www.eporner.com/video-nAvUq4k5Tyl/shelby-caldera-to-the-last-warm-drop/
https://www.eporner.com/video-W297lOQnq6Z/bbw-bj/
https://www.eporner.com/video-MfFFLqlurAw/group-sex/
https://www.eporner.com/video-YDCAkWmnjLc/gloryhole/
https://www.eporner.com/video-b5HyMq603yR/fke-lips-all-hoe-pawg/
https://www.eporner.com/video-0h5ZzkVVFG1/group-sex/
https://www.eporner.com/video-thEPeGGv2pR/paige-proxy/
https://www.eporner.com/video-u2dXAYGwxQh/cumsters-03-2025/
https://www.eporner.com/video-wlPRHCgwU8z/gloryhole-sex/
https://www.eporner.com/video-ZC3NYQPu05r/tiffany-plays-pregnancy-roulette-with-5-strangers/
https://www.eporner.com/video-AfHIDWOIT6s/6th-time/
https://www.eporner.com/video-EEROupZXUHD/harley-king-cum-drainer-on-a-spree/
https://www.eporner.com/video-RVwAOYvl0GO/ghsgothshelby-caldera12th/
https://www.eporner.com/video-xt6rzJOOZD6/group-sex/
https://www.eporner.com/video-0ZRQp1CCfNR/young-italian-tat-creampie/
https://www.eporner.com/video-HT4VlYPfdoC/tatt-ed-brunette-cumslut-milks-12-cocks/
https://www.eporner.com/video-vQDt6v53cYg/israeli-beauty-back-at-the-wall-part-2/
https://www.eporner.com/video-suZLqZjKMyN/gloryhole-swallow-eskimo-emma/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-DTOUbYmKFQL/suck-and-swallow-compilation-spy-tug-blowjob-older-gentleman-and-his-princess/
https://www.eporner.com/video-ZTdMpmlkl4B/gloryholeswallow-jayde/
https://www.eporner.com/hd-porn/aSHmvblTcXF/Hot-pornstar-blowjob-and-cum-swallow/
https://www.eporner.com/video-Vqf1O570eyF/taylor-nicole-1st-visit-for-a/
https://www.eporner.com/video-fr40r4STK5G/ora-2nd-visit-3/
https://www.eporner.com/video-S1eSlMGbij5/latina-milf-rides-bareback/
https://www.eporner.com/video-bB076nRKJdF/good-girl-gh/
https://www.eporner.com/video-2MXW6BJxqIB/k-t/
https://www.eporner.com/video-3nRXmsvdeu6/only-sex/
https://www.eporner.com/video-7SjkRVFS6lo/black-x-white-gloryhole-creampie/
https://www.eporner.com/video-DknVOV9ximH/compilation/
https://www.eporner.com/video-2zB4GaspNO5//
https://www.eporner.com/video-xZ06kOwUORj/level-infinite-throat-knight/
https://www.eporner.com/video-OxYAm5R4aev/group-sex/
https://www.eporner.com/video-yLLb6y1jVhR/house/
https://www.eporner.com/video-vQMJPTtxJDX/gothic-pawg-pussy/
https://www.eporner.com/video-jyaSBjh7Np9/house/
https://www.eporner.com/video-2UpheXINcvl/ghs-military-women/
https://www.eporner.com/video-AhBWfH77Kys/1st-time/
https://www.eporner.com/video-PgA60mqDVl3/just-bbc/
https://www.eporner.com/video-DZ8pCiYJP7M/spytug/
https://www.eporner.com/video-VdxbsXhuOix/tristan-summers/
https://www.eporner.com/video-fe24AoRbNzn/vivianne-desilva-gloryhole/
https://www.eporner.com/video-nLRuc9k8pSG/the-woman-with-the-black-mask/
https://www.eporner.com/video-p6QWawdCRyD/sexy-brunette-with-stockings-in-ghs/
https://www.eporner.com/video-xqNWchLmLB4/nicoluva-una-nenita-hermosa-prueba-su-fantas-a-en-el-gloryhole/
https://www.eporner.com/video-G2udQ7VZCkm/fuck-ass/
https://www.eporner.com/video-F1Z6aaO8pbF/sasha-blowjob/
https://www.eporner.com/video-lOSuqXF2tCT/big-ass-mask-girl/
https://www.eporner.com/video-dRZgXoFy7f8/4th-time/
https://www.eporner.com/video-16RR7Ja6a4L/anna-gambers-en-el-gloryhole/

https://www.eporner.com/video-rSQVxqVnGk1/champagne-room-compilation/
https://www.eporner.com/video-0smbwMcFy9T/mila-gloryhole/
https://www.eporner.com/video-he0kdqDbJAD/hiouse/
https://www.eporner.com/video-rAOa2huMZVp/claire-evans-4th-visit/
https://www.eporner.com/video-4TY4FgyrxzO/sexual-slave-gloryhole-deep-sucking/
https://www.eporner.com/video-GrErHdOBHzt/terceira-visita-de-venice-escape/
https://www.eporner.com/video-8H5quhBaLNg/gh-kaia-1st-visit/
https://www.eporner.com/video-UN5arcZ54Qv/ghs-leah-taylor-buceta-doce/
https://www.eporner.com/video-ehvrjkMGr22/gh-debra/
https://www.eporner.com/video-Ps2AIB98jUi/channy-crossfire-cumpster-slur/
https://www.eporner.com/video-BPe7c6m1O6q/1st-time/
https://www.eporner.com/video-ly5Yg0IHNyJ/leann-1st-visit/
https://www.eporner.com/video-WjenPigUQVq/gh-jody-1st/
https://www.eporner.com/video-So8NEUjZF73/b038-1st-visit/
https://www.eporner.com/video-OXfY9PeEVyF/gh-t-ylor-1st/
https://www.eporner.com/video-GvHr3YnPwKf/campo-de-golfe-ghs/
https://www.eporner.com/video-sg2Eqipd2Fn/1st-gloryhole-for-readhead/
https://www.eporner.com/video-2jd2xyIoWhR/ghs-reina-vip/
https://www.eporner.com/video-BUfwMRV9wJN/alyssia-vera-dick-milk-keeps-her-tonsils-fresh/
https://www.eporner.com/video-SsUUiim0aBw/muscle-chick/
https://www.eporner.com/video-TalvSuLr1UY/1st-visit-creampie/
https://www.eporner.com/video-T4emDLk94TQ/gh-erora-1st/
https://www.eporner.com/video-Oee5SOPC9FQ/short-hair-blonde-girl-1st-visit/
https://www.eporner.com/video-KKaBrHuvRjR/ghs-ap-s-carga-de-creme/
https://www.eporner.com/video-ktHMD9Wc9NH/crackhead-part-2/
https://www.eporner.com/video-Edc8uTzp03m/black-white-1st-visit/
https://www.eporner.com/video-RLOWNWCsloa/kaylynns-keys-1st-visit/
https://www.eporner.com/video-BfYtAJQuyqz/sra-monroe-suckig/
https://www.eporner.com/video-bkmsNMrhBn7/creampie-blonde-2/
https://www.eporner.com/video-Zz1Gs7FFnZD/2nd-time/
https://www.eporner.com/video-kj8lYJAtzRA/only-time/
https://www.eporner.com/video-dyb8yikDK0w/channy-crossfire-glory-hole/
https://www.eporner.com/video-XlXfPkev2aR/first-come-first-cum/
https://www.eporner.com/video-ePC0CIKSCbo/slim-hoe-and-flufer-gets-multiple-dicks/
https://www.eporner.com/video-P396b6y4Aoz/gloryhole-swallow-shared-wife-rebel-4th-visit/
https://www.eporner.com/video-Xg0jjfgtTYn/5th-time/
https://www.eporner.com/video-OtavhBxLjzu/gloryhole-sex/
https://www.eporner.com/video-sC3zjvemLL1/a1ghs-beautiful-black/
https://www.eporner.com/video-Za9g4IWveGl/gloryhole-swallow-shared-wife-rebel-2nd-visit/
https://www.eporner.com/video-4bvynuvIBz5/alyssia-vera-glory-hole/
https://www.eporner.com/video-mqvSbyIdadp/red-head-getting-her-ass-clapped/
https://www.eporner.com/video-lXHGyIzcfwL/1st-time/
https://www.eporner.com/video-U1XFBTvcmTB/2nd-time/
https://www.eporner.com/video-q6MA5eexheW/cumpsters-chocolate-and-vanilla-sincerelyocean/
https://www.eporner.com/video-zHqO0IjAXDU/un-buen-gloryhole-con-indica-monroe-y-italia/
https://www.eporner.com/video-s0Vovl8evmK/group-sex/
https://www.eporner.com/video-0oDNM2S35M6/gh-alyssia-3rd/
https://www.eporner.com/video-kja0kcBjrrl/bree-brooks-gloryhole/
https://www.eporner.com/video-STlx3fggzP7/omg/
https://www.eporner.com/video-ojuyxRl4VrX/detra-cumshot-compilation/
https://www.eporner.com/video-Ctp9zAuviAy/gloryhole-swallow-shared-wife-rebel-1st-visit/
https://www.eporner.com/video-rwZMmzZbMEx/2-bitches-1-blowbang/
https://www.eporner.com/video-OHGxpZF3VTC/snowbunyy-bbc-raw-party-1/

https://www.eporner.com/video-Jwi0YsNTy4I/bree-brooks-1st-visit/
https://www.eporner.com/video-QRqGqVhh87u/tiny-pawg-in-the-cubicle/
https://www.eporner.com/video-ZnhhxZXlHYa/1st-time/
https://www.eporner.com/video-li4vVgDJ4Yc/gloryholeswallow-kaitlyn-katsaros-2nd/
https://www.eporner.com/video-Zhyg56W3XWO/kitty-milk-gang/
https://www.eporner.com/video-ZV4Q80W8KGj/big-booty-tayyy-cumpsters-slut/
https://www.eporner.com/video-yYgtBpJv9Jx/kv-hotwife-swallows-a-few-loads-at-gloryhole/
https://www.eporner.com/video-iu8Gt8uepYr/gloryhole-sex/
https://www.eporner.com/video-sjmA8rZ0fso/blond-blowjobs-in-gloryhole/
https://www.eporner.com/video-yJCKf5Gkd87/kaitlyn-throats/
https://www.eporner.com/video-IGzxM29B86R/s4g3-1st-ghs-champagne-room-free-for-all/
https://www.eporner.com/video-zRg3unPmni4/gloryhole-and-emma/
https://www.eporner.com/video-IPcNgx4ItOX/gloryhole-sex/
https://www.eporner.com/video-1EMkxsXDYrs/ebony-girl-4th-visit/
https://www.eporner.com/video-8yfsC1yPscf/allison-bloom-1st-visit-gangbang-with-cumpsters/
https://www.eporner.com/video-QnCYJRjGdJV/alyssia-vera-cumster-slut/
https://www.eporner.com/video-cxNITs1X8XO/gh-juliana-marie-aka-super-sugaski-1st-visit/
https://www.eporner.com/video-IasLOHtTzlc/gloryholeswallow-karina/
https://www.eporner.com/video-nqM6LSHRuuw/tessa-violet-5th-visit/
https://www.eporner.com/video-wVfUBQKTLl5/gh-ak-47-girl-3rd/
https://www.eporner.com/video-KSF1ev0HoFh/goth-girl2st/
https://www.eporner.com/video-ZgZATxeDqNV/ghs51/
https://www.eporner.com/video-XLczNvC3LBh/alisha-and-yaya-gh/
https://www.eporner.com/video-jlt5DFTYuNe/tessa-violet-1st-visit/
https://www.eporner.com/video-1GUyNA1uAoh/aften/
https://www.eporner.com/video-jhClo53OcWL/ebony-ivory-creampie-gangbang/
https://www.eporner.com/video-saA7ML50hax/cgb-milf-jules-1st-visit/
https://www.eporner.com/video-uwl8WCCrrsQ/puttin-out-the-fire/
https://www.eporner.com/video-yUEeqCq8VfQ/ghs47/
https://www.eporner.com/video-42gyJ0Bztqa/cgb-nna-chambers-big-booty-gangbang/
https://www.eporner.com/video-dJCqXJurSSF/orgy-vist/
https://www.eporner.com/video-JCwr2kpiFgw/blonde-girl-tries-bbc/
https://www.eporner.com/video-AtRMX5aHeHd/joanie-cumshot-compilation/
https://www.eporner.com/video-S5hHbJ1NvTd/under-the-mask/
https://www.eporner.com/video-nflCAZH5Ec5/thick-asian-train-for-chany/
https://www.eporner.com/video-apvkBeYma5n/ghs002-emma/
https://www.eporner.com/video-ZOC66inz1ch/gloryhole-swallow/
https://www.eporner.com/video-UYlY0qB3kMm/gloryhole-swallow-kira-noir/
https://www.eporner.com/video-NECmycDM0pJ/gh-tr1xie-1st/
https://www.eporner.com/video-SilxMchMFjo/kai-gang-cum/
https://www.eporner.com/video-u42lGh7H3KR/mummy-ahhh/
https://www.eporner.com/video-k7h144iChv4/2nd-return/
https://www.eporner.com/video-luovLEYJfVm/cs-gh-leah-2nd/
https://www.eporner.com/video-RngYbfmBllZ/mackenzie-the-cum-dump/
https://www.eporner.com/video-z7mGKbCnfP1/gh-nicoluva/
https://www.eporner.com/video-maF2YkJQOsc/big-mouth-slim-hoe-and-flufer/
https://www.eporner.com/video-80WEiyLgDp2/gloryhole-slut-sucks-dicks/
https://www.eporner.com/video-hqHNaWTw6We/c-k1tty-lynn-getting-used/
https://www.eporner.com/video-E55tnHT2Ako/blonde-freaky-milf-slut/
https://www.eporner.com/video-BohtiRmfNVt/alyssia-vera-dick-milk-keeps-her-tonsils-fresh-qa/
https://www.eporner.com/video-d3lZf3MBpAl/fluffy-and-paag/
https://www.eporner.com/video-pdAuHd80QKm/smutty-italy/
https://www.eporner.com/video-lmSfltqT2p9/3-in-1-collection/

https://www.eporner.com/video-l5RvzHLR2CC/small-tit-petite-latina-heart/
https://www.eporner.com/video-hKEmerLAyhb/slim-petite-bj-hoe/
https://www.eporner.com/video-RT4IBSZEe7r/asian-mocha/
https://www.eporner.com/video-LKGKiVhe7kv/cs-gh-ak-47-girl-5th/
https://www.eporner.com/video-QTwrSDqAcHV/ghs-xia-2nd-visit/
https://www.eporner.com/video-fOKb2ColXWC/blonde-small-tit-freak-creampied/
https://www.eporner.com/video-2a2bA7VLGWS/glory-hole-un-par-de-chicas-hermosas-cumplen-su-fantasia/
https://www.eporner.com/video-QZ2izLHEYZG/1st-time-too/
https://www.eporner.com/video-l7HJ5sT93eU/cs-gh-tristan-3rd/
https://www.eporner.com/video-FBUgLSWCYiT/redhead-superiority-1/
https://www.eporner.com/video-kFnwVb0ZLyV/mochi-gets-passed-around/
https://www.eporner.com/video-DkmgjrtV0vZ/gh-tabor-3rd/
https://www.eporner.com/video-4CoTYJIgl7L/cgb-messy-creampies-for-brunette/
https://www.eporner.com/video-wPeOpp8XY9q/alexa-siren-she-loves-to-have-options/
https://www.eporner.com/video-bsSCDXh9Qrt/gh-kamara-2/
https://www.eporner.com/video-WEPjuKFzx3q/cs-gh-shelby-1st/
https://www.eporner.com/video-EGpl8hy5MlU/cgb-thick-asian-channy-cr0ssfire/
https://www.eporner.com/video-6rPzyICFtzu/blonde-pawg-creampied/
https://www.eporner.com/video-l02oh3OyuSO/anna-chambers-cumpsters-slut/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-G9QCHo84Usk/cs-gh-luna-1st/
https://www.eporner.com/video-dKbuomScIgh/isabel-love-making-all-ends-work-mp4/
https://www.eporner.com/video-smyOzxkwtjO/tiffany-blue-creampie-gangbang/
https://www.eporner.com/video-68RD2C3wxK7/gh-camilla-2nd-visit/
https://www.eporner.com/video-osayuxgOsYe/cs-gh-bigbootytayyyy-1st/
https://www.eporner.com/video-BHxKgRNZb5X/first-time/
https://www.eporner.com/video-YgYE7kU1aql/bj-3rd-visit/
https://www.eporner.com/video-VNvUXatsfsk/cs-gh-ak-47-girl-4th/
https://www.eporner.com/video-gPXqGXAOCns/venicescape-third-visit/
https://www.eporner.com/video-5ET6JpaTt16/gh-kailea-2nd/
https://www.eporner.com/video-jrjgMhedCvr/massive-young-bj-and-creampie/
https://www.eporner.com/video-3vDTpn0YstI/beautiful-brunette-creampie-deepthroat-bj/
https://www.eporner.com/video-BqkQpoAvwOc/gh-reina-1st/
https://www.eporner.com/video-alQvRGGodxb/1st-time/
https://www.eporner.com/video-MoW8BzdkTms/09-12-2022-group-sex/
https://www.eporner.com/profile/Sinnik6969/playlist/BeNxIMHfE1y/Cumpsters/
https://www.eporner.com/video-K9pZ3T3OccU/busty-milf-ghs/
https://www.eporner.com/video-yWv3Y0F7LFZ/scarlett-cream-fu/
https://www.eporner.com/video-xQfrrNfIJ3o/gh-tessa-1st/
https://www.eporner.com/video-XGapaCP0449/2nd-time/
https://www.eporner.com/video-3NuxVOV5Cz1/crack-hoe-creampie/
https://www.eporner.com/video-GUf1M9WYIzt/cs-gh-taylor-1st/
https://www.eporner.com/video-bpd1xtancg2/gh-ak-47-girl-4th-new/
https://www.eporner.com/video-Ln0isiovFxs/gh-jules-4th/
https://www.eporner.com/video-EouWYi4ndSn/gh-callie-2nd/
https://www.eporner.com/video-RmDVALjO9Wo/-/
https://www.eporner.com/video-bdWn3VnPGOe/great-milf-pussy/
https://www.eporner.com/video-CUsEhWEJQfg/cs-gh-scarlett-1st/
https://www.eporner.com/video-9YtHjxl2MtJ/channy-crossfire-visits-gloryhole/
https://www.eporner.com/video-zJcFQXZfvNF/cs-gh-ashley-3rd/
https://www.eporner.com/video-vDuLfWKqliq/c-k-mberly-love/
https://www.eporner.com/video-8C603aHtF8d/cs-gh-unknown-1st/
https://www.eporner.com/video-Cz7lsL9H1Jr/petite-slut-sucking/
https://www.eporner.com/video-8q7y8yfs65q/mochi-moan-cumpster-1/?trx=1227735290aee694b81473a256bea12420712

https://www.eporner.com/video-8t74nBogH54/5th-time/
https://www.eporner.com/video-NInT1ru8JsP/asian-return/
https://www.eporner.com/video-IouZwmbMJHy/gloryhole-swallow/
https://www.eporner.com/video-IISUbpY4WzT/ebony-n-skinny-bunny/
https://www.eporner.com/video-Rqm8g2oHi9w/katt-2024/
https://www.eporner.com/video-m7vFPS8XZ8m/middle-world-freay-slut/
https://www.eporner.com/video-ryq3wvychcj/riding-blowing-nd-cummng/
https://www.eporner.com/video-0W8vVY1Z8sH/destiny-mira-and-friend-visit-glorygole/
https://www.eporner.com/video-WaNYz53P4WY/blonde-asian-gloryhole-swallow/
http://eporner.com/video-Va1CSPJnpPU/eva-s-1st-visit-gloryholeswallow/
https://www.eporner.com/video-xLTxyJVAk8U/old-and-young-italian-fluffer/
https://www.eporner.com/video-RHO1ATdE69r/gloryhole-bella-nikki-nicole/
https://www.eporner.com/video-YLNAKyGYr46/eliza-rae-third-gloryhole-visit/
https://www.eporner.com/video-qmROMWDqNz4/proxy-paige-6th-gloryhole-visit/
https://www.eporner.com/video-Rg6RH7KCB6M/eliza-rae-second-gloryhole-visit/
https://www.eporner.com/video-dgLM3CjCT70/brunette-tattoo-blowjob-hot-cum-swallower-visits-gloryhole/
https://www.eporner.com/video-DRQ77D9NjRF/petite-gloryhole-swallow/
https://www.eporner.com/video-vYhclYJDFpT/unknown-blonde-in-gloryhole/
https://www.eporner.com/video-E60UT5EFSRz/ghs-anna-chambers/
https://www.eporner.com/video-HAAnV0bkogp/destiny-mira-visits-glorygole/
https://www.eporner.com/video-2MFCCTi4RnX/babe-in-stockings-ghs/
https://www.eporner.com/video-42GUERmwvdN/ghs-vanity-phoenix/
https://www.eporner.com/video-vfyWjYcLZqT/ghs-mk/
https://www.eporner.com/video-qnlmmNCD8Wm/gloryhole-swallowing-sex/
https://www.eporner.com/video-ct9p6Ce8i9x/gh-leah-1st-visit/
https://www.eporner.com/video-eKRESNmMSSb/throat-queens/
https://www.eporner.com/video-2lUJEcVpZ6e/creampie-weekend/
https://www.eporner.com/video-VDV08WTwbXS/gretchen-2nd/
https://www.eporner.com/video-miZgppwe3I3/sww/
https://www.eporner.com/video-teUjY8sZtdx/luna-bj-and-creampie/
https://www.eporner.com/video-2LimIyRzphe/gh-xia-1st/
https://www.eporner.com/video-ikhsd77l1Gn/ghgii/
https://www.eporner.com/video-6J3eqQpTaU2/brunette-at-the-gh/
https://www.eporner.com/video-rEUMSp7hVdw/cute-girl-sucks-many-cocks-at-gh-gets-cum-blasted/
https://www.eporner.com/video-FaBCO3mzou1/pink-hair-bbw/
https://www.eporner.com/video-ZXnSyStMhBp/bella-janne-e-dafeny-miles/
https://www.eporner.com/video-D2y23aGRcib/paulina/
https://www.eporner.com/video-ofKUoxQ2NVz/reina-blowjob-shots/
https://www.eporner.com/video-BxwDWHRLc9W/paghs/
https://www.eporner.com/video-LhOngxdOYrA/001/
https://www.eporner.com/video-IJtVahmFwa1/katie-waters/
https://www.eporner.com/video-uBSyB3bAulD/pink-haired-demon-tongue/
https://www.eporner.com/video-ks8wN4b0wjj/ford-tough/
https://www.eporner.com/video-FG4oeiVcnjx/spinner-goes-for-a-ride/
https://www.eporner.com/video-JqXacD9U9i5/cock-gobbler-gangbang/
https://www.eporner.com/video-Nv3wCTNI85K/fing/
https://www.eporner.com/video-yfPKxm4FREe/brooke-glory/
https://www.eporner.com/video-BUEKsVOwn3p/cumming-down-her-throat/
https://www.eporner.com/video-QYUfyqgoAJS/big-ass-latina-gangbang/
https://www.eporner.com/video-PAuhjzY16we/ghs2/
https://www.eporner.com/video-qxrfddJs0ck/ghs45/
https://www.eporner.com/video-HjBwq0DPEGH/azhotwife/
https://www.eporner.com/video-5Fh8PdmAF5j/glory-multiples/

https://www.eporner.com/video-uF9zBlii7yG/nebgirl/
https://www.eporner.com/video-WSr5oX4Dai9/she-sucks/
https://www.eporner.com/video-T2Pebnsx41t/redhaired-latina/
https://www.eporner.com/video-GKjrbOndmj9/milf-and-teen-gangbang/
https://www.eporner.com/video-Zt1VBW1hxlT/bfg4/
https://www.eporner.com/video-YOs438dv0U2/missandei-blows-many-grey-worms/
https://www.eporner.com/video-zrMVBKo2i8k/zfch-indica-monroe-italy/
https://www.eporner.com/video-sPOQSrvq2Eu/tatted-with-a-split-tongue/
https://www.eporner.com/video-6uDJVzXjsnA/latina-milf-creampied/
https://www.eporner.com/video-XC7iEop29fu/yana-1st/
https://www.eporner.com/video-jRBasY3lMsl/good-ol-sonya/
https://www.eporner.com/video-OR1xsEJo0DH/rebtabor/
https://www.eporner.com/video-RxhhfVm1Emd/ghs005/
https://www.eporner.com/video-nG9PJF6m67d/a-ebony-gloryhole-compilation-side-b/
https://www.eporner.com/video-cQ5ViVNd173/a-asian-gloryhole-compilation/
https://www.eporner.com/video-6UJl5ZUvNCs/lindsay-lee-works-wonders-with-her-mouth-in-the-gloryhole-3rd-visit/
https://www.eporner.com/video-pJgSY59k2Cr/a-latina-gloryhole-compilation/
https://www.eporner.com/video-b0UytSurK7X/isabel-love-sucking-cocks-in-the-gloryhole-4k/
https://www.eporner.com/video-CCA1w4BD6Gf/gloryhole-bella-isabel-love/
https://www.eporner.com/video-ryb7OFkOzzE/something-about-her-titties-makes-me-horny-with-her-first-visit/
https://www.eporner.com/video-BxBGNsvN6wl/reyna-heart-en-gloryhole/
https://www.eporner.com/video-927keUmqmmX/gloryhole-shira-1st-visit/
https://www.eporner.com/video-swzeNRiFJ56/a-caucasian-gloryhole-compilation/
https://www.eporner.com/video-oMZgrRNkpOh/kitty-lynn-gloryhole/
https://www.eporner.com/video-1KyxYdMDMq6/gloryhole-aishwaryani-1st-visit-4k/
https://www.eporner.com/video-Q9h0IKUvduz/sucking-in-a-gloryhole/
https://www.eporner.com/video-diYRS99q0AJ/kaia-martin-glorysh-1/
https://www.eporner.com/video-yrLst80pBCh/blowjob-deepthroat-cum-swallow-creampie-at-gloryhole/
https://www.eporner.com/video-3XFp0SZUVF1/kitty-lynn-en-glory-hole/
https://www.eporner.com/video-M1OUtzvOgt7/smoking-hot-milf-vivianne-de-silva-gloryhole-1st-visit/
https://www.eporner.com/video-71k6PUkNgSG/a-colorful-gloryhole-compilation/
https://www.eporner.com/video-4yzwg0fLnKg/gloryhole-wife-swallow-second-visit/
https://www.eporner.com/video-jeItBDVg0ZP/a-ebony-gloryhole-compilation-side-b/
https://www.eporner.com/search/gloryhole-mLKB3iQH/3/
https://www.eporner.com/video-jPylq05alrm/gloryhole-camilla-cream-3rd-visit-visit-4k/
https://www.eporner.com/video-5CWgqzaF5ui/scarlett-alexis-en-gloryhole/
https://www.eporner.com/video-29QHUkEjVYF/borderline-sloppy-gloryhole-1st-edition/
https://www.eporner.com/video-AfCGiuXhZ4S/gloryhole-wife-swallow-fourth-visit/
https://www.eporner.com/video-Cw8mktjE8kb/a-ebony-gloryhole-compilation-side-a/
https://www.eporner.com/video-3AKUYnLrXc7/ghs63/
https://www.eporner.com/video-1Q9LJtg3K3A/chaey2/
https://www.eporner.com/video-8YGbgAYUGQ1/emma-swllows-jade/
https://www.eporner.com/video-hOTz2IIN6I0/remi-2nd/
https://www.eporner.com/video-i1fihdkCr9X/unknown-hoes/
https://www.eporner.com/video-z7EmRo1ZIcs/naomi-blue/
https://www.eporner.com/video-oaEYzywFade/big-ass-twerking-blonde/
https://www.eporner.com/video-zna3J9g2lEr/blowjobs-and-creampies/
https://www.eporner.com/video-zSw8HisRHPt/ghs48/
https://www.eporner.com/video-ZQGD23pSHYY/mia-taking-8-loads-of-spunk-all-for-herself-to-enjoy/
https://www.eporner.com/video-HRzsm0bHVoI/tiny-milf-gets-creampied-multiple-times/
https://www.eporner.com/video-wlrbXu7gbyK/ghs52/
https://www.eporner.com/video-BABPsh0ePlp/oreo-girl-creampie/
https://www.eporner.com/video-i0rdbu3qKNt/ags/

https://www.eporner.com/hd-porn/PUBj8ccW5zO/Girl-Blows-Cocks-Through-Hole/
https://www.eporner.com/video-fYGfNuCsX6S/petite-girl-gangbanged/
https://www.eporner.com/video-NSGLkyzgYUX/cak/
https://www.eporner.com/video-f4LtPDX6pxH/ccm1/
https://www.eporner.com/video-86mO4r4e8Nx/gretchen-3rd/
https://www.eporner.com/video-coF1tScrlo2/vemj/
https://www.eporner.com/video-eg9XS3LZ0Zv/ghs27/
https://www.eporner.com/video-oamfovLBqDE/vcadjhcdajsh/
https://www.eporner.com/video-oUo4l3RFyra/blonghs/
http://eporner.com/video-vnlyF4EkU8C/kitty-lynn-gloryholeswallow-1st-visit/
https://www.eporner.com/video-FyvXAqYdbsT/b325-2-1st-enivuyzm/
https://www.eporner.com/video-SOQMJMDeogR/c-goth-chick-filled-with-cum/
https://www.eporner.com/video-dy4cTnL850H/ash-cum/
https://www.eporner.com/video-N2obrCZegoZ/v-n3ss-and-s-vannah-14-04-11/
https://www.eporner.com/video-SNBqne4PUoa/cgb-t3ssa-vi0let-2nd-visit/
https://www.eporner.com/video-6PdHiKeP5Wy/gh-emma-1/
https://www.eporner.com/video-BX4jqpdsfaX/sweet-caramel/
https://www.eporner.com/video-LJZX3tCRdUy/pawg-in-fishnets-fucks-bbc/
https://www.eporner.com/video-uaL6Szf02Sd/pussy-kat-filled/
https://www.eporner.com/video-acskFwO8Bhz/parlia-tabitha/
https://www.eporner.com/video-vBxlYp4ci1a/kailea/
https://www.eporner.com/video-4mu3lurvhDW/cgb-c-milla-creamed-on-lovechair/
https://www.eporner.com/video-HDQvnrTh26X/tessa-violet-4th-visit/
https://www.eporner.com/video-fl0XRnrCuLh/zgd-gangbang/
https://www.eporner.com/video-GCnLDzdKrLp/tessa-violet-2nd-visit-violet-spice/
https://www.eporner.com/video-b4LkOPBus8l/cgb-sk-and-friend-gangbang/
https://www.eporner.com/video-8nc3ehYkT2g/1-ssi/
https://www.eporner.com/video-g8YzlYSdEbh/vemg/
https://www.eporner.com/video-XGVkr9LhxBZ/trist-ir-gb/
https://www.eporner.com/video-u7YWr6Hsnb2/mylee-november-27-2020/
https://www.eporner.com/video-L6QNnCqBOcy//
https://www.eporner.com/video-b8bFC8IbCQM/shelby-sucking-and-is-a-strippr/
https://www.eporner.com/video-DX3fy0RWQv1/ms-lee-bj-n-creampie/
https://www.eporner.com/video-qMwCEO4kppN/roommates-enjoying-their-first-time-sharing-dicks/
https://www.eporner.com/video-hGbMurbKkDs/19-creampie-gangbang/
https://www.eporner.com/video-jO7hKc3Isvj/just-bbc-3/
https://www.eporner.com/video-81bfRfLiLmm/gloryhole-swallow-kitty-lynn-2nd-visit/
https://www.eporner.com/video-pey3tzQ1mLV/sexy-opal/
https://www.eporner.com/video-wZF3tHx6vA9/gloryhole-bree-brooks/
https://www.eporner.com/video-RG11Kpojawt/cgb-s-gexxxhunt3r-asian-gangbang/
https://www.eporner.com/video-CFTbriuTarJ/a-natural-chicken-head/
https://www.eporner.com/video-fQLuZFa3mv7/c-ms-k-nky-katt/
https://www.eporner.com/video-6SwnFpASBcx/freaky-preggo-bitch/
https://www.eporner.com/video-q8nGxudMVj4/cgb-ak47-g-rl-back-once-again/
https://www.eporner.com/video-BXCHoUu2n0h/cgb-sabel-l0ve-wants-some/
https://www.eporner.com/video-7xYsQPhSMsJ/cgb-ashleeyyh0oee-drains-11-men/
https://www.eporner.com/video-MQOy2qamryu/gloryhole-swallow-veena-s-1st-visit/
https://www.eporner.com/video-OCTRj0yvhE2/cgb-milf-jules-2nd-visit/
https://www.eporner.com/video-865OUZJKES1/c-n1kk1-nicole/
https://www.eporner.com/video-wfaxwHUUuY/ghs-h-rper-madd0xx-squirting-and-anal-gaping-at-the-gloryhole/
https://www.eporner.com/video-6crqnLY4Ub5/c-pawg-redhead-gets-both-holes-filled/
https://www.eporner.com/video-rFa5IhzgLVA/gh-unknown/
https://www.eporner.com/video-13z6x0rVcZX/duo-brunette-tattoo-blowjob-deepthroat-cum-swallow/

https://www.eporner.com/video-IkBrmWD2Y44/glori-1st-visit/
https://www.eporner.com/video-KCwemWStNo1/cgb-t3ssa-vi0let-lovechair-gangbang-in-red/
https://www.eporner.com/video-lq9GxKiyFOz/two-slutz-get-filled/
https://www.eporner.com/video-bb8HMTMtFmI/c-1sabel-l0ve-1st/
https://www.eporner.com/video-U7phvtsEPAx/cgb-bree-br00ke-blond-chick-used/
https://www.eporner.com/video-8WQkcfztGnY/c-chubby-girl-gets-filled/
https://www.eporner.com/video-LlUhkKOe4ui/c-getting-slutty/
https://www.eporner.com/video-fbd0fsrygco/heather-b-5th-visit/
https://www.eporner.com/video-Km9exGXNEty/ak47-daddy-issues/
https://www.eporner.com/video-OE6FNc3AlfE/c-tattoo-chick-filled-and-passed-around/
https://www.eporner.com/video-l21V87tD4q5/cgb-k-t-having-fun/
https://www.eporner.com/video-J0tdhCOnSTf/c-milf-cant-get-enough/
https://www.eporner.com/video-h0QOx7SCIMq/original-1st-time/
https://www.eporner.com/video-YiDDn61p4jV/c-tr1stan-summ3rs-1st/
https://www.eporner.com/video-MFyFOyhdqWP/10-10-bitch-3rd-time/
https://www.eporner.com/video-5fy0LLG0Kmc/cgb-lyssia-vera-comes-back-for-more/
https://www.eporner.com/video-aLoG3RWz0uS/slutty-asian/
https://www.eporner.com/video-AnhqHYhfcXL/cgb-short-hair-tattoo-chick/
https://www.eporner.com/video-Tgyk0IluVBD/cum-dumpster/
https://www.eporner.com/video-tJ5U44hb4fb/gh-short-hair-blonde-girl-1st/
https://www.eporner.com/video-NDUJr6p9iuN/c-hotty-gets-seven-creampies/
https://www.eporner.com/video-yKoGINEqJZz/hannna-is-a-sucker/
https://www.eporner.com/video-wBaz3UZ9ZVy/her-first-time-doing-this/
https://www.eporner.com/video-qwbeMJg8MLd/gh-mylee-1st/
https://www.eporner.com/video-9AAALbbwqQQ/gangbang/
https://www.eporner.com/video-2QyvxQ4Ftl5/gh-heather-b-3rd/
https://www.eporner.com/video-oBMGQQOvVbo/gh-love-triangle/
https://www.eporner.com/video-BkhcaXTtQ1D/juicy-slut/
https://www.eporner.com/video-9cW1Y9jLAkA/a-asian-gloryhole-compilation/
https://www.eporner.com/video-NkiAOL1EmmI/tristan-ghs/
https://www.eporner.com/video-L2TZGRRaCv5/gloryhole-swallow-roxy-s-1st-visit-booth-fucking-only/
https://www.eporner.com/video-SeR9ZtzdgU4/k-s-n/
https://www.eporner.com/video-62le0cW4Xl5/gloryhole-swallow-rachel-s-1st-visit-booth-fucking-only/
https://www.eporner.com/video-EhnCcAvZOlk/mia-1st-visit-to-gloryhole/
https://www.eporner.com/video-xcztiHy78Md/a-ebony-gloryhole-compilation-side-a/
https://www.eporner.com/video-9yGNonkrvfz/a-gloryhole-compilation-side-b/
https://www.eporner.com/video-rJRNJ7XFUrY/lucy-lucy-visits-gloryhole/
https://www.eporner.com/video-VctlAIW1hVB/gloryhole-swallow-indica-monroe-popular-brunette-returns-4th-visit/
https://www.eporner.com/video-7iq1PVnwJjw/slut-ghs/
https://www.eporner.com/video-X5OZNNR3Rhm/gloryhole-swallow-blonde-booth-fucking-part-1/
https://www.eporner.com/video-Ja2oDCQKlP7/ghs-black-headband/
https://www.eporner.com/video-wpsKMyYdvYV/bbw-gloryhole/
https://www.eporner.com/video-1k1AW9JRW4o/gloryhole-swallow-salma-s-first-visit/
https://www.eporner.com/video-yYQA72eBbl2/brunette-blue-panties-gloryhole/
https://www.eporner.com/video-UQ48HxzOgoO/gloryhole-swallow-blonde-booth-fucking-part-2-of-2/
https://www.eporner.com/video-1hjRXA2uRgQ/gloryhole-swallow-mila-s-1st-visit-fucking-only/
https://www.eporner.com/video-2kLC7KkW9sw/gloryhole-swallow-indica-monroe-hot-cum-spewing-right-into-her-mouth-5th-visit/
https://www.eporner.com/video-l1NeVu8y8ct/aften-opal-v-s-harley-king-gloryhole/
https://www.eporner.com/video-GwP5RPrJejw/borderline-sloppy-gloryhole-1st-edition/
https://www.eporner.com/video-OMFEogk42LE/isabel-ghs/
https://www.eporner.com/video-UdQAm3gyVq5/gloryhole-swallow-dede-1st-visit/
https://www.eporner.com/video-eikP1iWnti1/ebony-ghs/
https://www.eporner.com/video-4B5woAkzM86/gloryhole-swallow-pregnant-latina/

https://www.eporner.com/video-BVoPj3wOQp1/alexandra-cat-gloryhole-2/
https://www.eporner.com/video-oprhxHThQK2/a-latina-gloryhole-compilation/
https://www.eporner.com/video-t3na4i352N1/gloryhole-swallow-petra-booth-fucking-from-1st-visit/
https://www.eporner.com/video-27JHtlEWRor/ghs-constance/
https://www.eporner.com/video-m7L0iCi1xFq/chubby-bitch-visits-gloryhole/
https://www.eporner.com/video-SWsPlyYFMm7/ghs-k-tt-l-cey/
https://www.eporner.com/video-uS1WrYm3Ghz/barbie-ghs/
https://www.eporner.com/video-XBp9dKTZ8lb/brightlyn-compilation/
https://www.eporner.com/video-n23tqvlXAEs/cream-coochie-cum/
https://www.eporner.com/video-glwXs3xJb39/aggressive-asian-slut-glory/
https://www.eporner.com/video-pClk4x0TfzD/gh-angelika-elise/
https://www.eporner.com/video-Wom7fbdAoxl/remi-may-like-bbc-like-sabrina/
https://www.eporner.com/video-nwTiJIPCH7u/bj/
https://www.eporner.com/video-VLQPmJxM85y/gh-isabel-moon/
https://www.eporner.com/video-JwX3pSTlY9A/gloryhole-swallow-indica-monroe-and-italy-duo-glory-hole-visit/
https://www.eporner.com/video-Sw5KYiKlr6y/hannah-grace-c-mpsters/
https://www.eporner.com/video-gZ2rNviHKxH/kimberly-l-cumslut-bigbutt-cocksucking/
https://www.eporner.com/video-9totNmGuHKP/milf-1st-cumpsters/
https://www.eporner.com/video-1JvAKzt4tIO/tessa-violet-c-mpsters/
https://www.eporner.com/video-scYjpI40pTt/tessa-violet-2nd-visit/
https://www.eporner.com/video-yFkiTV2CWcW/rebel-who-giana/
https://www.eporner.com/video-ZzFmBDrJEXe/klove-latina-train-gb/
https://www.eporner.com/video-Rj0Esr9641R/sage-hunter-1st-visit/
https://www.eporner.com/video-9wlM7lcwXl5/danika-and-jordan-gloryhole-swallow/
https://www.eporner.com/video-tAy28RUzrtY/catherine-4st-vst/
https://www.eporner.com/video-Qmr5fcGlcRw/asian-cousins-suck-dick-together/
https://www.eporner.com/video-BtC9J5Xlh3h/ora-2nd-visit-2/
https://www.eporner.com/video-DFqdPJpejbX/chubby-ebony/
https://www.eporner.com/video-oyCos7jNzwd/tiny-asian/
https://www.eporner.com/video-F5tQH8vhbga/b234/
https://www.eporner.com/video-t9uV1KiX4xY/army-girl-creampied/
https://www.eporner.com/video-aKFH3iVwbsL/shelby-creampie-thickness/
https://www.eporner.com/video-fWklesRo60o/ghs62/
https://www.eporner.com/video-PHIwIbWO2DL/ebony-ivory-tagteam/
https://www.eporner.com/video-KT58LllmXeU/sh-1/
https://www.eporner.com/video-A0qxtsuR7u6/kitt-lacey-gets-filled-up/
https://www.eporner.com/video-hYeRaUXNCL2/comp/
https://www.eporner.com/video-10BnFGG7gDN/when-in-rome/
https://www.eporner.com/video-pXk18dY9zBA/danika-3rd-visit/
https://www.eporner.com/video-ctY024rlmmB/what-hole-is-it/
https://www.eporner.com/video-sWrp5NcUPZO/paulina-b-gloryhole-swallows-part-3/
https://www.eporner.com/video-Oj2ggQrzkMj/kim-takes-some-loads/
https://www.eporner.com/video-y7CHixTFtp2/gloryhole-swallow-quincy-s-2nd-visit/
https://www.eporner.com/video-Ku65IyM6YlV/ugly-fuck-faces-give-head/
https://www.eporner.com/video-GPPKoixEr1U//
https://www.eporner.com/video-QfdIQcGfVbh/strapped-down-gangbanged/
https://www.eporner.com/video-niz92fK2ztG/ghs004/
https://www.eporner.com/video-61mqKZWlVkf/asian-getting-filled/
https://www.eporner.com/video-v8OkygWn8lx/very-skilled/
https://www.eporner.com/video-CSwTGFX8tf2//
https://www.eporner.com/video-qsMotPZmSPb/blonde-ebony-takes-creampies/
https://www.eporner.com/video-X3pSZ14czXk/g-s-2/
https://www.eporner.com/video-XpFGmYxqojA/jordan/

https://www.eporner.com/video-x8q3SbUeier/lucy-ford-bbw-blow-bang/
https://www.eporner.com/video-bHQs9FV9We3/a-night-in-arizona/
https://www.eporner.com/video-7c3pDjyVMsG/isaghs1/
https://www.eporner.com/video-lBQlckAMwoX/giana-1st/
https://www.eporner.com/video-lyc71MG9gXi/ghs-bi-girls-interracial-lesbian-couple-1st-visit/
https://www.eporner.com/video-nTfb3ecIrwk/latina-gets-creampie-gangbang/
https://www.eporner.com/video-eJIcVm423mH/ebony-takes-creampies-from-her-clients/
https://www.eporner.com/video-jWzKwigQUaW/mila-is-a-thick-freakk/
https://www.eporner.com/video-VaCmMz78k1g/1st-visit/
https://www.eporner.com/video-JxbS9HkxPDu/think-she-prefers-bbc/
https://www.eporner.com/video-EtYziVxkxgm/a-comp-of-popular-porn-stars/
https://www.eporner.com/video-W08g6tdiUOt/goddesses-of-throating/
https://www.eporner.com/video-17dOYB1Ijr8/dafeny-miles/
https://www.eporner.com/video-zCGowPfUqlu/cute-asian/
https://www.eporner.com/video-54Vafaau08N/ghs44/
https://www.eporner.com/video-hbz2TkyNSGB/phat-ass-back-in-the-saddle/
https://www.eporner.com/video-4EvYCuOLcQs/nicole-takes-her-first-bbc/
https://www.eporner.com/video-j68FNmKt8b6/plan-b-for-a-redhead/
https://www.eporner.com/video-tc74ulsEcjh/yes-2-ellie-e-unknown/
https://www.eporner.com/video-o2VyD9KkhLc/b-barclays/
https://www.eporner.com/video-zCDHPYopo7v/callie-in-4k-jacobs/
https://www.eporner.com/video-SjIVB1qWkZx/military-babe/
https://www.eporner.com/video-ygJqs4TZ7HZ/big-ass-ebony/
https://www.eporner.com/video-ArWwddW9Pme/luna-loves-it-1st-visit/
https://www.eporner.com/video-n17bRDhjocc/tessa-violet-1st-visit/
https://www.eporner.com/video-X7DgJjDnu8i/2nd-visit/
https://www.eporner.com/video-kcHGWhDgD0U/allison-bloom-1st-visit-2024-06-14/
https://www.eporner.com/video-uk3DbMmIWRd/emma-2nd-vst-2015/
https://www.eporner.com/video-5unWLeO9qy3/girl-with-red-lipstick-1st-vst/
https://www.eporner.com/video-SNP94XdcBDy/gloryhole-swallow/
https://www.eporner.com/video-S1SKHw8Pjui/tessa-violet-3rd-visit/
https://www.eporner.com/video-7SMHjX4CN4R/kim-l0v3-1st-17-june-2024/
https://www.eporner.com/video-LhMCh7muS4f/gloryhole-swallow-veena-s-2nd-visit/
https://www.eporner.com/video-S7NSuLjOlPx/multiple-loads-through-a-hole/
https://www.eporner.com/video-kUAnBvDhaDw/sami-the-4th/
https://www.eporner.com/video-HQI9FK18dmR/gloryhole-swallow-erika-s-3rd-visit/
https://www.eporner.com/video-Zna5XcRC2UQ/bfg6/
https://www.eporner.com/video-FEfH357n7KJ/l3xis-2nd-vst/
https://www.eporner.com/video-shHNbV5WpQ8/borderline-sloppy-gloryhole-1st-edition/
https://www.eporner.com/video-9zTj5M8ClUr/gloryhole-swallows-tricia-oaks/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-zdkOc5iotng/g0lf/
https://www.eporner.com/video-9c2BsPtlRFE/gloryhole1/
https://www.eporner.com/video-FZAI6N4bEVG/ak-74-gurl-filled/
https://www.eporner.com/video-0KVPMoUnYo6/comp/
https://www.eporner.com/video-U7fqEA15UN6/scarlett-1st/
https://www.eporner.com/video-y4uIDJ28C6x/bfg5/
https://www.eporner.com/video-ayrr0No3acl/she-fucks-through-a-wall/
https://www.eporner.com/video-C94zXz5wmts/red-head-gangbang-creampie/
https://www.eporner.com/video-seliVmUkpPh/jody-1st/
https://www.eporner.com/video-mh1kMItp45T/kim/
https://www.eporner.com/video-adoj2N5kdI8/1ex/
https://www.eporner.com/video-ZvZJAOOsvd7/iwenderx-1st-vst/
https://www.eporner.com/video-Ak1yfgYW9IP/ghs-02-27-first/

https://www.eporner.com/video-zPm9FujfgJ9/ghs-jackie-hoff/
https://www.eporner.com/video-Vb47JLxreiO/sucklust-close-enough-to-taste/
https://www.eporner.com/video-D6EJPMt5pIW/borderline-sloppy-gloryhole-edition/
https://www.eporner.com/video-BXor1JSJVJw/gloryhole/
https://www.eporner.com/video-QEcB8e6owTi/reina-heart-hot-petite-latina-has-fun-at-the-gloryhole/
https://www.eporner.com/hd-porn/S0aMtFHRGTn/Z54-S2ltYmVybHkgMg/
https://www.eporner.com/video-61IJSVfOSGg/ghs-03-24-first/
https://www.eporner.com/video-JHRDwvpFt4G/ora-3rd-gloryhole-swallow/
https://www.eporner.com/video-fQHH1b2K71L/ghs-10-09-first/
https://www.eporner.com/video-FvmOA8eLUnw/ora-2nd-gloryhole-swallow/
https://www.eporner.com/video-174nJPyipWg/ora-gloryhole-swallow/
https://www.eporner.com/video-2JvByS8ePuB/lovely-luna-visits-gloryhole/
https://www.eporner.com/video-7CpEWUlyF4z/ghs-11-22-first/
https://www.eporner.com/video-2E1TSpFyrDU/ghs-02-08-first/
https://www.eporner.com/video-uGFlyreB28g/gloryhole-white-cock/
https://www.eporner.com/video-6ZpiTmHx0lR/courtney-loxx-third-visit-gloryhole/
https://www.eporner.com/video-dxvHacb9CxM/blake-james-94-blake-s-1st-visit/
https://www.eporner.com/video-MkqCiJM54Ug/gretchen-s-1st-gloryhole-visit/
https://www.eporner.com/video-Z11jxWxDr3n/sami-parker-second-visit-to-gloryhole/
https://www.eporner.com/video-QJrLXIAIeYM/sami-park-first-visit-to-gloryhole/
https://www.eporner.com/video-rFJCJ5w0WN3/allison-bloom-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-4X3LfO7CNPY/shelby-caldera-4th-visit-gloryhole/
https://www.eporner.com/video-lY7wjFigv7G/madison-ghs/
https://www.eporner.com/video-SD3q1PNSpIS/danika-n-jordan-ghs-1/
https://www.eporner.com/video-233Pp3MndFu/shelby-caldera-6th-visit-gloryhole/
https://www.eporner.com/video-flWlNboyQJJ/ghs-white-girl/
https://www.eporner.com/video-4Z2JtNTpcGe/callie-jacobs-gloryhole-compilation-1st-visit-suck-or-fuck/
https://www.eporner.com/video-tD1noetFRBJ/danika-n-jordan-ghs-2/
https://www.eporner.com/video-xSMl26QXMgx/shelby-caldera-5th-visit-gloryhole/
https://www.eporner.com/video-R8lF4Y9EIry/ghs-2-freaky-bitches/
https://www.eporner.com/video-BlgUTfw0h6q/ghs-italy-and-ora/
https://www.eporner.com/video-m0xNNqaGAGl/spy-tug-massage-blowjob-and-teen-couple-desert-pussy/
https://www.eporner.com/video-MjBtqXNXhSJ/rare-spy-tug-original/
https://www.eporner.com/video-Uz2iYBR46ye/cum-clinic-comp-vol-9/
https://www.eporner.com/video-lj6apWcMAHq/cum-clinic/
https://www.eporner.com/video-AUjhAMg4Ben/clare-spy-tug-2/
https://www.eporner.com/video-GBFuDH899kP/shira/
https://www.eporner.com/video-iwc5yk9h29y/ghs-most-wanted/
https://www.eporner.com/video-n9Rxg59RUGk/snowgirl-sucks-at-the-gloryhole/
https://www.eporner.com/video-pFQGIqIXgsh/ghs-jules-test-visit/
https://www.eporner.com/video-mq634kg0yHg/ghs-bailey-3/
https://www.eporner.com/video-gMKHmcZ3O0v/tristan-gw/
https://www.eporner.com/video-x6Gn17ACnLa/pro-getting-slutty/
https://www.eporner.com/video-uG3JW5cNgDL/awesome-petite-body/
https://www.eporner.com/video-eM4JcQ7pLHL/ghs51/
https://www.eporner.com/video-OOI4rVyGWl3/mochi-mona-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-iFFsysTTeO3/hot-teen-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-zKR2WfvrUux/the-ebony-is-nice/
https://www.eporner.com/video-FbjfmLGAZmG/ggghhhs-swallows-cum/
https://www.eporner.com/video-lUeAadTkpue/pretty-babe-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-RjOtS4OHKYJ/aleyna-creampie-midnight/
https://www.eporner.com/video-eAnLB4e7WNu/jordan-danika-gloryhole/
https://www.eporner.com/video-4H26mOWgllH/one-of-her-visits/

https://www.eporner.com/video-BqZfX0AonKT/danika/
https://www.eporner.com/video-Eg8RUlST7SE/ak47-girl-returns/
https://www.eporner.com/video-AFIAHNT7OvE/mochi-sucks/
https://www.eporner.com/video-V5qY0K8hfcx/ebony-ivory-gangbang/
https://www.eporner.com/video-WETio0OVfQY/shelby-caldera-to-the-last-warm-drop/
https://www.eporner.com/video-TTPLBKeT8HB/violet-gangbang/
https://www.eporner.com/video-P50P5kNDzx5/tatted-up-redhead-sucks-and-fucks-many-cocks-to-get-some-cum/
https://www.eporner.com/video-jDr7xJ1YtiQ/slut-sucks-cocks/
https://www.eporner.com/video-eVoi2ElIN76/zeb-tabor-e-venice-escape/
https://www.eporner.com/video-MCtdfwGUbiC/tristan-summer/
https://www.eporner.com/video-uqXmvr7rBo1/slender-redhead-latina-visits-gloryhole/
https://www.eporner.com/video-anIgFbT4EpS/miss-lacey-breaks-records/
https://www.eporner.com/video-FWIajOothUX/2-teens-team-fucked-paisley-ames/
https://www.eporner.com/video-0pf9EJNG8Wt/tessa-violet-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-JOAudskvaUs/latina-filled-up/
https://www.eporner.com/video-6nO4YlIaH1X/isabel-love-getting-ganged/
https://www.eporner.com/video-SnKttCbg6FI/pawg-redhead-gets-both-holes-filled/
https://www.eporner.com/video-xsbgkrVmX1q/certified-classic-straight-from-the-vault/
https://www.eporner.com/video-zBVOv5khziy/her-fifth-visit/
https://www.eporner.com/video-GteJYhoithH/tattoo-chick-filled-and-passed-around/
https://www.eporner.com/video-e6puBFeoqUi/slutty-milf/
https://www.eporner.com/video-aVypJ8yQclt/sami-parker-third-visit-to-gloryhole/
https://www.eporner.com/video-yhCsIndyPAK/k1tt-getting-used/
https://www.eporner.com/video-9oB2fuWEiBH/snowgirl-gangbang/
https://www.eporner.com/video-8fBwHFuXyvV/ct-bbc-only-ghs-cumpilation-by-sdm-edits/
https://www.eporner.com/video-YK5fY4EWb0L/gh/
https://www.eporner.com/video-NoSeOzwIdmP/mochi-mona/
https://www.eporner.com/video-fDdoPQ7TLMo/ak47-girl-getting-slutty/
https://www.eporner.com/video-LC9Rky8AI0U/tristan-summers/
https://www.eporner.com/video-VNpqNCb7ZIM/latina-gh/
https://www.eporner.com/video-pBZxsukY6Hk/ak47-tattoo-girl-gloryhole-cum-compilation-1st-visit/
https://www.eporner.com/video-fbZq3raK7dE/ak47-girl-fucked-and-filled-up/
https://www.eporner.com/video-4W6C7W8rqmI/ghs49/
https://www.eporner.com/video-my8nn2Jjbir/roommates-enjoying-their-first-gloryhole/
https://www.eporner.com/video-3xAGO23R8Jn/ashley-1st-creampie/
https://www.eporner.com/video-9mz43Fq5087/crazy-sweet-young-sexy-blonde-served-13-cocks-top-blowjob-swallow-gloryhole-buk
https://www.eporner.com/video-6yuKHS5uzHq/jodyghs1/
https://www.eporner.com/video-oLDnptqA3dn/taylor-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-HvTcBYADJ4r/black-girls-at-gloryhole/
https://www.eporner.com/video-gjPz2l9ABbz/ej/
https://www.eporner.com/video-KcGbgLxXx5A/milf-filled-up/
https://www.eporner.com/video-tHtbL5UKi0a/pawg/
https://www.eporner.com/video-cuWT90N3s4j/x-grim/
https://www.eporner.com/video-eyailppRQnc/ebony-pyt/
https://www.eporner.com/video-5Vy4z3kgoAI/missandei-visits-gloryhole/
https://www.eporner.com/video-GqcsbOKnzyn/gloryhole-swallow-taylor-nicole-1st-visit/
https://www.eporner.com/video-Nl16ZItBqNT/danika/
https://www.eporner.com/video-j8JRVA03I4I/ghp4/
https://www.eporner.com/video-azEfmCUFofs/gh-italy/
https://www.eporner.com/video-oSUqvaPqm7t/ginger-cumdump/
https://www.eporner.com/video-NHUykybYeZB/she-got-pregant-and-had-abortion-from-this-scene/
https://www.eporner.com/video-erS8AOI9dMN/just-focus-on-the-cocks/
https://www.eporner.com/video-rs4epP0GEor/blonde-babe-sucking-lots-of-dick/

https://www.eporner.com/video-h7ApI8yZl2M/hot-babe-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-DnQ4OnKUBOR/fv-fa-vlf-bvfl-sbv/
https://www.eporner.com/video-QblC8wEWPIg/tes2/
https://www.eporner.com/video-nSOiwB7wAmy/interracial-big-ass/
https://www.eporner.com/video-jxwIZ9xYBar/gretchen-1st/
https://www.eporner.com/video-kdtWrNgCe65/gretchen-s-3rd-gloryhole-visit/
https://www.eporner.com/video-EtYUOLZ20oy/rey-gets-pumped-dumped/
https://www.eporner.com/video-6b64Ntknft6/callie-jacobs-visits-gloryhole/
https://www.eporner.com/video-yWGyYwFrlbs/xoe-grim-visits-gloryhole/
https://www.eporner.com/video-nVZJO9RU1LR/she-likes-taste-of-hard-dicks/
https://www.eporner.com/video-BLp6QM5tVfA/gretchen-s-2nd-gloryhole-visit/
https://www.eporner.com/video-uk49yARKGbT/gh-milf-loves-cock/
https://www.eporner.com/video-0jrjyWD6NbL/mackenzie-gives-some-happy-endings/
https://www.eporner.com/video-hGAfQNwc17Q/goth-chick-sucks-dick-with-her-friend/
https://www.eporner.com/video-1MlnWc6KJVC/gh-white-slut/
https://www.eporner.com/video-UhSLUfGe4Y9/shelby-caldera-1st-visit-gloryhole-4k/
https://www.eporner.com/video-TcyTjmTB8oF/goth-chick-sucks-dicks/
https://www.eporner.com/video-bpfglvG0kac/a-chambers-getting-filled/
https://www.eporner.com/video-Cn1hCjiSbMS/hot-duo-brunette-babes/
https://www.eporner.com/video-NDIegQy5ox4/angelica-cruz-gloryhole-swallow/
https://www.eporner.com/video-fgiBvB3n82q/gloryhole-swallow-teen-braces-xxx-tiny-hands-solve-big-problems/
https://www.eporner.com/video-ceviG5MUGsN/channy-crossfire-cumpsters/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-MB31HND8CkH/ghs-bailey-2nd-visit/
https://www.eporner.com/video-vzHduVTZ6L3/alex-coal-and-avery-cristy-stepdaughters-camping-dance-naked-by-the-fire/
https://www.eporner.com/video-fgr6qeNLCZX/serene-sire-visits-gloryhole-1/
https://www.eporner.com/video-cWLJGvfDLq0/emma-swallows/
https://www.eporner.com/video-rth6DKztW8T/ghs-top/
https://www.eporner.com/video-hq5oNFYgzV0/franny-first-time-visit-gloryhole/
https://www.eporner.com/video-BZ8cAYiUgxA/dahlia-big-n-sexy-love/
https://www.eporner.com/video-sRq0xH4CK2j/redhead-gets-filled-up/
https://www.eporner.com/video-4tkepUeQEwY/her-second-visit/
https://www.eporner.com/video-oAt1gPpHJOk/ghs47/
https://www.eporner.com/video-eN1tFrOu8DN/debra-2nd-visit/
https://www.eporner.com/video-d4MMnv1ABDp/she-s-good-at-this/
https://www.eporner.com/video-bljX4UAmtoY/lulu-glory-job/
https://www.eporner.com/video-MD1yvBm6cXc/milfs-taking-turns-on-there-booth/
https://www.eporner.com/video-XmOTxm0WTNh/ghs-folana/
https://www.eporner.com/video-cvZzQeG9K7T/glory-jules-4/
https://www.eporner.com/video-h6ILrxRHJfk/daddy-issues-pt-2/
https://www.eporner.com/video-pAs21sQlj8s/val-cumclinic/
https://www.eporner.com/video-JIWAH3RODOb/cute-girl-with-glasses-at-the-gloryhole/
https://www.eporner.com/video-k6lnVljbSqq/glory-finley-1st/
https://www.eporner.com/video-jSJfxuX6OzE/gloryhole-swallow-full-masked-constance-1st-visit-gloryhole/
https://www.eporner.com/video-2DbQNKWrPdL/harley-king-visits-gloryhole/
https://www.eporner.com/video-URPQmcsKyle/francesca-s-3rd-gloryhole-visit/
https://www.eporner.com/video-0wup3UtCPqD/francesca-franny-first-visit/
https://www.eporner.com/video-wWM9w2llDWe/gloryhole-swallow-b332-2-mylee-2nd-visit-november-27-2020/
https://www.eporner.com/video-ixgeQXm6U1X/gloryhole-jane-doe18-2nd-visit-1080p/
https://www.eporner.com/video-AE9kpgCq6Vi/bella-jane-s-gloryhole-swallow-3rd-visit/?trx=1227735290aee694b81473a256bea124
https://www.eporner.com/video-zpKFWsOZ0e2/14/xoe-grim-visits-gloryhole/
https://www.eporner.com/video-AcC6C0DFgID/5/gloryhole-jane-doe16-1st-visit-1080p/
https://www.eporner.com/video-CfqAaMP7qC4/let-it-rayne/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-1ijwrcoOYcY/12/asian-girl-emori-at-the-gloryhole-2/

https://www.eporner.com/video-87r9yjRZYBw/6/patricia-1st-visit/
https://www.eporner.com/video-C0r1DplRHhy/14/patricia-3rd-visit/
https://www.eporner.com/video-glKmc0ndYEQ/5/tabor-2nd-visit/
https://www.eporner.com/video-bBH5uD2OqIn/8/secretly-at-the-gloryhole-3/
https://www.eporner.com/video-zZyRVvtU3Kc/13/legendary-scene-at-the-gloryhole/
https://www.eporner.com/video-KUxfKKAbeXw/10/courtney-loxx-and-kailea-at-the-gloryhole/
https://www.eporner.com/video-Szk1dxdUrrV/14/asian-milf-doing-work-at-the-gloryhole/
https://www.eporner.com/video-NlevzrcfbeM/13/tabor-4th-visit/
https://www.eporner.com/video-Gw9u6LkvsqF/3/nut-swallower-joins-the-gloryhole/
https://www.eporner.com/video-7gAn2b4bwUx/2/stephanie-gloryhole-visit/
https://www.eporner.com/video-hkUxVktTqh5/8/luna-lopez-giana-1st-gloryhole-visit-blondie-can-t-get-enough-cums-1080p/
https://www.eporner.com/video-rrpBj04cUSe/11/gloryhole-session/
https://www.eporner.com/video-u8SXgTPcchp/15/two-thicc-ladies-gloryhole-visit/
https://www.eporner.com/video-5aN33ob7lKO/4/asian-girl-emori-at-the-gloryhole-1/
https://www.eporner.com/video-CzPVy6cBqgw/7/patricia-2nd-visit/
https://www.eporner.com/video-OXrewMoLUO8/1/nicole-1st-visit/
https://www.eporner.com/video-SqXfMjOoJub/13/naomi-blue-s-3rd-gloryhole-visit-gh-b052-1920-1080p/
https://www.eporner.com/video-6DtcvTOE0FJ/10/tabor-3rd-visit/
https://www.eporner.com/video-4aXl4Jkkkvl/12/thicc-white-lady-gloryhole-visit/
https://www.eporner.com/video-OTNk7MkJr2B/7/tabor-1st-visit/
https://www.eporner.com/video-q3MDQjjUwvN/5/shelby-caldera-sucking-at-gloryhole/
https://www.eporner.com/video-SqXfMjOoJub/7/naomi-blue-s-3rd-gloryhole-visit-gh-b052-1920-1080p/
https://www.eporner.com/video-ETqTrrW2jbN/15/favorite-asian-at-the-gloryhole/
https://www.eporner.com/video-hkUxVktTqh5/9/luna-lopez-giana-1st-gloryhole-visit-blondie-can-t-get-enough-cums-1080p/
https://www.eporner.com/video-CkUTjgHRv2V/8/two-girls-enjoy-a-gloryhole/
https://www.eporner.com/video-hkUxVktTqh5/luna-lopez-giana-1st-gloryhole-visit-blondie-can-t-get-enough-cums-1080p/
https://www.eporner.com/video-IQOJH4aE2tl/yana-yana-s-3rd-visit-1080p/
https://www.eporner.com/video-q3MDQjjUwvN/shelby-caldera-sucking-at-gloryhole/
https://www.eporner.com/video-SqXfMjOoJub/naomi-blue-s-3rd-gloryhole-visit-gh-b052-1920-1080p/
https://www.eporner.com/video-oxGkY55ihxh/i-love-that-g10-girlsssss/
https://www.eporner.com/video-yi4UBgtvt7Q/15/ghs-jane-2nd-visit-pp/
https://www.eporner.com/video-ez3RXwYk2Y8/14/ghs-rebel-evelyn/
https://www.eporner.com/video-tjLM7oFe6pL/13/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-TpJxQS2CZXd/12/harley-king-at-the-gloryhole-pmv-by/
https://www.eporner.com/video-02ZMzJrrZ6E/4/2-girl-gloryhole-the-sequel/
https://www.eporner.com/video-0s4Y7HXcwAO/5/2-girl-gloryhole/
https://www.eporner.com/video-mr4pQXfYoMm/12/aleyna-midnight-1st-visit/
https://www.eporner.com/video-hvKEZm6ppO1/tessa-violet-2nd-visit/
https://www.eporner.com/video-JDYh0d5PHsX/paytons-3rd-visit/
https://www.eporner.com/video-g3Phd6CrQ5O/payton-gloryhole-shelby-shows-up/
https://www.eporner.com/video-1unQVubvJRy/fit-chick-gets-creampied-while-in-gloryhole/
https://www.eporner.com/video-cIc24IYpgMK/jennifer-first-visit/
https://www.eporner.com/video-eviJL4uyfbT/natalies-1st-visit-with-michelle-c/
https://www.eporner.com/video-eVVjodt4xfr/milf-alyssia-vera-2nd-visit-gloryhole/
https://www.eporner.com/video-AnGF1MPaQPO/gloryhole-swallow-booth-fucking-compilation-extra-fancy/
https://www.eporner.com/video-Il1ovDSGSMY/11-cumshots-harley-king-finish-blowjob-at-the-gloryhole-blonde-blue-eyes-bbc-cum/
https://www.eporner.com/video-pB7RPnjrl8B/ghs-ivy-green/
https://www.eporner.com/video-aaZlGWz6rpt/gloryhole-threesome/
https://www.eporner.com/video-F7dd6cZi41K/two-girls-swallow-15-loads/
https://www.eporner.com/video-WC8WQHoKz89/gloryhole-swallow-nina/
https://www.eporner.com/video-cLjM13YXC0M/gloryhole-shelby/
https://www.eporner.com/video-CjiDXkFppVc/alisha-and-yaya-sample-random-penii-through-a-hole-in-the-wall/
https://www.eporner.com/video-cC4MP11B9IU/xia-celestial-1st-visit-gloryhole-720p/

https://www.eporner.com/video-gYZmxoyOS9C/naomi-blue-the-cuttiest-gloryhole-girl-ever-1080p/
https://www.eporner.com/video-wbBcZU9FfN1/gloryhole-swallow-trica/
https://www.eporner.com/video-pnO6sFHVwGl/ghs-zuri-third-visit/
https://www.eporner.com/video-1eDPWRsvkNc/reina-heart-re-visits-gloryhole/
https://www.eporner.com/video-FifrKR7YuFH/vintage-video-shelby-caldera-visits-gloryhole-in-one-of-her-few-videos-before-retiring-fr
https://www.eporner.com/video-jL2zHgq7P7q/luna-baby-visits-gloryhole/
https://www.eporner.com/video-2ubv5Z7Orta/bella-jayne-s-3rd-gh-visit/
https://www.eporner.com/video-dqpKt6pPjUL/catherine-4th-visit-14-1h15m/
https://www.eporner.com/video-ZwRot99iskG/lulu-2nd-visit-13-loads-1h25-pale-skinny-sexy-freak-w-assist-from-a-blond-milf-monst
https://www.eporner.com/video-JT56260NBGo/milf-kyla-keys-gloryhole/
https://www.eporner.com/video-IQD5AylmbaD/ghs-22-01-06-1131-2nd-visit-1080p/
https://www.eporner.com/video-Eie42SE3HLP/lulu-1st-visit-9-loads-1h6m-pale-skinny-sexy-freak/
https://www.eporner.com/video-4jQ94YkH1tk/beautiful-blonde-gloryhole/
https://www.eporner.com/video-9U0Pk7cimUC/joanie-2nd-visit/
https://www.eporner.com/video-Uu5lvGhcdZY/lindsay-lee-visits-gloryhole/
https://www.eporner.com/video-0efB9M9yeE6/ghs-jules-4th-visit/
https://www.eporner.com/video-HglJdAUBtrB/milf-alyssia-vera-gloryhole/
https://www.eporner.com/video-rKXM9rd3dnt/ghs-danika-and-jordan-2nd-visit/
https://www.eporner.com/video-4WU9mfO6oa1/ghs-danika-1-st-visit/
https://www.eporner.com/video-e7VDMJErsjI/lindsay-lee-doing-wonders-with-her-mouth-in-the-gloryhole/
https://www.eporner.com/video-8XTCXjKdelw/tatted-teen-gets-11-cumshots-at-the-gloryhole/
https://www.eporner.com/video-vnLaFWvoOqX/luna-baby-visits-gloryhole/
https://www.eporner.com/video-jIM1eNlSo5d/lindsay-lee-doing-wonders-with-her-mouth-in-the-gloryhole-part-1/
https://www.eporner.com/video-WugoqyFZojQ/slut-milf-madison-gloryhole/
https://www.eporner.com/video-NU1bVMj9iMi/gloryhole-alexa-siren/
https://www.eporner.com/video-B9l8zo0zp0F/aften-opal-cute-girl-first-visit-gloryhole/
https://www.eporner.com/video-7EvUUdMn0Ze/mature-gloryhole-1st-visit/
https://www.eporner.com/video-ZLh8WlMbwPz/danika-visits-gloryhole-1st-visit/
https://www.eporner.com/video-cMN4NvNXo0r/indica-monroe-gloryhole-2nd-visit/
https://www.eporner.com/video-MJ9roN0lpOd/indica-monroe-gloryhole-2nd-visit/
https://www.eporner.com/video-xRPGpmUwZJp/indica-monroe-and-italy-visit-gloryhole/
https://www.eporner.com/video-iiexo6aPZXH/camilla-cream-s-1st-gloryhole-visit/
https://www.eporner.com/video-4OxDJShZTN4/two-girls-visit-gloryhole/
https://www.eporner.com/video-16dcQwjFEx8/busting-nuts-and-swallowing-at-the-gloryhole/
https://www.eporner.com/video-Hcg8UvzZhfb/gloryhole-creampie-2023/
https://www.eporner.com/video-rvFc0wRzdhq/gloryhole-creampie-compilation-4/
https://www.eporner.com/video-HKtzWm4Uf1r/gloryhole-creampie-2023/
https://www.eporner.com/video-cRJzjhE2E2c/brunette-milf/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-nnVsch2jeU2/milf-brunette-tabor-gloryhole/
https://www.eporner.com/video-SlH1FbESgJC/9/elle-suce-un-inconnu-pour-la-premiere-fois-dans-un-gloryhole/
https://www.eporner.com/video-Dw5ytTI7Yvi/mackenzie-returns-again/
https://www.eporner.com/video-rYVjSl11YL8/ghs/
https://www.eporner.com/video-XkUPDbpsKqN/arizona-hotwife-gets-multiple-creampies-and-facials/
https://www.eporner.com/video-nsv0JC2is9A/3/chloe-temple-with-cum-in-her-mouth-at-gloryhole/
https://www.eporner.com/video-mjGnm6Gy729/davina-leos-gloryhole/
https://www.eporner.com/video-6cienpvuFng/francesca-5th-gloryhole-visit-1080p/
https://www.eporner.com/video-b6gzsNSe7h7/gloryhole-kitty-lynn/
https://www.eporner.com/video-jkpS7URGbIQ/giana-aka-luna-lopez-gloryhole-swallow-3rd-visit-23-03-31-1080p/
https://www.eporner.com/video-JfATcvnKJql/pretty-latina-busy-the-gloryhole-trailer/
https://www.eporner.com/video-S6M8enpLWhP/logan-lace-liliana-samantha-b-gloryhole-1st-visit-1080p/
https://www.eporner.com/video-CkD1qzUMHjy/eden-thomas-1st-visit-3-loads-in-27minutes-gloryholeswallow-14-05-30/?trx=12277:
https://www.eporner.com/video-Zk8CcCT5vHk/nova-2nd-visit/
https://www.eporner.com/video-wsgashwxXuN/zuri-1st-visit-1080p/

https://www.eporner.com/video-LhHKX8GQIFm/lulu-2st-visit/
https://www.eporner.com/video-sFKkbqIGzCs/shelby-3rd-visit-gloryhole/
https://www.eporner.com/video-CkD1qzUMHjy/10/eden-thomas-1st-visit-3-loads-in-27minutes-gloryholeswallow-14-05-30/
https://www.eporner.com/video-YyaHBAnn6dQ/danika-1st-visit/
https://www.eporner.com/video-CDeF7BMp9tg/9/gloryhole-gulps-looped/
https://www.eporner.com/video-nKW5D1Pvp7u/yana-3rd-visit-15-loads-1h18m-swallow/
https://www.eporner.com/video-1QPhNfVYMCv/isabella-1st-visit-1080/
https://www.eporner.com/video-jkOFD6uqdsm/ghs-summer-dayze-cumpilation/
https://www.eporner.com/video-zHkkC6tilQM/kitty-lynn-1st-visit-12-loads-54m/
https://www.eporner.com/video-ATFfRBYdYgN/dafeny-miles-visits-gloryhole-2nd-visit/
https://www.eporner.com/video-FGIY2MsQIsk/kitty-visits-the-gloryhole-booth/
https://www.eporner.com/video-2HMueaplvyb/jennifer-jennifer-s-1st-glory-hole-visit-720p/
https://www.eporner.com/video-lSE9ylvA85w/maryjane-johnson-3rd-visit-6-loads-36m-720p/
https://www.eporner.com/video-Ec4txf07ug4/10/slave-s-1st-gloryhole-visit-13-04-27-1080p/
https://www.eporner.com/video-LALIP0ndkLY/jennifer-jennifer-s-2nd-glory-hole-visit-720p/
https://www.eporner.com/video-K3uoHXbXnAQ/proxy-paige-gloryhole-hustlers-paige-s-1st-visit-part-2-of-2-1080p/
https://www.eporner.com/video-8Bh14jc6ewN/maryjane-johnson-4th-visit-7-loads-43m-1080p/
https://www.eporner.com/video-qNg4dSpe7Ha/maryjane-johnson-2nd-visit-5-loads-25m-720p/
https://www.eporner.com/video-2xOQFgYwuh8/dafeny-miles-visits-gloryhole-1st-visit/
https://www.eporner.com/video-klWQ8hGols0/maryjane-johnson-1st-visit-9-loads-1h8m-shelby-caldera-makes-a-brief-appearance-
https://www.eporner.com/video-h3KAdISwAxY/ashley-1st-visit-9-loads-57m/
https://www.eporner.com/video-Lyvg549LmFQ/gloryhole-swallow-naomi-paulina/
https://www.eporner.com/video-CkD1qzUMHjy/EPTHBN/eden-thomas-1st-visit-3-loads-in-27minutes-gloryholeswallow-14-05-30/
https://www.eporner.com/video-CkD1qzUMHjy/eden-thomas-1st-visit-3-loads-in-27minutes-gloryholeswallow-14-05-30/
http://eporner.com/video-CkD1qzUMHjy/EPTHBN/eden-thomas-1st-visit-3-loads-in-27minutes-gloryholeswallow-14-05-30/
https://www.eporner.com/video-nQsocGYucbl/detra/
https://www.eporner.com/video-RV5oTz7Vm19/francesca-s-4th-visit-gloryhole-swallow-18-02-18-10-loads-in-56-minutes/
https://www.eporner.com/video-pGhO2G6oUbY/danika-s-1st-visit-13-loads-1h24-includes-interview-gloryhole-swallow-17-06-02/
https://www.eporner.com/video-FS5UBPh0wcc/detra/
https://www.eporner.com/video-KTVOLBDBeNl/young-ebony-cum-bucket-visits-gloryhole/
https://www.eporner.com/video-WqXcSZp6qzt/eskimo-emma-4th-gloryhole-visit-glory-vip-2-1080p/
https://www.eporner.com/video-NEkR3Co8kn5/francesca-finley-visit-gloryhole-swallow-17-08-12-15-loads-in-57-minutes/
https://www.eporner.com/video-0GoEV4WTHfJ/xoe-grim-visits-gloryhole/
https://www.eporner.com/video-QnlOm65K8cy/new-vintage-gloryhole-shelby-caldera-in-one-of-her-few-videos-before-retiring-from-
https://www.eporner.com/video-QKM0CSoUL6Q/debra-finish-blowjob-bbc-14-cumshots-gloryhole/
https://www.eporner.com/video-xNddZ6IJCFH/lulu-friend-2nd-gloryhole-visit-1080p/
https://www.eporner.com/video-V4af10uGKmx/shelby-5th-visit-gloryhole/
https://www.eporner.com/video-e5Wb2eWU1Kq/francesca-s-5th-visit-gloryhole-swallow-10-loads-in-1-hour-8-minutes/
https://www.eporner.com/video-Gb8VtajUWUi/sexy-ass-asian-visits-gloryhole/
https://www.eporner.com/video-BoPKALoeizv/chloe-temple-chloe-s-1st-gloryhole-visit-petite-blonde-bomb-1080p/
https://www.eporner.com/video-DjWB7nTzH3g/scarlett-alexis-visits-gloryhole/
https://www.eporner.com/video-Nv5ll7x98pk/gloryhole-swallow-katie-waters/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-ylTlEkmuc7n/11-cumshots-chubby-blowjob-bbc-finish-cum-swallow-blonde-harley-king-giving-head-
https://www.eporner.com/search/gloryhole-swallow-UCBvnRnp/
https://www.eporner.com/video-q9GPG6WHeUb/gloryhole-compilation-5/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-oQpmbLXMxkz/bbc-gangbang-teen-lulu-and-milf-genna-4some-interracial-orgy/?trx=1227735290ae
https://www.eporner.com/video-wtTQlvD1lSL/gloryhole/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-cTrhyLOsYqx/bella-gets-creampie/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-w3mI1VqpAfT/she-drains-them-all/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-VCXvA71F2td/alyssia-vera-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-OaRBNM62WkC/blonde-is-draining-them-cocks/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-54KVG3qf5Ty/porn-music-video-claire-behaving-badly-glory-hole-pmv/?trx=1227735290aee694b81
https://www.eporner.com/video-jJUghKTDYHp/gloryhole/?trx=1227735290aee694b81473a256bea12420712

https://www.eporner.com/video-BHiwDyLLTuH/luna-lopez-giana-2nd-gloryhole-visit-1080p/
https://www.eporner.com/video-NES45DZvnfI/indica-monroe-and-italy-visit-gloryhole
https://www.eporner.com/video-0ElK7acc1FL/sami-parker-visits-gloryhole/
https://www.eporner.com/video-9jMUvQlnZxa/harley-king-visits-gloryhole/
https://www.eporner.com/video-Hpa5PwFuJiC/ghs-ebony-jordy-at-gloryhole-1/
https://www.eporner.com/video-qYXoMJtT2oA/proxy-paige-gloryhole-5th-visit-ms-frizzle-from-the-magic-school-bus-part-5-1080p/
https://www.eporner.com/video-89TLzTO1ZpA/macy-s-1st-gloryhole-visit-1080p/
https://www.eporner.com/video-gzOQkuR5csd/mila-milkshake-visits-gloryhole/
https://www.eporner.com/video-hV9Zh6Ynt4X/kimberly-love-visits-gloryhole/
http://www.eporner.com/video-CtogxpH90Ib/gloryhole-swallow-2022-08-26-jackie-hoff-1st-visit/
http://www.eporner.com/video-8g8nWlZm1zs/callie-jacobs-first-visit-to-gloryhole/
http://www.eporner.com/video-z776nDK3RSm/callie-jacobs-gloryhole-1st-visit-21-05-06-1080p/
http://www.eporner.com/video-iXVSusaLqHh/chloe-temple-chloe-temple-s-2nd-gloryhole-visit-1080p/
http://www.eporner.com/video-M4OVwT96oSo/dafeny-miles-1st-gloryhole-visit-1080p/
http://www.eporner.com/video-OaYGDpIJzCv/gloryhole-shelby-5th-visit/
http://www.eporner.com/video-8c5LDjjPuoi/salma-s-first-visit-gloryhole/
http://www.eporner.com/video-McBknhWNFOx/melody-foxx-melody-s-1st-gloryhole-visit-1080p/
http://www.eporner.com/video-MGhkWXs83zn/shelby-1st-visit-gloryhole/
http://www.eporner.com/video-v91DMAFxhjv/5/francesca-s-second-gloryhole-visit/
http://www.eporner.com/video-ztWQuYW40TF/armani-monroe-visits-gloryhole/
http://www.eporner.com/video-tbRQbqB5zER/shelby-3rd-visit-gloryhole/
http://www.eporner.com/video-8yITq20fAXA/francesca-s-first-gloryhole-visit/
http://www.eporner.com/video-mJzW637iblX/francesca-s-3rd-gloryhole-visit/
http://www.eporner.com/video-ckGPtxEMZdG/ghs-krista-s-1st-visit-to-the-gloryhole/
http://www.eporner.com/video-TTdIAZjUn58/chanel-brooks-visits-gloryhole/
http://www.eporner.com/video-MV3IPE4dZYg/francesca-finley-gloryhole-swallow-strapped-down-gangbanged-1080p/
http://www.eporner.com/video-lSb0WPbv3Za/1/shelby-caldera-fifth-gloryhole-visit/
http://www.eporner.com/video-CAwb6oUX9pp/bella-blonde-sixth-gloryhole-visit/
http://www.eporner.com/video-byDk2LVwPCl/ghs-krista-s-2nd-visit-to-the-gloryhole/
http://www.eporner.com/video-WMD9zIGTfCP/francesca-s-fifth-gloryhole-visit/
https://www.eporner.com/video-MVS1SiSU3HK/18-cumshots-bbc-blowjob-bbw-gloryhole-bj-finish-cum-swallow/?trx=1227735290ae
https://www.eporner.com/video-OaYGDpIJzCv/gloryhole-shelby-5th-visit/
https://www.eporner.com/video-v91DMAFxhjv/9/francesca-s-second-gloryhole-visit/
https://www.eporner.com/video-mJzW637iblX/francesca-s-3rd-gloryhole-visit/
https://www.eporner.com/video-JKdpJCwkjYP/gloryholes-2023-creampie-compilation/
https://www.eporner.com/video-QD0k5tEOZRz/2-teens-giving-head-gloryhole-orgy-12-cumshots-and-gangbang/
https://www.eporner.com/video-u8x1LP1sqbx/beauty-teen-gloryhole-8-cumshots-giving-head-and-gangbang/
https://www.eporner.com/video-bdn2javP8Fg/catherine-fifth-visit/
https://www.eporner.com/video-8yITq20fAXA/francesca-s-first-gloryhole-visit/
https://www.eporner.com/video-MVS1SiSU3HK/18-cumshots-bbc-blowjob-bbw-gloryhole-bj-finish-cum-swallow/
https://www.eporner.com/video-Xs6JS6v79j6/teen-finley-gloryhole-11-cumshots-giving-head-and-gangbang/
https://www.eporner.com/video-iXVSusaLqHh/chloe-temple-chloe-temple-s-2nd-gloryhole-visit-1080p/
https://www.eporner.com/video-WMD9zIGTfCP/francesca-s-fifth-gloryhole-visit/
https://www.eporner.com/video-8c5LDjjPuoi/salma-s-first-visit-gloryhole/
https://www.eporner.com/video-lSb0WPbv3Za/7/shelby-caldera-fifth-gloryhole-visit/
https://www.eporner.com/video-MGhkWXs83zn/shelby-1st-visit-gloryhole/
https://www.eporner.com/video-lSb0WPbv3Za/shelby-caldera-fifth-gloryhole-visit/
https://www.eporner.com/video-v91DMAFxhjv/francesca-s-second-gloryhole-visit/
https://www.eporner.com/video-MV3IPE4dZYg/francesca-finley-gloryhole-swallow-strapped-down-gangbanged-1080p/
https://www.eporner.com/video-z776nDK3RSm/callie-jacobs-gloryhole-1st-visit-21-05-06-1080p/
https://www.eporner.com/video-M4OVwT96oSo/dafeny-miles-1st-gloryhole-visit-1080p/
https://www.eporner.com/video-tbRQbqB5zER/shelby-3rd-visit-gloryhole/
https://www.eporner.com/video-McBknhWNFOx/melody-foxx-melody-s-1st-gloryhole-visit-1080p/

https://www.eporner.com/video-PTBpHQZGkOf/summer-a-second-visit/
https://www.eporner.com/video-oUGix5ioV8f/interracial-chubby-glorhole-5-cumshots-fat-teen-finish-blowjob-bbc-cum-swallow/
https://www.eporner.com/video-80UuGXjEx7C/3/emma-jade-1st-visit/
https://www.eporner.com/video-uSOqDJRYu1p/5/zde-3rd-visit/
https://www.eporner.com/video-WrGqbuFdrPe/12/francesca-first-visit/
https://www.eporner.com/video-GpxRoJClyxp/13/zdn-2-scarlett-alexis-1st-visit/
https://www.eporner.com/video-coMgKKPW2gL/14/tricia-oaks-1st-visit/
https://www.eporner.com/video-C9jlBJaOeE4/7/zgd-1st-visit/
https://www.eporner.com/video-gActO1w0FXh/15/kimberly-first-visit/
https://www.eporner.com/video-Kjdq7KJ0lUL/2/uriel-1st-visit/
https://www.eporner.com/video-g9DlVjlgdUK/10/c225-2-1st-visit/
https://www.eporner.com/video-TvanqHdaoiI/14/courtney-third-visit/
https://www.eporner.com/video-NqIRRRXQG1E/9/venice-escape-mila-james-1st-visit/
https://www.eporner.com/video-wgb9owOqjqG/7/joanie-second-visit/
https://www.eporner.com/video-X6sDUe9Ikk5/where-is-this-gloryhole/
https://www.eporner.com/video-VAACQXItWbV/14/georgia-first-visit-with-kimberly/
https://www.eporner.com/video-5CGdN64yRy9/7/summer-a-third-visit/
https://www.eporner.com/video-cTSUyUVIALi/3/ora-and-yvette-first-visit/
https://www.eporner.com/video-ywrsU3iChRu/15/danika-and-jordan-second-visit/
https://www.eporner.com/video-zsvWYDdBumw/3/de-3rd-visit/
https://www.eporner.com/video-P3ERJvrvNlh/beautiful-brunette-14-cumshots-gloryhole-blowjob-white-and-black-dicks/
https://www.eporner.com/video-SqRRvVDv8x7/maryjane-swallows-cum-on-her-2nd-visit-at-the-gloryhole/
https://www.eporner.com/video-EFpnIavQhwU/gloryhole-shelby-4th-visit/
https://www.eporner.com/video-1ox08UFjeHG/avi-love-freda-s-first-gloryhole-visit-16-11-11-1080p/
https://www.eporner.com/profile/Eurasiaphile01/
https://www.eporner.com/video-ZmIzSEJKsRQ/maryjane-swallows-cum-on-her-3rd-visit-at-the-gloryhole/
https://www.eporner.com/video-MHadYiEmYwH/gloryhole-shelby-6th-visit/
https://www.eporner.com/video-oI3RH9TzgFa/faith-s-4th-gloryhole-visit-1080p/
https://www.eporner.com/video-T9drpnJA5Bb/dafeny-miles-bella-jane-gloryhole-1st-visit/
https://www.eporner.com/video-mgHWDPhnPQl/janae-first-visit/
https://www.eporner.com/video-HVKZJAEqe6Q/debra-2nd-visit-12-14-18-mp4/
https://www.eporner.com/video-EPVbqUrNRg6/maryjane-swallows-cum-on-her-4th-visit-at-the-gloryhole/
https://www.eporner.com/video-9CWfKvJ7lLD/proxy-paige-proxy-s-6th-gloryhole-visit-she-fucks-and-sucks-every-dick-coming-out-of
https://www.eporner.com/video-AuVTExeAEw4/dafeny-miles-bella-jane-gloryhole-2nd-visit/
https://www.eporner.com/video-bFer739HO2z/gloryhole-shelby-1st-visit/
https://www.eporner.com/video-RAswGr7Bd1F/interracial-chubby-gangbang-fat-teen-finishes-blowjob-bbc-cum-swallow/
https://www.eporner.com/video-XJX1FUp11N7/gloryhole-shelby-2nd-visit-mp4/
https://www.eporner.com/video-7BFyHOIrGvd/maryjane-swallows-cum-on-her-1st-gloryhole-visit/
https://www.eporner.com/video-xLk5TIT4U41/erika-ginger-gloryhole-gangbang/
https://www.eporner.com/video-pnpJWbs6MUA/gloryhole-shelby-7th-visit/
https://www.eporner.com/video-YeFtkQ2E4cd/hot-assed-harper-at-the-gloryhole/
https://www.eporner.com/video-h5MEhFTDjLO/ebony-gloryhole-swallows/
https://www.eporner.com/video-77WkyLaPRnY/10/fat-blowjob-5-cumshots-gloryhole-chubby-teen-finishes-blowjob-cum/
https://www.eporner.com/video-ko14kvG6Roa/dafeny-miles-gloryhole-1st-visit/
https://www.eporner.com/video-7QHiThgaK6X/yana-third-visit/
https://www.eporner.com/video-OwOksXAcLTv/luna-lopez-giana-giana-s-1st-gloryhole-visit-1080p/
https://www.eporner.com/video-ll1tIlhVWUY/5/bella-jane-blowjob-finish-5-cumshots-at-the-gloryhole/
https://www.eporner.com/video-MF2gcelNDUn/gloryhole-shelby-3rd-visit/
https://www.eporner.com/video-VWlglnWQzz1/dafeny-miles-gloryhole-swallow-2nd-visit/
https://www.eporner.com/video-3jzE4BothEd/3/proxy-paige-proxy-s-6th-gloryhole-visit-she-fucks-and-sucks-every-dick-coming-out-c
https://www.eporner.com/video-5rbm1zKXhyr/7/2-girls-blowjob-cumshots-at-the-gloryhole-angel-blue-bella-jane/
https://www.eporner.com/video-yyYM37lSf2i/danika-third-visit/
https://www.eporner.com/video-cggovGBagLr/fadden-first-visit/

http://www.eporner.com/video-5GQTQSnqkCF/ghs34/
http://www.eporner.com/video-yeTmwbUBsX8/ghs30/
http://www.eporner.com/video-YVwLooIfVRf/ghs36/
http://www.eporner.com/video-MUxgl2AZ7Mm/ghs37/
http://www.eporner.com/video-XAifED4Fnk8/ghs35/
http://www.eporner.com/video-XznAMWwrfjB/ghs33/
http://www.eporner.com/video-LS27301EIuO/ghs35/
http://www.eporner.com/video-34TulBFUCHT/ghs27/
http://www.eporner.com/video-WlROtQpS0JB/ghs38/
http://www.eporner.com/video-XmrtyYDo9zf/ghs31/
http://www.eporner.com/video-ed824FxRqcC/ghs32/
http://www.eporner.com/video-Vvb80kezit7/ghs29/
https://www.eporner.com/video-5C8amyaHg5v/14/nice-boobs-brunette-gloryhole-sperm-swallow-giana-giving-head-cumshots-latina
https://www.eporner.com/video-s14gS7U6z0E/12/emori-pleezer-gangbang-bondage-bdsm-teen-pierced-tongue-blowjobs-cum-swall
https://www.eporner.com/video-gINKJtu7hGT/6/finish-blowjobs-british-blonde-gloryhole-cum-swallow-nasty-teen-dildo-in-ass-bbc-lc
https://www.eporner.com/video-LoJKchCQP7R/5/avi-love-sexy-latina-giving-head-gloryhole-cumshots-american-filipino-teen-blowjot
https://www.eporner.com/video-5F46YO1VD5i/8/nice-boobs-latina-gloryhole-cum-swallow-giana-giving-head-cumshots-busty-gh-blc
https://www.eporner.com/hd-porn/SGo2NGpIZ8z/Deepthroat-swallow-listen-to-her-gulp-it-down-WHO-IS-THIS/
https://www.eporner.com/video-5Sl2Mt1A9Tv/4/finish-blowjobs-british-blonde-gloryhole-cum-swallow-bbc-nasty-teen-dildo-in-ass-lc
https://www.eporner.com/video-nIyOgYyTXTO/8/gorgeous-latina-giving-head-gloryhole-cumshots-american-filipino-avi-love-teen-blov
https://www.eporner.com/video-VUBNK4N4PAU/14/finish-blowjobs-british-blonde-gloryhole-cum-swallow-nasty-teen-dildo-in-ass-bl
https://www.eporner.com/video-J7I7iEOtLni/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-jD5CdIlmX9W/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-jD5CdIlmX9W/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-J7I7iEOtLni/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/search/glory-hole-swallow-CkbRJJf0/
https://www.eporner.com/video-Cu3Tp2SaSl1/blonde-teen-making-some-guys-cum/
https://www.eporner.com/video-mNSs4GJ22Xm/ebony-hoe-at-the-gloryhole-part-2-of-2/
https://www.eporner.com/video-WrR5mPzvzXu/dafeny-miles-and-bj-gloryhole-2nd-visit-1080p/
http://www.eporner.com/video-H4F3ohJu94d/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea12
http://www.eporner.com/video-r6kovh8Wiju/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea124
https://www.eporner.com/video-Erekg0lSYCr/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-Q5EqbCCKlRO/EPTHBN/glory-hole-swallow-loads-gobble-on-the-pussy-not-the-pie/
https://www.eporner.com/video-W1OMklvKLiX/EPTHBN/glory-hole-swallow-teen-first-time-and-fat-ass-family-fourth-of-july/
https://www.eporner.com/video-0rv21QILUrK/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-TX4W6jErgDc/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-eHaAxiEDMOl/EPTHBN/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-3EXDKK3GYE6/EPTHBN/glory-hole-swallow-teen-first-time-anything-to-help-the-poor/
https://www.eporner.com/video-mGipcnuGnZg/EPTHBN/glory-hole-swallow-teen-first-time-yoga-perv/
https://www.eporner.com/video-rtUej3kA12D/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-QbjFogYWl51/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-01DtwzyPrYF/EPTHBN/glory-hole-swallow-teen-first-time-xxx-unpacking-stepmom/
https://www.eporner.com/video-vbsGgIWIgHO/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/search/glory-hole-swallow/
https://www.eporner.com/video-EKeSfqcpBaH/gloryhole-fucking/
https://www.eporner.com/video-ocpDttZJLzN/gloryhole-compilation-3-5/
https://www.eporner.com/video-Jn8VqhNNoNv/glory-hole-compilation/
https://www.eporner.com/video-YzsTvpwB7Wq/asian-street-whore-gloryhole-cumshots-many-white-and-black-dicks-for-an-oriental-
https://www.eporner.com/video-3g1zVfGueQ1/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/hd-porn/HPAJr46ak1o/Hotties-In-Glory-Hole-Room/
http://www.eporner.com/video-jVecCkzwZcf/6/white-girls-bbc-finish-blowjob-gloryhole-finishing-blowjobs-cum-swallow-interracial-2
http://www.eporner.com/video-Q8BpDBfqF9C/emori-pleezer-gloryhole-latina-part-2-teen-pierced-tongue-blowjobs-cum-swallow-ma
http://www.eporner.com/video-X74bQfApYtV/cat-allie-busy-at-the-gloryhole/

http://www.eporner.com/video-MTJQz8Ktt4Y/proxy-paige-gloryhole-visit/
http://www.eporner.com/video-bjwsa4E6RDB/gloryhole-swallow-jules-s-1st-visit/
http://www.eporner.com/video-d7Cffo6mu8y/good-wife-gloryhole/
http://www.eporner.com/video-tUCtfc2xCDT/ghs-hanna-wynter-teen-1st-visit/
http://www.eporner.com/hd-porn/q2g50RmWcsi/Hot-Ebony-Gloryhole-Cum-Dump/
http://www.eporner.com/video-Oy0rTXfqV6r/ghs-2-brunettes-get-their-freak-on/
http://www.eporner.com/video-m5d2tyw4vxY/15/ghs-jane-black-at-gloryhole-trailer/
http://www.eporner.com/video-Z6rx45BylX6/brunette-gloryhole-whore-gets-cock/
http://www.eporner.com/video-2zlMEwZ4Rjv/teen-lulu-and-milf-genna-finish-blowjob-gloryhole-interracial-bbc-cumshot/
http://www.eporner.com/video-EmHEMexYP6P/13/nerdy-ginger-milf-at-the-gloryhole/
http://www.eporner.com/video-73H7thf1Lgw/venice-is-top-tier/
http://www.eporner.com/video-CowEa2G7O26/13/je-suce-un-inconnu-dans-un-gloryhole/
http://www.eporner.com/video-d8HebBIppKI/15/elle-suce-des-queues-dans-un-glory-hole-de-paris/
http://www.eporner.com/video-oLl1IHlGkgp/filipino-fuck-machine-at-gloryhole/
http://www.eporner.com/video-dAcwymVcTzD/3/emori-pleezer-gloryhole-latina-part-1-teen-pierced-tongue-blowjobs-cum-swallow-r
http://www.eporner.com/video-UuCwYcMFGng/eden-thomas-s-gloryhole-adventure/
http://www.eporner.com/video-NS8xQN87qJl/ghs-lulu-teen-slut-gloryhole/
http://www.eporner.com/video-6m15HggZsNL/zuri-s-2nd-visit-to-ghs/
http://www.eporner.com/video-mBR0T2K61jJ/3/eliza-rae-gloryhole-cumshots/
http://www.eporner.com/video-dXSjtrzPEfB/5/ebony-ginger-gloryhole/
http://www.eporner.com/video-VoehRCqyKzP/clip-ebony-jane-doe-gloryhole/
http://www.eporner.com/video-fLDDiNSo9Fr/13/amateur-asian-milf-at-the-gloryhole/
http://www.eporner.com/video-ANpHvLLcBR2/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea12
http://www.eporner.com/video-ogNs1B8TYj1/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea124
http://www.eporner.com/video-voToY5NwEfp/mature-glory-hole-finish-blowjob-cumpilation-eliza-rae-gloryhole-interracial-bbc-cum-s
http://www.eporner.com/video-NdtQuJrPuRd/white-girls-bbc-finish-blowjob-gloryhole-finishing-blowjobs-cum-swallow-interracial-2-g
http://www.eporner.com/video-qHSOAXJwNdK/gloryhole-swallow-dafeny-miles/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-bC82VrEE6tN/gloryhole-swallow-allie-s/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-kWQA7Ot4OPz/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-YlPPuQV2fU1/glory-hole-swallow-chloe-temple-3rd-visit/
https://www.eporner.com/video-sarskDcjgsW/gloryhole-swallow-jordan-s-1st-visit/
https://www.eporner.com/video-kWQA7Ot4OPz/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea
http://www.eporner.com/video-tbb3XhCq1Az/mila-taylor/
http://www.eporner.com/video-vMClVgPOrJf/ginger-anine-steiner-visits-ghs/
http://www.eporner.com/video-uZZ1uSBw3v1/ebony-gangbang-at-the-gloryhole/
https://www.eporner.com/video-EKWB3pWOVqr/gloryholeswallow-brune/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-812DQ18suTe/glory-hole-swallow-chloe-temple-3rd-visit/?trx=1227735290aee694b81473a256bea1
https://www.eporner.com/hd-porn/tXdWxqIfRe4/EPTHBN/Spy-tug-blowjob-and-from-all-angles-My-Big-Black-Threesome/
https://www.eporner.com/hd-porn/hFrNC8yk1di/EPTHBN/Spy-tug-massage-sex-Stepfathers-Perfect-Fit/
https://www.eporner.com/hd-porn/T3iponU4Pxp/EPTHBN/Foot-fetish-daily-and-spy-tug-massage-blowjob-xxx-Engine-issues-out-in-th
https://www.eporner.com/video-zytDdxjHhSe/EPTHBN/stud-and-fem-spy-tug-massage-blowjob-xxx-sexual-geography/
https://www.eporner.com/hd-porn/ZeCbWKx9Sjh/EPTHBN/Three-sluts-blowjob-and-spy-tug-The-Booty-Drop-point-23km-outside-bas
https://www.eporner.com/hd-porn/zxBRDgo74Uf/EPTHBN/Spy-tug-massage-blowjob-Car-Jacking-Suspect-gets-the-Jacking-he-deser
https://www.eporner.com/hd-porn/evOM3LB4QCm/EPTHBN/Spy-tug-massage-blowjob-xxx-Art-imitating-life/
https://www.eporner.com/hd-porn/Hp1qx5E0Dgi/EPTHBN/Spy-tug-massage-blowjob-Hot-Milf-Fucked-Delivery-Guy/
https://www.eporner.com/hd-porn/OKL8NMZUWZK/EPTHBN/Blonde-teen-old-cock-and-spy-tug-blowjob-Dolly-Little-is-in-need-of-som
https://www.eporner.com/hd-porn/g3ct5dccayo/EPTHBN/Brunette-milf-seduces-friend-friend-s-sons-and-spy-tug-handjob-My-Big-Bla
https://www.eporner.com/video-qC2iUT9uE1C/EPTHBN/spy-tug-massage-hd-lesbian-argentina-vs-spain-lesbian-sex/
https://www.eporner.com/hd-porn/Z4quf0GMMyj/EPTHBN/Spy-tug-massage-blowjob-Lexy-Bandera-get-s-her-pipes-cleaned-by-a-fat
https://www.eporner.com/hd-porn/M3sSNPF2qLR/EPTHBN/Spy-tug-massage-blowjob-and-cum-in-mouth-compilation-xxx-The-Suspe
https://www.eporner.com/video-XUQhsUQxb2q/EPTHBN/spy-tug-girl-on-xxx-selling-it-all-even-that-ass/
https://www.eporner.com/video-a8RiXnzTSOD/EPTHBN/spy-tug-blowjob-hot-milf-fucked-delivery-guy/
https://www.eporner.com/hd-porn/9TgO8klDtWv/EPTHBN/spy-tug-lesbian-she-has-always-wondered-what-it-would-be-like-to-have/

https://www.eporner.com/hd-porn/2L0Hjinci8x/EPTHBN/Spy-tug-blowjob-xxx-Staycation-with-a-Latin-Hottie/
http://eporner.com/video-03cRU4s2hHn/spy-tug/
https://www.eporner.com/video-03cRU4s2hHn/spy-tug/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-03cRU4s2hHn/spy-tug/
https://www.eporner.com/video-DhEqsLIYPMQ/gloryhole-swallow-danika-and-jordan/
https://www.eporner.com/video-DhEqsLIYPMQ/gloryhole-swallow-danika-and-jordan/?trx=1227735290aee694b81473a256bea1242(
https://www.eporner.com/video-E8PWbHYr12w/glory-hole-swallow/
https://www.eporner.com/video-E8PWbHYr12w/glory-hole-swallow/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-Myl733wTAF5/gloryholeswallow-swing-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
https://www.eporner.com/video-aQc2Ot0fdkW/gloryholeswallow/
https://www.eporner.com/video-Myl733wTAF5/gloryholeswallow-swing-2nd-visit/
http://eporner.com/video-aQc2Ot0fdkW/EPTHBN/gloryholeswallow/
http://eporner.com/video-Myl733wTAF5/EPTHBN/gloryholeswallow-swing-2nd-visit/
https://www.eporner.com/video-aQc2Ot0fdkW/EPTHBN/gloryholeswallow/
https://www.eporner.com/video-Myl733wTAF5/EPTHBN/gloryholeswallow-swing-2nd-visit/
http://www.eporner.com/video-4AdnrNut14T/real-lesbians-1st-visit/
http://www.eporner.com/video-70MeDyDjDTW/gloryhole-swallow-cierra-bell-1st-visit/
http://www.eporner.com/video-jGd552Uk6Ef/gloryhole-swallow-payton-2nd-visit-2011/
http://www.eporner.com/video-iNqZo03o3aH/megan-roxy-2nd-visit/
http://www.eporner.com/video-QPetbcLxZZB/giana-2nd-visit/
http://www.eporner.com/video-7TEN6Rf2QZy/hanna-1st-visit/
http://www.eporner.com/video-CmYuLfpSvv3/black-haired-milf-1st-visit/
http://www.eporner.com/video-QFpK32VP5UG/han-2nd-visit/
http://www.eporner.com/video-BTVVFQ3Za3S/blonde-asian-c148-2nd-visit/
http://eporner.com/video-l5r4KEmzSE0/gloryhole-swallow-tally-2nd-visit/
http://eporner.com/video-oPRe5XQl09L/gloryhole-swallow-c106-2-dafeny-miles-and-bj-16-apr-2021/
https://www.eporner.com/video-W7TjO7UOTjo/gloryhole-swallow-doli-1st-visit/
http://eporner.com/video-W7TjO7UOTjo/gloryhole-swallow-doli-1st-visit/
http://eporner.com/video-rSu8Q4qr5Lz/gloryholeswallow-jane-doe12-1st-visit/
https://www.eporner.com/video-rSu8Q4qr5Lz/gloryholeswallow-jane-doe12-1st-visit/
http://www.eporner.com/video-80m6cte6JTZ/madison-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-cZy7qGCYlVm/danika-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-l97Ug4PiAZJ/gloryhole-claire/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-pAvlNr2g6a0/ora-3rd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-nnb9nxJu1lU/bj-6th-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-SKQgfnFeVKR/gloryhole-swallow-babe-3rd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-p7zf0dq22Tc/paisley-aimes-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-wKMfHMxtiya/kalani-her-cousin-rae-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-EYeGpMbGKlw/diega-s-1st/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-4Ap6XBFEuly/giana-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-ios7mpEbJOT/giana-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-RL70wvNhZ0L/veena-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-O9W93CnkldU/jules-test/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-wuXlXYg15D7/roxy-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-MiWFiwG06mo/heidi-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-T2iYC30Xodu/missandei-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-4Xfdney2BB3/paige-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-jmCbQlWDM7i/salma-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-WOtkXOI6DSS/tally-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-sTAdR7e4irt/janae-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-NMslQMH1TmG/mitzi-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-L00OlPIM4AN/doli-1st-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-hT1HbfQ1k8Z/bj-7th-visit/?trx=1227735290aee694b81473a256bea12420712

http://www.eporner.com/video-lxGu6HzNtzQ/tally-2nd-visit/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/video-qfGWmWZXiQO/parker-gloryhole/?trx=1227735290aee694b81473a256bea12420712
http://www.eporner.com/hd-porn/emvfO48V7VV/GloryHoleSecrets-Danika-1-st-Visit-Gloryhole/?trx=1227735290aee694b81473a256
https://www.eporner.com/hd-porn/kOOtMLwppqd/Danika-1-st-Visit-Gloryhole/
https://www.eporner.com/hd-porn/Tz2iXCUddSl/Eskimo-Emma-3rd-Visit-gloryhole-/
https://www.eporner.com/hd-porn/edo6aZafso3/Danika-3-rd-Visit-gloryhole-/