1. David D. Lin (*pro hac vice*)
2. **LEWIS & LIN LLC**
3. 77 Sands Street, 6th Floor
4. Brooklyn, NY 11201
5. Tel: (718) 243-9323
6. Fax: (718) 243-9326
7. Email: David@iLawco.com
8. *Attorneys for Fornix Holdings LLC*
9. *And CP Productions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC and CP Productions, Inc., <br> Plaintiffs, <br> - versus - <br> MW MEDIA, a foreign corporation d/b/a Eporner.com, <br> Defendants. | Case No.: 2:25-cv-04327-SMB <br><br> **Declaration of Service** |

    I, David D. Lin, declare:

    1.    I am an attorney licensed to practice law in the State of New York and am admitted pro hac vice in the above referenced action. I represent Plaintiffs Fornix Holdings LLC and CP Productions, Inc. in this case.

1

2. I am not a party to these proceedings and am over 18 years old. I reside in the state of New York.

3. Pursuant to the Order issued on November 21, 2025, by the Honorable Susan M. Brnovich, U.S.D.J. in this action (ECF No. 12), on November 26, 2025, a member of my staff under my direction caused a true and correct copy of said Order and all papers in support thereof, the Preliminary Order (ECF No. 10), the Summons, and Complaint to be served on Defendant as follows:

>contact@eporner.com
>ads@eporner.com
>cpp@eporner.com
>traffic@eporner.com
>dmca@eporner.com
>notice@dmcanow.io
>*via email*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 26, 2025
          Brooklyn, New York

By: */s/ David D. Lin*
David D. Lin