**JAKUB P. MEDRALA, ESQ.**
*Pro Hac Vice*
THE MEDRALA LAW FIRM, PROF. LLC
615 S 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC and CP Productions, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> MW MEDIA, a foreign corporation d/b/a Eporner.com <br><br> Defendant. | CASE NO.: 2:25-cv-04327-SMB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including December 31, 2025 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel has only recently been retained and will require further time to review and respond to the allegations. This is the first request for an extension of this deadline.

Dated this 16th day of December, 2025.

| | |
|---|---|
| **LEWIS & LIN LLC** | **THE MEDRALA LAW FIRM, PLLC** |
| By:/s/ David D. Lin <br> David D. Lin <br> 77 Sands Street, 6th Floor <br> Brooklyn, NY 11201 <br> *Attorneys for Plaintiff* | By:/s/ Jakub P. Medrala <br> Jakub P. Medrala, Esq. <br> 615 S. 6th Street <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant* |

1