**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fornix Holdings LLC and CP Productions, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> MW MEDIA, a foreign corporation d/b/a Eporner.com <br><br> Defendant. | Case: 2:25-cv-04327-SMB <br><br><br> **ORDER** |

    This matter came before the Court upon the Parties' Stipulation to Extend Time to Respond to Complaint.

    For good cause shown, the Parties' Stipulation is hereby **GRANTED.**

    **IT IS ORDERED** that the Defendant's shall respond to the Plaintiff's complaint by December 31, 2025.

    DATED this ____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

1